### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS MESSINA et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 1:20cv1237 |
| | ) |
| **SYRIAN ARAB REPUBLIC,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR DEFAULT JUDGMENT

COME NOW, Plaintiffs LOUIS MESSINA, individually and as the parent of V.M., ANGELIQUE MESSINA, TAMARA HASSLER, RICHARD E. HASSLER, RUSSELL CURRY, BARBARA CURRY, and STEVEN THOMAS (collectively referred to herein as "Plaintiffs"), request that the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, enter judgment by default against the Syrian Arab Republic.

In support of this request, Plaintiffs rely upon the law, facts, and arguments contained within and attached to their simultaneously filed Memorandum in Support of this Motion and ask that the Court enter the Proposed Order attached hereto.

Respectfully submitted,

/s/ Kevin A. Hoffman
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Plaintiffs*