# Expert Witness Report
## *Messina v. Syrian Arab Republic*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
July 27, 2022

**Table of Contents**

I.    Scope of Engagement and Opinion                                        3

II.   Qualifications                                                         3
      Professional Background                                               4
      Methodology                                                          11

III.  A Short History of the Zarqawi Organization/AQI                     12
      A Short Biography of Abu Musab al-Zarqawi                            13
      Bayat al-Imam/Jund al-Sham                                          14
      Alliance with Ansar al-Islam                                        16
      Jamaat al-Tawhid wa-l-Jihad                                         16
      Al-Qaeda in Iraq                                                     17
      The Mujahedin Shura Council                                          19
      Islamic State of Iraq (ISI)                                          20

IV.   Syrian Support for the Zarqawi Organization                          21
      Syria as a Transit Point and Safe Haven for Militants                22
      Syria's Active Support for AQI and the Insurgency                    28
      Syria's Rationales for Supporting the Zarqawi Organization           32

V.    AQI's Responsibility for the Al Sadeer Hotel Attack                  33
      Louis Messina's Experience                                          35
      AQI's Claims of Responsibility                                       35
      Authentication of AQI's Immediate Claim of Responsibility            37
      Authentication of AQI's Video of the Attack                          39
      Authentication of AQI's Audio Recording                              40
      AQI's Fingerprints: Rationale and Method of Attack                   41
      Syria's Causal Connection to the Al Sadeer Hotel Attack              42

VI.   Foreseeability of Targeting American Contractors & Complex Attacks   44
      Foreseeability of Targeting Foreigners                               44
      Foreseeability of Targeting Foreign Contractors                      45
      Foreseeability of Complex Attacks, Including Suicide Operations Targeting Hotels   49

VII.  Conclusion                                                           51

# Expert Witness Report
## *Messina v. Syrian Arab Republic*

### Dr. Daveed Gartenstein-Ross
Chief Executive Officer, Valens Global
July 27, 2022

## I.    Scope of Engagement and Opinion

I have been retained by the Plaintiffs to provide an expert opinion on the history of the militant organization associated with Abu Musab al-Zarqawi (described in this report as both the Zarqawi organization and also al-Qaeda in Iraq, or AQI);[1] on the organization's responsibility for the Al Sadeer Hotel Attack in 2005, including the attempted killing of Plaintiffs Louis Messina, Tamara Hassler, Russell Curry, and Steven Thomas, and the injuries that they suffered; and on the Syrian Arab Republic's relationship with and material support for AQI.

Relying on substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- Al-Qaeda in Iraq was responsible for the attack on the Al Sadeer Hotel that occurred on March 9, 2005.

- The Syrian Arab Republic materially supported the Zarqawi organization/al-Qaeda in Iraq, both actively and tacitly, and possessed a clear and explicit rationale for supporting the designated terrorist group.

- Syria's material support for the Zarqawi organization/al-Qaeda in Iraq was causally connected to the group's ability to carry out the Al Sadeer Hotel Attack.

- It was foreseeable to the Syrian Arab Republic that the Zarqawi organization/al-Qaeda in Iraq would engage in activities like those at issue in the present case.

## II.    Qualifications

This section describes my professional background, then turns to a discussion of the methods I employ in analyzing al-Qaeda in Iraq and other violent non-state actors (VNSAs).

---

[1] The Zarqawi organization has undergone a large number of name changes over the years, including both prior to and after the events at issue in the present case. The organization is today known as the Islamic State, or ISIS.

*Professional Background*

My professional life has been dedicated to understanding the role of VNSAs in the world, and to helping policymakers, U.S. government agencies, private companies, and other clients fashion innovative solutions to the growing challenges that VNSAs pose. I am the chief executive officer of Valens Global, a private firm focused on understanding VNSAs and fashioning appropriate solutions to the challenges they pose. In this capacity, I have led a number of major client projects that will be detailed throughout this section. I also hold appointments at think tanks in the United States and Europe. I am a senior advisor on asymmetric warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C. with which I have been affiliated for over a decade.[2] I am also an associate fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[3] I have also served as a fellow at Google's tech incubator Jigsaw, for which I led several major research projects responding to violent extremists' use of online platforms associated with the company.[4]

I have experience teaching and lecturing at the university level. I am currently an adjunct instructor at Duke University and an instructor at Carnegie Mellon University. From 2013-17, I held an appointment as an adjunct assistant professor in Georgetown University's security studies program, where I taught a graduate course on violent non-state actors. I also held an appointment as a lecturer at the Catholic University of America, where I taught a graduate course on violent non-state actors and an undergraduate course on al-Qaeda and its affiliates. I have also taught classes for, or held faculty appointments at, the University of Southern California (teaching from 2013-17 for the school's Executive Program in Counter-Terrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14).

I have designed and led national-security simulations (also known as *war games*) for numerous colleges and universities, including American University, Georgetown University, Johns Hopkins University, Regent University, and Wake Forest University. In addition, I have designed and led simulations for government agencies (e.g., Canada's Department of National Defence), multilateral institutions (e.g., the Global Counterterrorism Forum), think tanks (e.g., the Foundation for Defense of Democracies), and private companies (e.g., BenefitMall).

---

[2] I previously served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18) and a Non-Resident Fellow (2018-19). For a sense of the work I have done for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[3] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross & Nathaniel Barr, *Dignity and Dawn: Libya's Escalating Civil War* (The Hague: ICCT – The Hague, 2015); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[4] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. The website Jigsaw created to explain the Redirect Method can be found at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

I have also delivered presentations at colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Columbus State University (Columbus, Ga.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), High Point University (High Point, N.C.), the National Defence College (Abu Dhabi), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the United States Naval Academy (Annapolis, Md.), Universität Tübingen (Tübingen, Germany), the University of South Florida, and Uppsala University (Uppsala, Sweden).

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America; a J.D., *magna cum laude*, from the New York University School of Law; and a B.A. with Honors in Communication, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my research beginning around 1995, I have traveled overseas to conduct field research or do professional work in numerous countries relevant to understanding transnational jihadism, including Bulgaria, Germany, Iraq, Israel, Jordan, Morocco, the Netherlands, Nigeria, Poland, Qatar, Turkey, Tunisia, and the United Arab Emirates. I have reviewed tens of thousands of open-source documents about the jihadist movement in English, French, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, the European Union, NATO, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and jihadist groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017-present). My work has included delivering open-source strategic reports about sub-state violence, including on the activities of al-Qaeda and developments in Iraq; and delivering training and high-level briefings.
- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's (DHS) *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with *The New York Times* editorializing that the document "focuses unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[5]
- serving as a co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among militants and anticipate where fractures are likely to occur in militant organizations. The Zarqawi organization was among the groups examined.
- serving as the Principal Investigator for ten different grant-funded research projects related to terrorism and VNSAs for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence.

---

[5] Alex Kingsbury (editorial board member), "Rethinking Counterterrorism," *The New York Times*, September 23, 2019.

- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I served as a lead instructor from 2016 through 2020.

- lecturing for U.S. Army units about to deploy to countries like Afghanistan, Djibouti, Egypt (as part of the Multinational Force & Observers), Iraq, and Kuwait through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I have taught on over 70 occasions since 2009.

- serving as a SME providing analysis to the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization (JIDO) on four occasions.

- serving as a SME for the Global Counterterrorism Forum (GCTF).[6] I was the lead SME for 1) the *GCTF Exploratory Dialogues on Racially or Ethnically Motivated Violent Extremism (REMVE)*; 2) the *Counterterrorism Watchlisting Toolkit* (October 2021), 3) the *Addendum to the GCTF New York Memorandum on Good Practices for Interdicting Terrorist Travel* (September 2021), and 4) the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*. I am currently serving as the lead SME for an ongoing GCTF project on racially and ethnically-motivated violent extremism.

- serving as the Principal Investigator (2016-17) for two projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a software demo capable of tracking M&E of counterterrorism capacity-building missions.

- Organizing, facilitating, and presenting at a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists understand militant groups' use of social media and forge a strategic action plan for countering it.

- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.

- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and jihadist groups in the following federal cases:

- On five occasions, I have been admitted as an expert witness on the Zarqawi organization, most recently in *Fields v. Syrian Arab Republic* (D.D.C., 2021).[7] In *United States v. Young* (E.D. Va., 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him

---

[6] GCTF is an international forum consisting of 29 countries and the European Union whose mission is "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

[7] Memorandum Opinion, *Fields v. Syrian Arab Republic*, CA 18-1437 (D.D.C., September 29, 2021), p. 2 ("Dr. Gartenstein-Ross is the Chief Executive Officer of Valens Global, a private commercial firm focused on analyzing violent non-state actors. Gartenstein Report at 1. He holds a Ph.D. and M.A. in World Politics from the Catholic University of America, as well as a J.D. from the New York University School of Law. *Id.* at 2. He has a robust background in studying and publishing articles on the Zarqawi organization and has been accepted as an expert on Syria's support for ISIS in other federal courts…. As such, I find that Dr. Gartenstein-Ross is qualified as an expert in Syria's relationship with and support of ISIS").

for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[8] I also served as an expert witness on the Zarqawi organization in *Sotloff v. Syrian Arab Republic* (D.D.C., 2021), *Doe v. Syrian Arab Republic* (D.D.C., 2020), and *Foley v. Syrian Arab Republic* (D.D.C., 2017).[9] I have also been disclosed as an expert witness in another case currently before the District Court of the District of Columbia that pertains to the Zarqawi organization and certain Shia militant groups.[10]

- In *Fritz v. Islamic Republic of Iran* (D.D.C., 2018), I served as an expert witness on the Iraqi Shia militant group Asaib Ahl al-Haq.[11]

- I have been admitted to serve as an expert witness on the Taliban in two separate cases: *Selig v. Islamic Republic of Iran* (D.D.C., 2021) and *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).[12] In the *Selig* case, the court also found me qualified to offer an expert opinion on the Haqqani Network.

- In *United States v. Abdul Kareem* (D. Ariz., 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support an ISIS attack in the United States in 2015.

- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in the case *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).

---

[8] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

[9] See Memorandum Opinion, *Sotloff v. Syrian Arab Republic*, CA 16-725 (D.D.C., March 15, 2021), pp. 11-12 ("The first expert, Dr. Daveed Gartenstein-Ross, is an anti-terrorism scholar and author who has worked, in various capacities, on issues related to violent non-state actors for over a decade. Gartenstein-Ross Hr'g Tr. 13:1–12. He has testified as an expert on terrorism and jihadist groups in many courts, including in this District…. The Court qualified him as an expert on violent non-state actors generally, ISIS's evolution from its predecessor organizations, and ISIS's material supporters"); *Doe v. Syrian Arab Republic*, No. 18-CV-0066 (D.D.C., Sept. 10, 2020) ("The undersigned finds that Dr. Gartenstein-Ross is qualified as an expert in the areas of terrorism and jihadist groups. He has been qualified in federal courts on six occasions in those fields. In addition, he has also testified in five hearings directly related to ISIS before the U.S. House and Senate. He has taught related topics at Georgetown University, Catholic University, University of Southern California, and University of Maryland. He received his Ph.D. and M.A. in World Politics from Catholic University and a J.D. from New York School of Law. As a result of his work, Dr. Gartenstein-Ross has been certified by governmental organizations as an expert on terrorism and jihadist groups, including the U.S. Customs and Border Protection and the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization. He is presently the Chief Executive Officer of Valens Global, a firm focused on responses to violent non-state actors, a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism. He also served as a Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships from 2016-2017"); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186, 193 n.4 (D.D.C. 2017) ("Having considered the requirements set forth in Federal Rule of Evidence 702 for the admission of expert testimony, the Court qualified Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism").

[10] *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv-00193-EGS-ZMF (D.D.C.).

[11] *Fritz v. Islamic Republic of Iran*, 320 F. Supp.3d 48, 58 n.2 (D.D.C., 2018) ("Many of the Court's findings in this section are derived from the testimony and expert reports of Dr. Matthew Levitt and Dr. Daveed Gartenstein-Ross. Having considered the requirements of Federal Rule of Evidence 702, the Court qualified … Dr. Gartenstein-Ross as an expert on (1) violent non-state actors, including identifying and analyzing online content generated by violent non-state actors; (2) Iran's use of proxy organizations in Iraq from the 1990s to 2012; and (3) Iraqi Shia militias in general and AAH in particular").

[12] See *Selig v. Islamic Republic of Iran*, case no. 1:19-cv-02889-TNM (D.D.C., November 22, 2021), memorandum opinion at 3 n. 1 ("The Court has reviewed the qualifications of Plaintiffs' experts and is satisfied that each is qualified to offer the opinions discussed below. *See* Gartenstein-Ross Rep. at 2–9 (listing qualifications)").

- I served as an expert witness on al-Shabaab (a Somalia-based al-Qaeda affiliate) in the following cases: *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2021), *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

In addition to the aforementioned work that required certification as an expert, I have undertaken other professional work related to VNSAs and jihadism for various clients:

- I oversaw the creation of numerous reports for the consulting firm Global Traveler, including reports examining terrorism and extremism in Brunei Darussalam and Nigeria (2021).
- I have served as a consultant for the Anti-Defamation League, producing reports on extremist groups and leading training for domestic law enforcement (2016-present).
- I have produced country-specific and actor-specific analytic reports for three firms in the oil and gas industry—Check-Six, Equinor, and Tullow Oil—that needed to make investment decisions related to VNSAs or to protect their facilities and personnel (2014-15).
- I led training for analysts about Sunni militant groups in the Horn of Africa for BAE Systems (2011).
- I served as a Subject Matter Consultant to the private security firm Corporate Risk International during hostage negotiations with the Iraq-based militant group Asaib Ahl al-Haq (2008-09).

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, as well as before the United Nations, European Parliament, and Canadian House of Commons. Additionally, I am an author with specialized knowledge about al-Qaeda, the Zarqawi organization, Ansar al-Islam/Ansar al-Sunnah, and Iraq-based Shia militant groups. I am the author or volume editor of thirty-one books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This work is outlined in my curriculum vitae, but some selections that pertain to the key issues in this case include:

Books and Monographs
- *Enemies Near and Far: How Jihadist Groups Strategize, Plot and Learn* (Columbia University Press, 2022).
- *Islamic State 2021: Possible Futures in North and West Africa* (with J. Zenn and N. Barr), Foundation for Defense of Democracies, 2017.
- *The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.
- *The War between the Islamic State and al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), New America Foundation, 2015.
- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Book Chapters
- "Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring*, Indiana University Press, 2019.

- "The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.
- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism* (Routledge, 2015).
- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications

- "Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson et al.), *Studies in Conflict & Terrorism*, 2019.
- "Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism*, 2019.
- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.
- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.
- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology*, August 30, 2016.
- "The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August 2015.
- "Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

Selected Commentary, Op-Eds, and Policy Analysis

- "The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue and C. Clarke), Foreign Policy Research Institute, April 13, 2021.
- "The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.
- "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.
- "What Do Asia's Returning Isis Fighters Do Next?: You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.
- "The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.
- "ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.
- "Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.
- "Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

I have also spoken at events and conferences across the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International Airport (January 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016), the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Relevant presentations and conference papers that I have delivered include:

- "Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference on Counter-Terrorism, June 28, 2021.
- "Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.
- "How Terrorist Organizations and Violent Extremists Are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.
- "Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.
- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.
- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, Qatar, November 13, 2017.
- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.
- "Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.
- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.
- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.
- "The Competition between the Islamic State and al-Qaeda," Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.
- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.

- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "The ISIS Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.
- "The Arab Awakening and the Future of al-Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.
- "Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., February 21, 2012.

*Methodology*

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by various U.S. courts.[13] Comparative analysis involves identifying relevant primary sources and scholarly literature, examining each source, and comparing these materials to one another in order to better establish baseline facts for my analysis. Here I will explain the framework I employ for understanding VNSAs, and the significance of the method I employ to evaluate factual assertions.

The framework that I employ for understanding VNSAs is designed to apply across a range of these actors. Some of my writings and professional projects have classified various kinds of VNSAs, and how they can be compared and contrasted with one another.[14] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal Structures*, several common factors should be analyzed across the range of VNSAs. These factors include:

- leadership
- ideology
- group goals
- strategy
- organizational structure
- recruiting
- financial support[15]

The comparative analysis method allows me to compare information and conclusions among sets of sources. Based on this method of factual analysis, I can make two determinations with a high degree of confidence: (1) I can make an accurate probabilistic determination of whether a given fact about a

---

[13] See, e.g., *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert's testimony in a case where he employed the comparative analysis method and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4.

[14] See Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else?: Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017.

[15] Discussed in Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

VNSA is true, and (2) independent of whether that fact is true, I can make an accurate probabilistic determination about whether members within that VNSA *believe* the fact at issue to be true.

My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs. One best practice I employ is relying mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations. These are documents commonly relied upon by experts in the field. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, secondary sources also serve useful purposes. First, secondary sources can provide useful historical information, adding rich context to a topic. Second, some secondary sources do a strong job of synthesizing large amounts of information. A third important purpose is that some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report, I was able to cross-check all the secondary sources I utilized against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is an Annenberg University Professor at the University of Pennsylvania.[16] In this manner, I can identify early if my anticipatory analysis does not match unfolding events, and adjust it as needed.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials using the comparative analysis method, my expert opinion on the issues laid out above follows. Section III of this report provides background on the evolution of the Zarqawi organization, including its iteration as al-Qaeda in Iraq (AQI). Section IV details the Syrian regime's support for the Zarqawi organization/AQI and its rationale for supporting the organization. Section V details the Zarqawi organization/AQI's culpability in the Al Sadeer Hotel Attack, the nexus between Syria and the attack, and Plaintiff Louis Messina's experience and injuries. Section VI details the foreseeability of the organization's targeting of Al Sadeer Hotel and the four victim Plaintiffs, given the Syrian regime's historic relationship with the Zarqawi organization and its continued support through the time of the attack. Finally, Section VII details my overall conclusions relevant to this case.

## III.   A Short History of the Zarqawi Organization/AQI

Al-Qaeda in Iraq (AQI) is one iteration of the "Zarqawi organization," a militant group that has undergone several name changes since its emergence in the early 1990s and is today known as the Islamic State (ISIS). From its founding in 1993 through 2006, the Zarqawi organization underwent the following name changes:

| Name employed | Years used |
|---|---|

---

[16] Philip E. Tetlock & Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).

| Bayat al-Imam | c. 1993-1999 |
| Jund al-Sham | c. 1999-2004 |
| Jamaat al-Tawhid wa-l-Jihad | 2004 |
| Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq) | 2004-2006 |
| Majlis Shura al-Mujahidin fi-l-Iraq (Mujahedin Shura Council) | 2006 |
| Islamic State of Iraq (ISI) | 2006 – April 2013 |

This section describes Abu Musab al-Zarqawi, the organization's founding father, then details the group's evolution through its incarnation as al-Qaeda in Iraq (AQI).



*Abu Musab al-Zarqawi.*

### A Short Biography of Abu Musab al-Zarqawi

Ahmed Fadil al-Nazal al-Khalayleh, better known as Abu Musab al-Zarqawi, attained international notoriety for his brutality and also his success as a militant leader. Zarqawi and his network were responsible for some of the worst atrocities committed in Iraq during the height of the country's civil war from 2003-07. This made Zarqawi one of the world's most wanted men, with the U.S. government offering the same reward amount for Zarqawi in 2004 as it did at the time for Osama bin Laden.[17] He was directly responsible for a wave of assassinations, hostage takings, and beheadings that lasted until a U.S. airstrike killed him on June 7, 2006.

Zarqawi was born in 1966 in the Jabal Alabiad area of Zarqa, Jordan, to a poor, conservative family belonging to the Bani Hassan tribe.[18] Known as a thug in his early life, he spent time in the streets rather than in school, and as a youth generally did not attend religious services. In a well-regarded biographical account of Zarqawi, Mary Anne Weaver describes the interviews she conducted in Jordan with people who knew him during this period:

> Everyone I spoke with readily acknowledged that as a teenager al-Zarqawi had been a bully and a thug, a bootlegger and a heavy drinker, and even, allegedly, a pimp in Zarqa's underworld. He was disruptive, constantly involved in brawls. When he was fifteen (according to his police record, about which I had been briefed in Amman), he participated in a robbery of a relative's home, during which the relative was killed.[19]

After getting into legal trouble for these thuggish activities, Zarqawi underwent a religious awakening at the al-Falah mosque in Zarqa. It was his mother who first enrolled Zarqawi in religious classes, "no doubt hoping to keep him out of a life of crime."[20] Following his turn toward piety, Zarqawi went to Afghanistan hoping to fight the Soviet Union, which had invaded ten years prior in December 1979.

---

[17] Federal Bureau of Investigation, "FBI Updates Most Wanted Terrorists and Seeking Information—War on Terrorism Lists," February 4, 2006; "U.S. Raises Zarqawi Reward to $25m," CNN, July 1, 2004.

[18] Fouad Hussein, *Al-Zarqawi: The Second Generation of al-Qaeda* (London, 2005, translated from Arabic), p. 7.

[19] Mary Anne Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi," *The Atlantic*, July/August 2006.

[20] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven, CT: Yale University Press, 2016), loc. 207.

The Soviet occupation provided a major magnet for "foreign fighters" from throughout the Arab and Islamic world. Though Zarqawi arrived too late to fight in the anti-Soviet jihad, during his time in Afghanistan he joined the transnational jihadist movement.

Al-Qaeda leader Osama bin Laden was in Afghanistan concurrent with Zarqawi, and Zarqawi trained for combat in the bin Laden-run Sada camp.[21] Zarqawi also met fellow Jordanian Abu Muhammad al-Maqdisi (born Isam Muhammad Tahir al-Barqawi) in Afghanistan. Maqdisi was a renowned Salafist cleric who became Zarqawi's ideological mentor.

Zarqawi also built relationships with other jihadists in Afghanistan that allowed him to form the "Zarqawi organization," the militant outfit that would undergo several name changes and that would ultimately become known as ISIS years after Zarqawi's death. Despite its name changes, none of them signaled a fundamental change in mission, organizational structure, or personnel before the end of 2005, which is the period relevant to this case. Given the continuity within the group despite changes in name, this report interchangeably uses the names *al-Qaeda in Iraq (AQI)* and *Zarqawi organization* when referring to the militant group.

*Bayat al-Imam / Jund al-Sham*
While in Afghanistan, Zarqawi and Maqdisi established their own militant Islamist group. Composed of around a dozen men, it was known by police and reporters as Bayat al-Imam (Allegiance to the Imam). But members of the group reportedly rejected that name, referring to their organization instead as Tawhid wa-l-Jihad (Monotheism and Jihad).[22] The group's primary goal was to overthrow Jordan's monarchy and replace it with an Islamist government.

Zarqawi and Maqdisi returned to Jordan in 1993, and authorities arrested them the following year. Prior to their arrest, their group "tried several ill-fated attacks."[23] One such attempt, against a pornographic movie theater, failed when the would-be attacker became "so engrossed in the film that he forgot about his bomb. As he sat, glued to the screen, the device detonated under his feet. No patrons were hurt, but the bomber lost both his legs."[24] Zarqawi and Maqdisi were finally apprehended "after members attacked a Jordanian border crossing with Israel, likely in an effort to torpedo the ongoing peace negotiations."[25] Both men were convicted on terrorism charges and were sentenced to 15 years in prison.[26]

Zarqawi's years in Jordanian prison—he was held in both the Suwaqa prison and the even more notorious al-Jafr, which was specifically reopened for Zarqawi and his band of zealots—were pivotal to his militant career. Journalist Abdallah Abu Rumman, who met Zarqawi in prison in September 1996 (Abu Rumman was also incarcerated), recalled that Zarqawi's organization was "amongst the strongest and most influential" associations in the prison.[27] Zarqawi had a strong leadership style. He

---

[21] Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi."
[22] Didier Francois, "Top Billing," *Libération* (Paris; original in French), June 13, 2005.
[23] Fishman, *The Master Plan*, loc. 257.
[24] Joby Warrick, *Black Flags: The Rise of ISIS* (New York: Knopf Doubleday, 2015), p. 19.
[25] Fishman, *The Master Plan*, loc. 257.
[26] George Michael, "The Legend and Legacy of Abu Musab Al-Zarqawi," *Defence Studies* 7:3 (2007), p. 340.
[27] *Al-Sharq al-Awsat*, March 8, 2004.

"was able to control everyone and organize all the details of relations within the group."[28] Eventually Zarqawi eclipsed the less personally dominant Maqdisi and became the emir of the prison group.[29]

Bayat al-Imam maintained links to militants beyond the prison walls, in places like Zarqa, Irbid, and Salt.[30] Prisoners' family members routinely smuggled out religious tracts written by Maqdisi. Prominent London-based Salafi jihadist cleric Abu Qatada al-Filistini in turn published writings by Bayat al-Imam members in his magazine *Al-Minhaj*, which allowed prominent jihadists like Saif al-Adl to stay abreast of the activities of their "brothers" in Jordan's prisons. Adl recalled that Abu Qatada

> would publish these brothers' writings in his London based magazine *Al-Minhaj*. We read the brother Abu Muhammad al-Maqdisi's letters as well as Abu Musab's. We also read the transcripts of what they said in court. Our brother Abu Qatada al-Filistini would always tell us that we have good brothers operating in Jordan and that they have a promising future ahead of them on the path of the blessed *Dawa* [referring to calling others to the militants' interpretation of Islam].[31]

In 1999, King Abdullah II declared a general amnesty for Jordanian prisoners, and both Zarqawi and Maqdisi were released. Zarqawi promptly returned to South Asia. He was briefly arrested in Hayatabad, Pakistan for overstaying a residence permit, after which he left Pakistan for Afghanistan.[32]

Two weeks after his arrival in Kandahar, Zarqawi met with Saif al-Adl, who was then al-Qaeda's security chief.[33] Adl played an important role in facilitating al-Qaeda's partnership with Zarqawi, though there is some dispute among jihadist leaders about how central he was.[34] According to Adl, bin Laden and Ayman al-Zawahiri were initially reluctant to associate with Zarqawi. Bin Laden found Zarqawi's boisterous and brazen nature off-putting.[35] But Adl said that he counseled al-Qaeda's leadership to work with Zarqawi, arguing that collaborating with the Zarqawi network would enable al-Qaeda to gain a foothold in historic Palestine and Jordan.[36]

With bin Laden's consent, Adl met with Zarqawi and discussed plans to establish a military camp in the city of Herat, in western Afghanistan.[37] Bin Laden indirectly provided the camp's funding and equipment.[38] But al-Qaeda did not develop a formal, public alliance with Zarqawi at the time. As Adl

---

[28] Ibid.

[29] Ibid.; Warrick, *Black Flags*, p. 26; Weaver, "The Short, Violent Life"; Hazim al-Amin, "Al-Zarqawi's Followers in Jordan Visit Their Shaykhs in Jail and Wait for the Chance to Join Abu Musab in Iraq," *Al-Hayah* (London; original in Arabic), December 14, 2004.

[30] Weaver, "The Short, Violent Life."

[31] Hussein, *Al-Zarqawi*; see also Weaver, "The Short, Violent Life" (noting that Maqdisi's tracts "were smuggled out" of prison by the wives and mothers of inmates).

[32] Jean-Charles Brisard & Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (New York: Other, 2005), p. 66; Hussein, *Al-Zarqawi*.

[33] Hussein, *Al-Zarqawi*.

[34] As this section notes, and as has been widely recounted, Adl has framed himself as central to overcoming the initially heavy skepticism that bin Laden and Ayman al-Zawahiri had toward Zarqawi. But bin Laden disputed this account, and pointed to at least one factual error in Adl's recounting. See Fishman, *The Master Plan*, locs. 459-63. This intra-jihadist factual dispute is not material to my conclusions in this section.

[35] Hussein, *Al-Zarqawi*.

[36] Ibid.

[37] Ibid.; see also Hazim al-Amin, "Al-Zarqa Produces al-Khalayleh and al-Maqdisi, and the Returnees from Kuwait Rallied Around Them," *Al-Hayah* (London; original in Arabic), December 15, 2004.

[38] Hussein, *Al-Zarqawi*.

later explained, al-Qaeda did not "want Abu Musab or the other brothers in Herat to be completely subjected to us, but rather want them to operate in coordination and cooperation with us so that we could all pursue our common objectives."[39]

During his time in Herat, Zarqawi developed outreach and recruitment operations in Jordan and Syria, thus increasing the number of militants drawn to his camp.[40] He focused in particular on recruiting fighters from "Bilad al-Sham," a region that includes Jordan, Syria, Lebanon, and historic Palestine.[41] Consistent with what would become a pattern of adopting new monikers, the Zarqawi organization's network in Herat became known as Jund al-Sham (Soldiers of the Levant), though the banner above the entrance to the Herat camp continued to read *Tawhid wa-l-Jihad* (which, as previously mentioned, is the name insiders called the group during this period).[42] Graduates of the Herat camp later took part in notable terrorist plots, including the 2002 assassination of U.S. diplomat Laurence Foley in Amman.[43]

*Alliance with Ansar al-Islam*

Shortly after the establishment of the Herat camp, Zarqawi tasked Abu Abdel Rahman al-Shami, a fellow Jordanian militant, with expanding his network into northern Iraq.[44] On September 1, 2001, Shami helped form the group Jund al-Islam with Kurdish jihadist leader Abu Abdullah al-Shafi'i and Iraqi militant Abu Wa'il. Following the 9/11 attacks, Jund al-Islam merged with a Kurdish jihadist organization operating in northern Iraq known as Ansar al-Islam.[45]

The U.S. invasion of Afghanistan in late 2001 forced Zarqawi and around 300 Jund al-Sham members to relocate from Herat.[46] Zarqawi and a number of followers moved through Iran before settling in northern Iraq and finding refuge with Ansar al-Islam.[47] Thereafter, though Zarqawi expanded his organization into other countries in the region, his main focus was on building his organization in Iraq. Eventually the Zarqawi network underwent another rechristening, emerging as Jamaat al-Tawhid wa-l-Jihad (JTJ).

*Jamaat al-Tawhid wa-l-Jihad*

The origins of the JTJ moniker can be traced back to Zarqawi's days as the leader of Bayat al-Imam during his time in prison. It was another of the many names that the jihadists imprisoned with Zarqawi called themselves.[48] There is no consensus among observers as to when the Zarqawi organization adopted the JTJ name publicly. According to journalist Fouad Hussein, whose interviews with Saif al-Adl and other Zarqawi associates gave him impressive access to the network's inner workings,

---

[39] Ibid.

[40] Ibid.

[41] Weaver, "The Short, Violent Life"; Fawaz Gerges, *ISIS: A History* (Princeton, N.J.: Princeton University Press, 2016), p. 66.

[42] Hussein, *Al-Zarqawi*; Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 13.

[43] Weiss & Hassan, *ISIS*, p. 13.

[44] Ibid., p. 14.

[45] Hussein, *Al-Zarqawi*.

[46] Weaver, "The Short, Violent Life"; Hussein, *Al-Zarqawi*.

[47] Isma'il Zayir, "Dozens of Arab Afghans 'Slip' Into Northern Iraq," *Al-Hayah* (London; original in Arabic), February 1, 2002; Husni Mahalli, "Another 'al-Qaeda' and New Mullahs in Iraqi Kurdistan; Will Kurdistan Become Tora Bora?," *Al-Majallah* (original in Arabic), February 10, 2002.

[48] Hussein, *Al-Zarqawi* (quoting Maqdisi on this point).

Zarqawi's group formally announced itself as JTJ at the beginning of 2004, when it established its own media office and began claiming attacks and issuing military communiqués.[49]

*Al-Qaeda in Iraq*

In October 2004, Zarqawi pledged *bayah* (an oath of allegiance) to bin Laden, and the Zarqawi organization became al-Qaeda's first official affiliate group. At this point, Zarqawi's group adopted the moniker *Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn* (al-Qaeda of Jihad Organization in the Land of Two Rivers). The group was better known as al-Qaeda in Iraq. By joining al-Qaeda, Zarqawi gained access to an international fundraising, facilitation, and recruitment network, while retaining much of his autonomy.

Following the U.S. invasion of Iraq in 2003, the Zarqawi organization became highly active in Iraq in combating U.S. forces and others it considered foreign invaders. In a 2004 letter written by Zarqawi that was intercepted by U.S. forces, he described his organization's enemies as comprising four groups: *1) the Americans, 2) the Kurds, 3) soldiers, police and agents, and 4) the Shia.*[50] The plaintiffs were Westerners working on a U.S. government contract at the time of the Al Sadeer Hotel Attack. They thus fit squarely within the categories of individual whom the Zarqawi organization was explicitly targeting (discussed in greater detail in Section VI).

The Zarqawi organization frequently carried out suicide bombings, often employing vehicle-borne improved explosive devices (VBIEDs). In August 2003, the group bombed the Jordanian Embassy in Baghdad. Twelve days later, the Zarqawi organization claimed responsibility for a suicide VBIED attack on the U.N.'s headquarters in Baghdad, which was located in the Canal Hotel. That attack killed 22 people, including Sergio Vieira de Mello, who was serving as the U.N. High Commissioner for Human Rights and the international body's Special Representative for Iraq.[51] The same month, the group killed 85 people in a VBIED attack on Shia worshippers outside the Imam Ali Mosque in Al Najaf, including the leader of the Supreme Council for Islamic Revolution in Iraq.[52] Through 2004, AQI carried out numerous "VBIED attacks against U.S. military personnel and Iraqi infrastructure … including suicide attacks inside the Green Zone perimeter in Baghdad."[53] On April 28, 2005, just over a month after the Al Sadeer Hotel bombing, the Zarqawi organization claimed responsibility for two vehicle bombings that killed over 160 Iraqis.[54]

The group also employed suicide bombers outside of the VBIED context. In its most deadly operation to that point, AQI killed over 180 people in an attack involving suicide bombings that struck a

---

[49] Ibid. Indeed, the first communiqué issued in JTJ's name was posted online in April 2004.

[50] U.S. Department of State, "Zarqawi Letter," February 2004, available at https://2001-2009.state.gov/p/nea/rls/31694.htm.

[51] Dexter Filkins & Richard A. Oppel Jr., "Top Aid Officials Are Among 17 Killed," *New York Times*, August 19, 2003; U.S. Department of State, *Country Reports on Terrorism 2004* (2005), "Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (QJBR)," p. 111.

[52] U.S. Department of State, *Country Reports on Terrorism 2004* (2005), "Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (QJBR)," p. 111.

[53] Ibid.

[54] Office of the Director of National Intelligence, National Counterterrorism Center, "Historic Timeline," n.d., https://www.dni.gov/nctc/timeline.html.

celebration of the Shia religious holiday of Ashura in March 2004.[55] In November 2005, AQI suicide bombers attacked two Shia mosques in Khanaqin, killing over 70 people and wounding over 100.[56]

These examples are just a few of the many largescale suicide bombings that AQI carried out during this period. A declassified Defense Intelligence Agency briefing from 2005 noted AQI's "continued high operational/propaganda tempo," as the group's pace of attacks and propaganda releases in 2005 were higher than averages for 2004.[57] The briefing also described the percentage of jihadist attacks as small relative to overall insurgent activity but found that they "have disproportionate effect."

Overall, the Zarqawi organization was notorious for its brutality, particularly its practice of kidnapping, torturing, and beheading its victims, which included foreign contractors. One of the group's early videotaped executions during the Iraq War involved shooting a kneeling, blindfolded American captive in the head.[58] In 2004, AQI claimed responsibility for the beheadings of American contractors Nicholas Berg, Olin Eugene Armstrong, and Jack Hensley; British engineer Kenneth Bigley; South Korean translator Kim Sun-il; and Japanese backpacker Shosei Koda. The group filmed these executions on camera and ensured that they were widely distributed online.

Another of AQI's brutal tactics was mass execution of Iraqis. In October 2004, the Zarqawi organization ambushed and used firearms to execute 48 Iraqi National Guard soldiers.[59] In April 2007, the Zarqawi organization filmed the execution of 20 members of the Iraqi Ministries of Defense and Interior, and released video of these killings through al-Furqan Foundation for Media Production.[60] A gunman executed the captured Iraqis one by one in the video, and it ended with a shot of their bodies "lying in a heap."[61] There are many other examples of the Zarqawi organization employing similar execution techniques to kill hostages that it had taken.

The Zarqawi organization's transition from calling itself JTJ to instead using the AQI label resembled the group's previous transformation from Jund al-Sham to JTJ, which had little impact on the militant organization's internal structure. As the Zarqawi organization became AQI, its leadership structure and membership ranks remained intact, and there was no overt shift in the group's ideology or strategy. While its membership ranks grew markedly following the adoption of the AQI brand, this did not make it a fundamentally different organization. Those who had worked with Zarqawi in the early days of JTJ either maintained their positions within the organization or grew in stature (part of a natural process of promotion) once Zarqawi formally aligned with al-Qaeda.

One such leader was Abu al-Ghadiyah (born Sulayman Khalid Darwish). Abu al-Ghadiyah was one

---

[55] U.S. Department of State, *Country Reports on Terrorism 2004* (2005), "Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (QJBR)," p. 111.

[56] Edward Wong, "Mosque Attacks Kill 70 in Iraq; Hotel is Hit, Too," *New York Times*, November 19, 2005.

[57] Defense Intelligence Agency, briefing, "Abu Musab al-Zarqawi and Al-Qaida in Iraq" [declassified], https://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FOIA-Reading-Room-Other-Available-Records/FileId/215527/.

[58] "Purported Iraqi Group Executes U.S. Soldier," Al Jazeera, June 28, 2004. For more discussion of Sgt. Keith Matthew Maupin's execution, see *Foley v. Syrian Arab Republic*, 249 F.Supp.3d 186 (D.D.C., 2017).

[59] "Abu Musab Al-Zarqawi's Group 'Tanzeem Qaedat al-Jihad fi Bilad al-Rafidayn,' Claims Responsibility for the Killing of 48 Apostates from the National Guard in Baaquba," SITE Intelligence Group, October 24, 2004.

[60] "Islamic State of Iraq Issues Through al-Furqan Foundation Execution Video of Twenty Captured Employees of the Iraqi Ministries of Defense and Interior," SITE Intelligence Group, April 17, 2007.

[61] Ibid.

of the cofounders of Jund al-Sham.[62] He traveled with Zarqawi to Iran, and then to Iraq, where he played a key role in helping the Zarqawi organization establish itself.[63] Following Zarqawi's pledge of allegiance to bin Laden, Abu al-Ghadiyah continued his high-level role in the rechristened al-Qaeda in Iraq.[64] In 2005, the U.S. Treasury Department designated Abu al-Ghadiyah for his role in the organization, including for fundraising and recruiting. The designation made the continuity in Abu al-Ghadiyah's high-level role clear, describing him as a member of Zarqawi's *shura* council, as well as "one of the most prominent members of the Zarqawi organization in Syria."[65]

Another leader demonstrating the continuity in personnel from JTJ to AQI was Abu Azzam al-Iraqi (also known as both Abdallah Najm Abdallah Muhammad al-Jawari and also Abdallah Abu Azzam). According to a Zarqawi organization eulogy produced after Abu Azzam's September 2005 death, Abu Azzam had been a member of the Salafist underground in Iraq during Saddam Hussein's rule.[66] After the Baathist regime's collapse, Abu Azzam acquired a small group of militant followers whom he quickly aligned with Zarqawi and JTJ. Abu Azzam worked as a JTJ recruiter, traveling across Iraq to bring new members into the organization. Abu Azzam also featured in JTJ's military operations, participating in the First Battle of Fallujah and a number of early terrorist attacks in the Baghdad area. After JTJ joined al-Qaeda and became known as AQI, Abu Azzam continued to rise in the ranks. After the Second Battle of Fallujah and the death of AQI official Umar Hadid, Abu Azzam was appointed AQI's emir of Baghdad.[67] According to later jihadist accounts, Abu Azzam was quickly elevated to AQI's *shura* council, where he answered directly to Zarqawi.[68] Following Zarqawi's injuries during fighting in al-Qa'im in May 2005, Abu Azzam served as the overall supervisor of AQI's activities throughout the Anbar-Baghdad corridor.[69]

The career trajectories of Abu al-Ghadiyah and Abu Azzam al-Iraqi serve as two examples of the continuity of leadership maintained throughout the evolution of Zarqawi's organization during the period at issue in this case despite name changes.

### *The Mujahedin Shura Council*

The Al Sadeer hotel attack at issue in this case took place while the Zarqawi organization still referred to itself as al-Qaeda in Iraq. However, since this report relies on some evidence that extends beyond the time of the Al Sadeer attack in 2005 to contextualize relevant relationships and events, I now detail the two changes to the Zarqawi organization's name that took place in 2006, the year after the Al Sadeer attack. Although the Zarqawi organization twice changed its name in 2006, the organization continued to remain the dominant jihadist force in Iraq, with the same goals, strategies, tactics, and key personnel as when it self-identified as AQI.

---

62 Muhammad Abu Rumman, "Sulayman Khalid Darwish, also known as Abu al-Ghadiyah, One of the Most Prominent Leaders of the al-Qaeda Organization in Iraq Killed," *Al-Ghadd* (Amman; original in Arabic), June 25, 2005.
63 Ibid.
64 Ibid.
65 U.S. Department of Treasury, "Treasury Designates Individual Financially Fueling Iraqi Insurgency, al Qaida," January 25, 2005.
66 Media Division of the Mujahedin Shura Council in Iraq, "Biographies of Eminent Martyrs, Part XLV: Abu Zahra al-Issawi," July 18, 2010.
67 Al-Sharqiyah television, September 28, 2005 (Arabic).
68 Al-Furqan Media Production Establishment, "From History's Secrets: Al-Zarqawi As I Knew Him, Part 1," September 7, 2007.
69 Hazim al-Amin & Miyasar al-Shammari, "Reports on Smuggling of Leader of the al-Qaeda of Jihad Organization in the Land of the Two Rivers to a Neighboring Country for Medical Treatment," *Al-Hayah* (original in Arabic), May 26, 2005.

On January 15, 2006, AQI's Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. These factions were AQI, the Victorious Sect Army, the Monotheism Supporters Brigades (Saraya Ansar al-Tawhid), the Islamic Jihad Brigades (Saraya al-Jihad al-Islami), the Al-Ghuraba (Foreigners) Brigades, and the Al-Ahwal (Fear) Brigades.[70]

Though MSC purported to function as a coalition, the group was AQI's brainchild, born of strategic necessity. At the time, AQI faced growing criticism from local Iraqis for representing a foreign agenda and conducting indiscriminate attacks against civilians. AQI envisioned MSC as a way to rebrand, highlighting its local origins and connections in an effort to regain the support of other Iraqi factions and the population at large. The person chosen to lead this group was a previously unknown figure called Abdallah bin Rashid al-Baghdadi, who provided an Iraqi face for MSC's leadership. Attacks in Iraq claimed by MSC during its relatively brief existence did not invoke AQI's name, seemingly in order to downplay AQI's involvement in the Iraqi insurgency and to draw attention instead to Iraqi militants.

While the MSC was designed to provide cover to AQI and showcase the "Iraqi-led" insurgency, AQI quietly remained the dominant player in the Iraqi Salafi jihadist landscape. As one illustration, now-deceased AQI defector Mullah Nadhim al-Juburi said publicly that Muharib al-Juburi, who was an original MSC member and the emir of al-Ghuraba Brigades, had formed an alliance with Zarqawi as early as 2004.[71] From 2004-2006, Muharib al-Juburi served as one of Zarqawi's most trusted couriers and as a representative of the Zarqawi organization's senior leadership. He later served in the same role for Abu Ayyub al-Masri, Zarqawi's successor as leader of the organization.[72] The case of Muharib al-Juburi and the al-Ghuraba Brigades helps illustrate how the transition to MSC was an adaptation of AQI's strategy in response to the shifting political climate. Ultimately the MSC was, like AQI and JTJ before it, a fundamental continuation of the group.

In addition to providing a cover for AQI, MSC formalized longstanding alliances between AQI and lesser-known insurgent groups. The establishment of the Islamic State of Iraq, the next iteration of the Zarqawi organization, can be understood as a continuation of this strategy of rebranding and expansion in an effort to gain greater support and legitimacy not only within the Iraqi insurgent landscape but also the global Muslim community.

### Islamic State of Iraq (ISI)

On October 15, 2006, the MSC announced its establishment of the Islamic State of Iraq (ISI).[73] Zarqawi died before ISI's creation, but its establishment advanced AQI's longstanding strategic objectives in important ways. According to Saif al-Adl, establishing an Islamic state was one of Zarqawi's core goals when he relocated to Iraq.[74] Indeed, in 2005 al-Qaeda's deputy emir Ayman al-

---

[70] Muhammad al-'Ubaydi et al., *The Group That Calls Itself a State: Understanding the Evolution and Challengers of the Islamic State* (West Point, N.Y.: Combating Terrorism Center, 2014).

[71] Al-Arabiyah television (Arabic), March 6, 2009.

[72] Al-Furqan Establishment for Media Production, "Biographies of Eminent Martyrs, Part XLVIII: Abd al-Aziz Atiq al-Atiq (Abu Suhayb al-Najdi)," September 15, 2011.

[73] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

[74] Quoted in Cole Bunzel, *From Paper State to Caliphate: The Ideology of the Islamic State* (Washington, D.C.: Center for Middle East Policy at the Brookings Institution, 2015), p. 15.

Zawahiri had articulated the establishment of an Islamic emirate as one of the jihadists' earliest priorities for Iraq in a letter he wrote to Zarqawi.[75]

Following Zarqawi's June 2006 death, Zawahiri used his eulogy for the slain militant to re-emphasize the strategic priority of establishing an Islamic emirate. He stated: "My mujahid brothers in Iraq, know that the Islamic Ummah has put its hope in you, and that you must establish an Islamic state in Iraq, then make your way towards captive Jerusalem and restore the Caliphate which was toppled through the cooperation of the Crusaders and the traitorous slaves of the English."[76] According to a 2008 interview with ISI's war minister Abu Hamza al-Muhajir, Zarqawi organization members began consulting various insurgent leaders to lay the groundwork and build support for the establishment of the Islamic State of Iraq around the time that Zawahiri's eulogy was released.[77] As Fishman notes, one significant aspect of ISI was that the organization "immediately set out to build a scalable bureaucratic framework that would eventually define the Islamic State during the Syrian civil war."[78]

But ISI encountered a significant challenge that produced the group's defeat—albeit a temporary one, as it powerfully reemerged in the post-Arab Spring environment as ISIS. Though the Zarqawi organization had tried to mask its activities in Iraq under the pretense of an Iraqi-led insurgent coalition, many Sunni tribal leaders saw the jihadist organization as brutal, foreign in its conception, and forcibly imposing an oppressive form of the Islamic faith that was alien to Iraq. In September 2006, around thirty of these leaders held a meeting to formally voice their opposition to the Zarqawi organization, and formed a coalition called *Majlis Inqadh al-Anbar*, or the Anbar Salvation Council, to combat the al-Qaeda elements in their midst.[79] This was the genesis of what would popularly become known as the Awakening movement, which was instrumental in the Zarqawi organization's defeat during this period.

Thus, this section details the various names that the Zarqawi organization employed through the end of 2006—the year following the Al Sadeer attack. The Zarqawi organization most certainly evolved throughout the history that I have detailed, which should be unsurprising, as jihadist militant organizations should be understood as learning organizations.[80] But none of the aforementioned changes in the name employed by the group signifies that a fundamentally new organization was created with the name change. Rather, the Zarqawi organization maintained broad continuity in leadership, ideology, and strategy from one iteration to the next.

## IV.   Syrian Support for the Zarqawi Organization

Syria has an established history of supporting the Zarqawi organization that dates back to the aftermath of the U.S.-led invasion of Iraq. Bashar al-Assad's regime supported the Zarqawi organization in an effort to undermine coalition efforts in Iraq. This desire to see the United States defeated in Iraq was articulated explicitly by Syrian officials from the earliest days of the U.S. invasion.

[75] Zawahiri's letter to Zarqawi can be found at https://ctc.usma.edu/app/uploads/2013/10/Zawahiris-Letter-to-Zarqawi-Translation.pdf.
[76] Ayman al-Zawahiri, eulogy of Abu Muhammad al-Zarqawi, posted on the Islamic Renewal Organization's website, June 24, 2006.
[77] Abu Hamza al-Muhajir, audio interview, posted by Al-Furqan Media Production Establishment, October 24, 2008.
[78] Fishman, *The Master Plan*, loc. 1794.
[79] *Al-Bayyinah al-Jadidah* (Arabic), September 20, 2006.
[80] See Daveed Gartenstein-Ross & Thomas Joscelyn, *Enemies, Near and Far: How Jihadist Groups Strategize, Plot, and Learn* (New York: Columbia University Press, forthcoming 2021).

Addressing the country's parliament in March 2003 (the month of the U.S. invasion), Syria's foreign minister Farouq al-Sharra said that "Syria has a national interest in the expulsion of the invaders from Iraq."[81] Though Syria's involvement with the Zarqawi organization oscillated between tacit approval (which allowed for some plausible deniability) and blatant support, evidence of such support from around 2002 through 2008 is well documented, and has been established by credible analysts and numerous court opinions.[82] I document this support through 2008 to show that Syrian support for the Zarqawi organization through the time of the Al Sadeer attack was not anomalous, but rather represents a continuity in state policy that continued in the years following the attack.

_Syria as a Transit Point and Safe Haven for Militants_
Syria's role as the primary transit point for militants heading to Iraq, as well as a permissive operating environment for Zarqawi organization operatives stationed there, has been outlined and verified by insider accounts, official U.S. government statements, captured documents and data, and contemporaneous open-source reporting. For example, a June 2005 _Washington Post_ article provides the account of 32-year-old trafficker Abu Ibrahim, who had been smuggling foreign fighters from Syria into Iraq since as early as 2003. Describing the operating environment in Syria before the U.S. invasion, Abu Ibrahim detailed his work for Abu Qaqaa, a Syrian cleric who is best known for his role in recruiting AQI fighters.[83] (Abu Qaqaa is described in more detail later in this report.) Describing himself as Abu Qaqaa's "right-hand man," Abu Ibrahim explained the latitude that Abu Qaqaa's operation enjoyed in Syria. According to Abu Ibrahim, mere weeks after the 9/11 attacks, "the group felt bold enough to celebrate in public in Aleppo with a 'festival,' as it was called, featuring video of hand-to-hand combat and training montages of guerrillas leaping from high walls."[84]

Syrian authorities arrested Abu Qaqaa due to his sponsorship of this festival, as it came at a sensitive time, less than a month after the 9/11 attacks, when the U.S. enjoyed its maximum ability to exert pressure internationally. But even at that charged time, Abu Qaqaa was released within mere hours of his arrest. Abu Ibrahim recalled that by 2002 these festivals were featured biweekly and were even attended by "Syrian security officials and presidential advisors." Abu Qaqaa and his supporters found themselves with a level of authority that "rivaled that of the Amn Dawla, or state security."[85] This included the authority to engage in _hisba_-oriented violence and intimidation designed to uphold a strict version of Islamic law.[86] Taking advantage of the latitude that the Syrian state provided to them, Abu Qaqaa's men even broke into "houses in the middle of the night to confront people accused of bad behavior."[87] Significantly, the _Washington Post_ observes:

> In a dictatorship infamous for its intolerance of political Islam, such freedom made some of the cleric's lieutenants suspicious. "We asked the sheik why we weren't being arrested," said Abu Ibrahim. "He would tell us it was because we weren't saying

---

[81] Neil MacFarquhar, "Syria Wants U.S. To Lose War, Its Foreign Minister Declares," _New York Times_, March 31, 2003.
[82] While I have reached my own conclusions with respect to Syria's support for the Zarqawi organization/AQI, I am indebted in particular to the research of David Schenker. Some of the evidence discussed herein has been outlined in his prior testimonies in _Thuneibat v. Syrian Arab Republic_ and _Gates v. Syrian Arab Republic_. In both cases, the District Court found his analysis and evidence to be legitimate and compelling (as shown by the Findings of Fact in both judgments).
[83] Ghaith Abdul-Ahad, "Outside of Iraq But Deep in the Fight," _Washington Post_, June 8, 2005.
[84] Ibid.
[85] Ibid.
[86] For discussion of the term _hisba_ and its application, see Michael Cook, _Commanding Right and Forbidding Wrong in Islamic Thought_ (Cambridge: Cambridge University Press, 2010).
[87] Abdul-Ahad, "Outside of Iraq But Deep in the Fight."

anything against the government, that we were focusing on the common enemy, America and Israel, that beards and epaulets were in one trench together."[88]

Syria's support for insurgents quickly became apparent to U.S. officials. America invaded Iraq in March 2003, and before the end of that month, U.S. Secretary of Defense Donald Rumsfeld had already "accused Syria of allowing military supplies to be transported across its border to Iraq."[89] The United States tried to pressure the Syrian regime to end this practice, yet Abu Ibrahim's account illustrates how the regime's response was designed to maintain its support for the insurgency. Syria shifted its posture from blatant facilitation of insurgents to tacit acceptance masked by disingenuous crackdowns. The *Washington Post* explains:

> In the first days of the war, fighters swarmed into Iraq aboard buses that Syrian border guards waved through open gates, witnesses recalled. But late in 2004, after intense pressure on Damascus from the Bush administration, Syrian domestic intelligence services swept up scores of insurgent facilitators. Many, including Abu Ibrahim, were quietly released a few days later. In the months since, the smugglers have worked in the shadows. In a series of interviews carried out in alleyways, a courtyard, a public square and a mosque, Abu Ibrahim was being visibly followed by plainclothes agents of the security service, Amn Dawla. In December, the service confiscated his passport and national identity card. His new ID was a bit of cardboard he presented each month to his minders; the entries for April and May were checked.[90]

Contemporaneous public statements from U.S. officials further underscore the importance of Syrian support for the insurgency by highlighting America's frustration with the volume of fighters and military supplies entering Iraq from Syria. In a March 2003 news conference, Secretary Rumsfeld stated that "we have information that shipments of military supplies have been crossing the border from Syria into Iraq, including night-vision goggles.… These deliveries pose a direct threat to the lives of coalition forces. We consider such trafficking as hostile acts."[91] A month later, on *Face the Nation*, Secretary Rumsfeld further described "busloads of people coming out of Syria" into Iraq.[92]

Under Secretary of State for Arms Control and International Security John Bolton was even more blunt in his assessment. In testimony before the House International Relations Committee (now known as the House Foreign Affairs Committee) in September 2003, Bolton declared that "we have seen Syria take a series of hostile actions toward Coalition forces in Iraq. Syria allowed military equipment to flow into Iraq on the eve of and during the war. Syria permitted volunteers to pass into Iraq to attack and kill our service members during the war, and is still doing so."[93] The same month,

---

[88] Ibid.

[89] Neil MacFarquhar, "Syria Wants U.S. To Lose War, Its Foreign Minister Declares," *New York Times*, March 31, 2003.

[90] Abdul-Ahad, "Outside of Iraq But Deep in the Fight." The *Washington Post* report acknowledged that "few other details of Abu Ibrahim's account could be verified independently. But the structure of the human smuggling organization he described was consistent with the assessments of U.S. and Iraqi officials who closely study Syria's role in the insurgency. Other specifics jibed with personal histories provided by foreign fighters interviewed in the Iraqi city of Fallujah on the eve of a U.S. offensive in November. Those interviews also echoed earlier accounts of Iraqi insurgents, including descriptions of the role of a Syrian cleric known as Abu Qaqaa in promoting a holy war, or jihad, against the West." Ibid.

[91] "Syria Backs 'Iraqi People' in War," CNN, March 31, 2003.

[92] *Face the Nation*, April 13, 2003.

[93] John R. Bolton, "Syria's Weapons of Mass Destruction and Missile Development Programs," testimony before the House International Relations Committee, Subcommittee on the Middle East and Central Asia, September 16, 2003.

the Administrator of the Coalition Provisional Authority in Iraq, Ambassador L. Paul Bremer, testified to the same committee that "out of the 278 third-country nationals who were captured by coalition forces in Iraq, the 'single largest group are Syrians.'"[94] In December 2003, the U.S. Congress issued the Syrian Accountability and Lebanese Sovereignty Restoration Act, urging Syria to "immediately and unconditionally stop facilitating transit from Syria to Iraq of individuals, military equipment, and all lethal items," and to "cease its support for 'volunteers' and terrorists who are traveling from and through Syria into Iraq to launch attacks."[95] The 2005 U.S. State Department *Country Reports on Terrorism* said that "Syria was used as a facilitation hub for terrorist groups operating in Iraq."[96] The report documented that foreign terrorist fighters "constituted a small percentage of insurgent forces, but their impact was dramatic."

Despite pressure from the United States, Syria's efforts to slow the flow of foreign fighters were meager. Any progress that Syria made during this period appeared deceptive to most informed observers, with the Syrian regime doing just enough to temporarily ameliorate American concerns without making true efforts to address the problem. Unsurprisingly, jihadists eager to fight coalition forces in Iraq continued to use Syrian territory to get there. In August 2005, a militant calling himself al-Muhajir al-Islami posted a guide for those who wanted to join the fight in Iraq. His guide provided concise instructions:

> Arrange [their] trip to take place over two stages. The first stage is to learn the area, the people and the roads, and then head toward the city of Dayr al-Zawr [Syria] near the Iraqi border. It is recommended to enter the city using a car and do not carry large sums of money. If anyone asks, say you are here on a vacation and have come to go fishing in the Euphrates—therefore, bring some fishing equipment and another person with you so you won't look suspicious. It is an inexpensive region and usually you will end up paying $300 for 15 days in a four star hotel. A tank of gas will cost you around $10.[97]

The fact that he openly suggested travel through Syria for those who wanted to fight in Iraq is indicative of Syria's permissive environment. Syria was additionally appealing to foreign militants because "the Syrian government refused to implement mandatory visa requirements for citizens of Arab countries" and terrorist financing was easier in Syria, where "70 percent of all business transactions were conducted in cash and only eight percent of all Syrians used formal banking services," according to the U.S. State Department's 2007 *Country Reports on Terrorism*.[98]

Syria's sporadic and superficial efforts did not stop a March 2007 Department of Defense (DoD) report from finding that Syria's tacit support for the Iraqi insurgency had continued well into that year. This is significant, as AQI was by then the leading force in the Sunni insurgency. Indeed, a report written by Col. Peter Devlin in August 2006 described AQI as the "dominant organization of

---

[94] Quoted in *Public Law 108-175,* "Syria Accountability and Lebanese Sovereignty Restoration Act of 2003," December 12, 2003, https://www.congress.gov/108/plaws/publ175/PLAW-108publ175.pdf.

[95] *Public Law 108-175,* "Syria Accountability and Lebanese Sovereignty Restoration Act of 2003," December 12, 2003, https://www.congress.gov/108/plaws/publ175/PLAW-108publ175.pdf.

[96] U.S. Department of State, *Country Reports on Terrorism* 2005 (2006), pp. 13, 21.

[97] Al-Muhajir al-Islami, "The New Road to Mesopotamia," posted online in 2005.

[98] U.S. Department of State, *Country Reports on Terrorism 2007* (2008), https://2009-2017.state.gov/documents/organization/105904.pdf.

influence" in Iraq's Sunni-majority Anbar province, which abuts Syria's southeastern border.[99] The DoD's March 2007 report on Syrian support for the insurgency states:

> Syria continues to provide safe haven, border transit, and limited logistical support to some Iraqi insurgents, especially former Saddam-era Iraqi Ba'ath Party elements. Syria also permits former regime elements to engage in organizational activities, such that Syria has emerged as an important organizational and coordination hub for elements of the former Iraqi regime. Although Syrian security and intelligence services continue to detain and deport Iraq-bound fighters, Syria remains the primary foreign fighter gateway into Iraq. Despite its heightened scrutiny of extremists and suspected insurgents, Damascus appears to want to appease Islamist extremist groups. Damascus also recognizes that Islamist extremists and elements of the former Iraqi regime share Syria's desire to undermine Coalition efforts in Iraq.[100]

In October 2007, U.S. forces killed AQI's emir of the Iraq and Syria border area—an individual known as Muthanna—and obtained a tranche of documents that further elucidated AQI's robust cross-border operations. These documents corroborated the accounts of individuals like the aforementioned Abu Ibrahim, as well as the claims of U.S. officials. According to Maj. Gen. Kevin Bergner—who served as the spokesman for Multi-National Force – Iraq, and whose statements thus represented the coalition's conclusions, drawn from the best available intelligence—Muthanna was "a key facilitator of the movement of foreign terrorists once they crossed into Iraq from Syria."[101]

The documents obtained in the raid, which became known as the "Sinjar records," were closely studied in a 2008 report by the Combating Terrorism Center at West Point (CTC).[102] These records unambiguously demonstrate the extent to which AQI capitalized on Syria's deliberately lackadaisical approach. Indeed, CTC's report concluded that "all of the fighters listed in the Sinjar Records crossed into Iraq from Syria."[103] Indeed, according to a follow-up report published by CTC in 2008, local sources interviewed by the authors described how "hundreds of fighters passed through Abu Kamel and Hasake just before the US invasion." That follow-up report further concluded that "the Syrian authorities monitored the flow, but made no move to stop it."[104] The authors thus determined that "the Syrian government has willingly ignored, and possibly abetted, foreign fighters headed to Iraq. Concerned about possible military action against the Syrian regime, it opted to support insurgents and terrorists wreaking havoc in Iraq."[105]

Over the years, the U.S. State Department consistently pointed to Syria's culpability in the movement of foreign fighters into Iraq. The State Department's annual *Country Reports on Terrorism* in 2008, 2009,

---

[99] Col. Peter Devlin, "State of the Insurgency in al-Anbar," Defense Intelligence Agency intelligence assessment, August 17, 2006.

[100] Department of Defense, *Measuring Stability and Security in Iraq* (March 2007), p. 17, https://archive.defense.gov/home/pdf/9010_March_2007_Final_Signed.pdf.

[101] Multi-National Force – Iraq, press release, "Maj. Gen. Kevin Bergner and Brig. Gen. Michael Walsh," October 3, 2007.

[102] Though I cite to CTC's conclusions several times in this section, I examined the relevant documents independently, and I only cite CTC's report where my analysis of the available evidence aligns with that of CTC.

[103] Combating Terrorism Center at West Point, *Al-Qaeda's Foreign Fighters in Iraq: A First Look at the Sinjar Fighters* (2007), https://ctc.usma.edu/app/uploads/2010/06/aqs-foreign-fighters-in-iraq.pdf.

[104] Peter Bergen, Joseph Felter, Vahid Brown & Jacob Shapiro, *Bombers, Bank Accounts, & Bleedout: Al-Qa'ida's Road In and Out of Iraq* (West Point, N.Y.: Combating Terrorism Center at West Point, 2008), p. 90, https://ctc.usma.edu/app/uploads/2011/12/Sinjar_2_FINAL.pdf.

[105] Ibid., p. 62.

and 2010 all identified Syria as the main conduit for foreign fighters entering Iraq.[106] According to the 2008 *Country Reports on Terrorism*, while the number of fighters flowing into Iraq from Syria appeared to have declined from the previous year, and Syria had made some efforts to curb these flows, Syria nonetheless "remained a key hub for foreign fighters en route to Iraq."[107] The 2009 and 2010 reports reached similar conclusions, highlighting a decline in foreign fighters heading to Iraq, but acknowledging that those who did traveled "predominantly through Syria."[108]

The decline in foreign fighters that these reports document should not be attributed primarily to Syrian efforts. In 2007, the U.S. undertook a "surge" of forces, implemented a population-centric counterinsurgency campaign, and aligned itself with the aforementioned *Sahwa* movement, an uprising of Sunni tribal leaders opposed to al-Qaeda's brutality. From 2007 through the onset of the Arab Spring, there was an observable, and marked, decline in insurgent attacks. AQI was significantly weakened during this period. The fact that AQI and the broader Sunni insurgency had been drastically weakened would naturally deter many foreign fighters and thus diminish foreign fighter flows independent of Syrian efforts. Despite the reduced flow of foreign fighters, in 2009 Iraqi Prime Minister Nuri al-Maliki stated that "ninety percent of terrorists from different Arabic nationalities infiltrated Iraq through Syrian territory" while Iraq's relationship with the Assad regime remained tense.[109]

According to former FBI counterterrorism analyst Matthew Levitt, foreign fighters who entered Iraq through Syria "have been responsible for some of the most spectacular attacks on Iraqis and coalition forces."[110] Former FBI agent and prominent author and commentator Ali Soufan further noted that Zarqawi used the Syria pipeline to build his "network of perhaps hundreds of foreign fighters."[111]

In addition to serving as a hub for foreign fighters traveling to Iraq, Syria also served as a safe haven for key AQI operatives and ex-Baathist insurgents. For example, one of AQI's leaders, the aforementioned Abu al-Ghadiyah (born Sulayman Khalid Darwish)—who was designated by the U.S. Treasury Department in 2005 for his role in the Zarqawi organization—was based in Syria. Detailing his activities, the designation illustrates the essential role that Abu al-Ghadiyah was able to play in AQI while stationed in Syria, and how the flow of fighters from Syria into Iraq enabled him to finance and recruit for AQI:

> Darwish handles mostly financial issues for Zarqawi, collecting, and distributing funds for him. Specifically, Darwish sent donations of $10,000-$12,000 to Zarqawi in Iraq every 20-25 days. Darwish sent the money into Iraq through suicide attack volunteers

---

[106] The State Department's *Country Reports on Terrorism* are compiled annually after a rigorous research and verification process that uses a number of different inputs and analytic assessments to comment on the state of terrorism in geographically diverse places.

[107] U.S. Department of State, *Country Reports on Terrorism 2008* (2009), https://www.state.gov/j/ct/rls/crt/2008/122436.htm.

[108] U.S. Department of State, *Country Reports on Terrorism 2009* (2010), https://www.state.gov/documents/organization/141114.pdf; U.S. Department of State, *Country Reports on Terrorism 2010* (2011), https://www.state.gov/documents/organization/170479.pdf.

[109] "Maliki Blames Syria for Attacks, Assad Denies Claim," France 24, January 9, 2009, https://www.france24.com/en/20090901-maliki-blames-syria-attacks-assad-denies-claim-.

[110] Matthew Levitt, *Foreign Fighters and Their Economic Impact: A Case Study of Syria and Al-Qaeda in Iraq (AQI)* (Washington, D.C.: Washington Institute for Near East Policy, 2009), p. 15.

[111] Ali Soufan, *Anatomy of Terror: From the Death of bin Laden to the Rise of the Islamic State* (New York: Norton & Company, 2017), p. 127.

who were entering the country. Darwish also was essential to recruiting and dispatching terrorist operatives, both for the planned attacks in Jordan and for operations elsewhere, particularly Iraq. For example, Darwish contacted jihadists who had been in Afghanistan and who were, by 2004, scattered in different countries; he recruited among these jihadists for fighters to join Zarqawi in Iraq.[112]

Following his death in 2005,[113] the Abu al-Ghadiya *kunya* reappeared with Badran Turki Hishan al-Mazidih.[114] Despite some minor confusion among observers about the shared *kunya*, Mazidih had his own distinguished militant career until his death in 2008, reportedly serving as AQI's Syrian commander for logistics as early as 2004. His U.S. Treasury designation describes in greater detail what this position entailed, explaining that he

> obtained false passports for foreign terrorists, provided passports, weapons, guides, safe houses, and allowances to foreign terrorists in Syria and those preparing to cross the border into Iraq. [Mazidih] received several hundred thousand dollars from his cousin Saddah—also designated today—and used these funds to support anti-U.S. military elements and the travel of AQI foreign fighters.… As of the spring of 2007, [Mazidih] facilitated the movement of AQI operatives into Iraq via the Syrian border.[115]

To assist his recruitment and fundraising, Mazidih cultivated a small familial network of AQI operatives in Syria. One of his cousins, known by the *kunya* Abu Faysal (born Ghazy Fezza Hishan al-Mazidih), was Mazidih's deputy and "right-hand man." Abu Faysal "acted as the commander for [Mazidih's] AQI network when [Mazidih] traveled," and planned to contribute to an attack against "Coalition forces and Iraqi police in Western Iraq."[116] Another of Mazidih's cousins, Saddah Jaylut al-Marsumi, was integral to the transfer of funds, fighters, and suicide bombers from Syria into Iraq. Indeed, Marsumi "transferred several hundred thousand dollars to a hawala in Iraq, where [Mazidih] received the funds and used them to support anti-U.S. military elements and the travel of AQI foreign fighters."[117] Finally, Mazidih's brother Akram Turki Hishan al-Mazidih collaborated with Mazidih to direct "AQI operations near Al Qa'im in Iraq" and smuggle "weapons from Syria for use in Iraq." Akram al-Mazidih also reportedly "ordered the execution of all persons found to be working with the Iraqi Government or U.S. Forces."[118] Much like the case of Sulayman Khalid Darwish, the case of Badran Turki Hishan al-Mazidih and his familial network of operatives demonstrates the significant freedom of movement and operation afforded to key AQI members in Syria. Even after the elimination of the first Abu al-Ghadiya, another capable AQI member filled his position, and ensured that fighters, money, and weapons continued to flow across the border.

---

[112] U.S. Treasury Department, press release, "Treasury Designates Individual Financially Fueling Iraqi Insurgency, al Qaida," January 25, 2005, https://www.treasury.gov/press-center/press-releases/Pages/js2206.aspx.

[113] See article in *Al-Ghadd* (Arabic), June 25, 2005.

[114] Despite a shared pseudonym, it is clear that Darwish and Mazidih were separate incarnations of Abu al-Ghadiya. Not only did Mazidih work for AQI *after* Darwish's death, but he was also the ringleader of a familial network, composed of men with the shared Mazidih name.

[115] U.S. Treasury Department, press release, "Treasury Designates Members of Abu Ghadiyah's Network Facilitates Flow of Terrorists, Weapons, and Money from Syria to al Qaida in Iraq," February 28, 2008.

[116] Ibid.

[117] Ibid.

[118] Ibid.

Zarqawi himself was heavily dependent on Syrian support. *Gates v. Syrian Arab Republic* found that "Syria served as Zarqawi's organizational and logistical hub from 2002 to 2005."[119] In 2002, Zarqawi was released from an Iranian prison because he had a Syrian passport. From Syria, Zarqawi planned attacks in Iraq, recruited foreign fighters, trained in Syrian military facilities, and arranged financing from the Syrian government. Zarqawi plotted and financed the assassination of U.S. Agency for International Development official Laurence Foley largely from Damascus, according to the Jordanian inquest of Foley's killing.[120]

<u>Syria's Active Support for AQI and the Insurgency</u>

Thus, the Syrian regime had a demonstrably permissive attitude toward AQI and other insurgents who made use of its territory as a transit point and safe haven. While this permissive attitude is noteworthy in itself, Syria at times provided far more active support to the insurgency in Iraq, including to jihadist factions like AQI.

Regime defector Nawaf Fares has claimed that during his time working for the Syrian government, he was part of "an operation to smuggle jihadist volunteers into Iraq from Syria after the 2003 invasion."[121] In an interview with London's *Daily Telegraph* immediately following his 2012 defection, Fares explained:

> After the invasion of Iraq in 2003, the regime in Syria began to feel danger, and began planning to disrupt the U.S. forces inside Iraq, so it formed an alliance with al-Qaeda.… All Arabs and other foreigners were encouraged to go to Iraq via Syria, and their movements were facilitated by the Syrian government. As a governor at the time, I was given verbal commandments that any civil servant that wanted to go would have his trip facilitated, and that his absence would not be noted.[122]

Fares further contextualized his experience in a July 2012 interview with CNN. The news network reported:

> "The Syrian regime felt threatened and felt that it, too, might fall," Fares recalled. "So they had an agreement with al Qaeda to keep the road open to Iraq. The militants started coming from all over the world through Syria, under the eyes of the Syrian secret police, which are directly responsible for the killing of thousands of Iraqis in Iraq as well as Americans and coalition forces. The secret police were encouraging enthusiastic young people in Syria to go for jihad in Iraq and join al Qaeda," Fares continued. "Bashar al-Assad and his security forces are directly responsible for the killing of thousands and thousands of Iraqis and coalition forces, because he gave al Qaeda everything it needed. He trained and provided shelter and he built safe havens for them to hide in." One of these "safe havens," Fares said, was the Syrian border village of al Sukariya, near the border city of Abu Kamal.[123]

---

[119] *Gates v. Syrian Arab Republic*, 580 F. Supp. 2d 53 (D.D.C., 2008).

[120] For a previous U.S. judicial opinion finding the Zarqawi organization culpable for this assassination, see *Foley v. Syrian Arab Republic*, 249 F.Supp.3d 186 (D.D.C., 2017). I served as an expert witness for the plaintiffs in that case.

[121] Ruth Sherlock, "Syria's Assad Accused of Boosting al-Qaeda With Secret Oil Deals," *Telegraph* (U.K.), January 20, 2014.

[122] Ruth Sherlock, "Exclusive Interview: Why I Defected From Bashar al-Assad's Regime, by Former Diplomat Nawaf Fares," *The Telegraph* (London), July 14, 2012.

[123] Ivan Watson & Samya Ayish, "Ex-Syrian Ambassador Calls for Foreign Military Intervention," CNN, July 15, 2012.

As with many defector claims, it is not possible to verify all the specifics of Fares's account, and the regime's relationship with the Zarqawi organization was deliberately kept *sub rosa* at the time. However, Fares's claim that the Assad regime decided to actively support the Zarqawi organization should be judged highly likely because 1) it is consistent with U.S. government officials' determination about the Syria/Zarqawi organization relationship, 2) it is consistent with the regime's demonstrable relationship with several key Zarqawi organization figures, and 3) it is consistent with the Iraqi government's findings about the Syria/Zarqawi organization relationship.

Turning to U.S. officials' determinations, former Levant country director for the Office of the Secretary of Defense David Schenker testified in the 2008 civil lawsuit *Gates v. Syrian Arab Republic* that "in the months prior to the [U.S.] invasion, the Assad regime allowed the establishment of an office across the street from the U.S. Embassy in Damascus where would-be insurgents could sign up and board a bus to travel to Baghdad."[124] Schenker testified:

> The line of military-aged males routinely stretched down the block in this closely-regulated neighbourhood of Damascus. So brazen was the GOS [Government of Syria] support for terrorism, that then-U.S. Ambassador to Syria Ted Kattouf complained to the Syrian Government about these activities. After months of unsuccessful U.S. diplomatic demarches, Damascus finally responded to U.S. requests and moved the sign-up to Damascus Fairgrounds—a government-owned property—where it continued its work for several more months.[125]

Further, a senior Obama administration official who spoke to CNN on the condition of anonymity said that Fares's account of Syrian policy toward militant groups, including AQI, was "broadly consistent with [the Obama administration's] understanding." The official said that, "since 2003, al-Assad allowed al Qaeda and associates to facilitate weapons, money and fighters to al Qaeda's Iraq-based affiliate."[126] There is consistency in the findings of Obama administration officials and Bush administration officials in this regard. In 2005, U.S. ambassador to Iraq Zalmay Khalilzad said publicly that state-run Syrian newspapers were "glorify[ing] the terrorists as resistance fighters" and that Syrian authorities were allowing "'youngsters misguided by Al Qaeda—from Saudi Arabia, from Yemen, from North Africa—to fly into Damascus International Airport,' attend training camps and then cross into Iraq."[127]

The second factor that supports Fares's claims regarding Syria's active role in supporting the Zarqawi organization is demonstrated in the Syrian regime's relationships with key Zarqawi organization members. I will now detail several of those relationships.

*Abu Qaqaa.* Syria's support of the aforementioned AQI recruiter Abu Qaqaa is particularly noteworthy. By the time of his assassination in Aleppo in September 2007, Abu Qaqaa was largely considered to be an agent of the Syrian state. Indeed, Abu Qaqaa gave "regular sermons at Aleppo's al-Tawabbin mosque, something normally done only with the permission of Syria's Al-Awqaf

---

[124] David Schenker testimony, *Gates v. Syrian Arab Republic,* trial transcript (D.D.C., September 26, 2008), pp. 87-88.
[125] Schenker testimony, p. 4.
[126] Watson & Ayish, "Ex-Syrian Ambassador Calls for Foreign Military Intervention."
[127] Joel Brinkley, "American Envoy Says Syria Assists Training of Terrorists," *New York Times,* September 13, 2005.

Ministry."[128] Further, BBC reported that Abu Qaqaa had been "appointed head of a religious school by the Syrian government" in the year prior to his death.[129] Scholar Charles Lister weighed in on Abu Qaqaa's regime affiliation in his book *The Syrian Jihad*, describing the cleric's "relationship with Syrian intelligence" as "almost certain." Citing the aforementioned reports, Lister also noted that Syrian officials attended Abu Qaqaa's funeral—which Lister notes had "all the trappings of a state occasion"—as indicative of this relationship.[130]

Abu Qaqaa's ties to the Syrian regime were further validated in 2009, when Iraq aired the confession of Mohammed Hassan al-Shemari, the head of AQI in Diyala province. Shemari said that he had received training from "a Syrian intelligence agent called Abu al-Qaqaa." According to his confession, Shemari travelled from Saudi Arabia to "an al Qaeda training camp in Syria." Shemari said that Abu al-Qaqaa ran the camp, which was "well known to Syrian intelligence."[131] In an interview with the *Daily Beast* in 2016, regime defector and former intelligence official Mahmud al-Naser confirmed that Abu Qaqaa was "one of dozens" of imams who were "commissioned" by Syrian intelligence.[132]

*Fawzi Mutlaq al-Rawi.* Fawzi Mutlaq al-Rawi, appointed by Assad as "leader of the Iraqi wing of the Syrian Ba'ath party" in 2003, was designated by the U.S. Treasury Department in 2007 "for providing financial and material support to AQI," including weapons.[133] Fawzi appears to have supported whatever groups the regime wanted him to. His activities, coupled with his relationship to the Syrian state, should be taken as powerful proof that Assad had chosen a side in the Iraqi insurgency.

*Assif Shawkat.* According to aforementioned regime defector Nawaf Fares, Assad's brother-in-law even ran an al-Qaeda training camp struck by U.S. forces in October 2008. CNN quoted Fares:

> This was a hiding place for al-Qaeda on the border with Iraq, and it was under the control of Assif Shawkat, the brother-in-law of the president…. One hour after the raid, Assif Shawkat was there at the location. A conversation took place between me and him … and he was angry about the attack made against al Sukariya and he was kind of scared.[134]

Indeed, the proof of Assif Shawkat's role as Assad's main point man in the regime's dealings with jihadists is compelling, and supported by numerous sources. Nabeel Dendal, former director of political intelligence in Latakia who defected from the Syrian regime in June 2012, was interviewed by the *Daily Beast* in 2016. He explained that he had direct experience with the ties between jihadists and the regime—specifically those of Shawkat. The *Daily Beast* reported that Dendal

> twice led security forces in raids on al Qaeda cells, only to learn that the cell leader he was working for was supported by the Syrian intelligence. "They were preparing them to be leaders," the defected colonel said, referring to the Assad regime. An example is

---

[128] Andrew McGregor, "Controversial Syrian Preacher Abu al-Qaqa Gunned Down in Aleppo," *Terrorism Focus* 4:33 (2007).

[129] "Radical Syrian Cleric 'Shot Dead,'" BBC, September 29, 2007.

[130] Charles Lister, *The Syrian Jihad* (Oxford: Oxford University Press, 2015), pp. 42-43.

[131] Muhanad Mohammed, "Iraq al Qaeda Militant Says Syria Trained Him," Reuters, August 30, 2009; Al-Iraqiyah television (Arabic), August 30, 2009.

[132] Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *Daily Beast*, December 1, 2016.

[133] U.S. Treasury Department, press release, "Treasury Designates Individuals with Ties to Al Qaida, Former Regime," December 7, 2007; *Gates v. Syrian Arab Republic*, 580 F. Supp. 2d 53 (D.D.C., 2008).

[134] Ivan Watson & Samya Ayish, "Ex-Syrian Ambassador Calls for Foreign Military Intervention," CNN, July 15, 2012.

Nadim Baloush, an al Qaeda cell leader he arrested in Latakia in 2006, and told him "don't do anything. I am working for Assef Shawkat," Assad's brother-in-law who served as the deputy defense minister. Baloush was arrested after he traveled to Turkey about a year ago and is reported to have committed suicide in prison.[135]

These journalistic findings about Shawkat's role are consistent with the U.S. government's conclusions. In 2006, the U.S. Treasury named Shawkat a Specially Designated National "for directly furthering the Government of Syria's support for terrorism and interference in the sovereignty of Lebanon." The designation further outlined how Shawkat's career progressed even as he collaborated with numerous designated foreign terrorist organizations, including Palestinian Islamic Jihad, Hizballah, and Hamas, from 1997 onward. By the time of his designation, Shawkat was the director of Syrian military intelligence, which was "the strongest and most influential security service in Syria."[136] Moreover, the relationship between Shawkat and AQI was recognized by the U.S. District Court in *Gates*, which found that Syria's material support for Zarqawi and AQI was "approved and overseen by President Assad and General Shawkat, acting within the scope of their official duties."[137]

*Abu Moaz.* Abu Moaz was another Syrian official whose role in assisting AQI was recognized in the *Gates* opinion. Abu Moaz was a Syrian intelligence officer who helped al-Qaeda operatives move across the border from Syria into Iraq to get to the Rawha training camp, "where almost all of Zarqawi's senior officers who led his organization in 2003-2004 were trained."[138]

The third factor I noted that makes Fares's claim of purposeful Syrian support for al-Qaeda highly likely is that it aligns with the Iraqi government's conclusions. Following catastrophic August 2009 bombings in Baghdad, Iraqi officials publicly aired their conclusions about the Syrian regime's ties to the Zarqawi organization.[139] Iraqi Prime Minister Nouri al-Maliki detailed Syria's reluctance to respond to Iraqi intelligence reports about jihadists operating in Syria. Maliki lamented that despite receiving "good words about cooperation" from Syria, jihadist groups' activities "did not stop and rather increased." Maliki proceeded to describe a July 30, 2009 meeting in Zabadani, Syria, which he said brought together jihadists "in the presence of Syrian intelligence officials."[140] A former director of intelligence in Iraq's interior ministry, Maj. Gen. Hussein Ali Kamal, further elaborated on the Zabadani meetings in an account that appeared in *The Guardian* in 2014. Gen. Kamal said there were "two secret meetings in Zabadani" in the spring of 2009 and that the Iraqi government "had a source in the room wearing a wire." Kamal described the case against Syria for its involvement in the August 2009 Baghdad bombings as "solid."[141] In a video publicly aired by Prime Minister Maliki following the bombings in August 2009, a suspected AQI militant who had been captured accused Syrian intelligence agents of training jihadists and sending them to fight in Iraq. The man confessed that "he

---

[135]  Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *Daily Beast,* December 1, 2016.

[136] U.S. Department of the Treasury, press release, "Treasury Designates Director of Syrian Military Intelligence," January 18, 2006, https://www.treasury.gov/press-center/press-releases/Pages/js3080.aspx.

[137] *Gates v. Syrian Arab Republic*, 580 F. Supp. 2d 53 (D.D.C., 2008).

[138] Ibid.

[139] On August 19, 2009, Iraqi government targets in Baghdad were hit by coordinated bombings. These were the first major attacks in the city after American forces had given control of Baghdad's security back to the Iraqis in June. The Iraqi government's finance and foreign ministries were targeted, along with dense urban areas, resulting in around 100 civilian deaths and significant infrastructural damage. In response to these attacks, Iraq's government recalled its ambassador to Syria and publicly criticized Syria for harboring insurgents.

[140] *Aswat al-Iraq* (Iraq), September 5, 2009.

[141] Martin Chulov, "Isis: The Inside Story," *The Guardian* (London), December 11, 2014.

launched gun attacks on police checkpoints in Diyala, kidnapping Iraqi officers and extorting money for their release or killed them with knives and set up suicide bombings."[142]

Further underscoring the Iraqi government's conclusions about Syria's support for jihadists, in December 2009 Iraqi defense minister Abd al-Qadir al-Ubaydi stated that "most of the weapons seized by his ministry's forces" were arriving from Syria and that the Assad regime was "financing armed groups in Iraq."[143]

### Syria's Rationales for Supporting the Zarqawi Organization

Why would the Assad regime adopt such policies in support of the Zarqawi organization? The Syrian government had an explicit rationale for its sponsorship of insurgent groups, including AQI. As the statements of regime defector Fares and other Syrian officials make clear, one fundamental driver was that the regime felt threatened and believed that its policies of supporting insurgent groups could help prevent a U.S. military intervention to topple it. The Syrian government's apparent hopes in pursuing these policies included:

1) to tie down the U.S. in Iraq;

2) to allow the Iraq conflict to serve as an outlet for domestic jihadists, thus preventing them from causing trouble at home;

3) to be one of the few Arab governments to sanction armed opposition to the American presence in Iraq.

The Department of Defense's March 2007 *Measuring Stability and Security in Iraq* report found that "Damascus also recognizes that Islamist extremists and elements of the former Iraqi regime share Syria's desire to undermine Coalition efforts in Iraq."[144] In other words, viewing U.S. intervention in the Middle East as a threat to its regime, the Syrian government perceived insurgent groups, including AQI, as sharing a common goal of forcing the United States out of Iraq. Syria's historic use of terrorism as a proxy tool is a technique that I will return to later in this section. But it is clear enough that the Assad regime continually prioritized expelling Americans from the Middle East. In response to the U.S. raid that killed the aforementioned Badran Turki Hishan al-Mazidih in October 2008, Syrian foreign minister Walid Muallem said that "we consider this criminal and terrorist aggression," and said that Syria would defend itself if the U.S. carried out attacks in its territory in the future.[145]

Moreover, Syria's active work to funnel insurgents into Iraq was seen by the regime as an opportunity to displace its own domestic extremists. By helping to smuggle foreign fighters into Iraq, the Syrian regime could redirect their activities and evade the responsibility of policing those groups at home.

In terms of being one of the few Arab states to support Iraq-based insurgent groups, Syria's established practice of supporting a variety of designated terrorist groups helps to contextualize this perceived advantage. Historically, the Syrian regime has supported a wide variety of militant groups, including Hizballah, Hamas, and Palestinian Islamic Jihad. A now-declassified 1985 CIA document

---

[142] Muhanad Mohammed, "Iraq Al Qaeda Militant Says Syria Trained Him," Reuters, August 30, 2009.
[143] Al-Sharqiyah television (Arabic), December 12, 2009.
[144] *Measuring Stability and Security in Iraq*, U.S. Department of Defense, March 2, 2007, p. 17.
[145] "Syria Hits Out at 'Terrorist' U.S.," BBC, October 28, 2008.

on state-supported terrorism said that Syria "sees use of terror as a tool of statecraft—a way to extend its foreign policy reach."[146] Similarly, a 1987 U.S. State Department bulletin noted that "available evidence indicates that Syria prefers to support groups whose activities are generally in line with Syrian objectives rather than to select targets or control operations itself. Damascus utilizes these groups to attack or intimidate enemies and opponents and to exert its influence in the region. Yet at the same time, it can disavow knowledge of their operations."[147] Syria's response to the U.S. invasion of Iraq in 2003 can be understood in the context of this prior support for militant groups. Syria understood that, similar to its previous support for these other militant groups, AQI shared objectives with the regime (making the U.S. occupation of Iraq untenable) and Syria could disavow any connection to AQI's attacks and operations. Bolstering this point, the DoD's aforementioned *Measuring Stability and Security in Iraq* report recognizes the domestic impact of these policies, noting that "Damascus appears to want to appease Islamist extremist groups."[148] Beyond potential appeasement of Islamists, Daniel Byman noted the domestic impact of Syrian support for Iraq-based insurgent, writing that "the Syrian leadership wants to placate domestic sentiment, which is strongly against the U.S. intervention."[149] Thus, by being one of the few Arab governments to sanction armed opposition to the American presence in Iraq, Syria hoped to gain support at home.

Apparently cooperative behavior by Syria during this period could typically be understood as the regime protecting itself from reprisals for its policy of supporting insurgent groups. After Syria arrested Saddam Hussein's half-brother and handed him over to Iraqi authorities in February 2005, U.S. analysts described the act as "typical of Syrian tactics in recent years." The *New York Times* noted that Syria regularly played "a double game of provoking and assuaging Washington, offering covert support for groups like Hezbollah, and more recently the Iraqi insurgents, then making timely concessions to the United States to ward off serious trouble."[150] Michael Doran, a professor of Near Eastern studies at Princeton University, told the *New York Times* that "ever since the 1980s, Syria has played this game of being both the arsonist and the fire department."[151]

In sum, beyond its willful negligence toward the Zarqawi organization and other insurgents, Syria actively supported the Zarqawi organization's efforts in the early 2000s. It had clear reasons for doing so that were articulated by Syrian officials. The regime's policies created a fertile environment for Sunni extremist groups, including AQI.

## V.    AQI's Responsibility for the Al Sadeer Hotel Attack

Shortly before 6:30 a.m. on March 9, 2005, gunmen opened fire on the guards protecting central Baghdad's Al Sadeer Hotel. According to a police officer on the scene, the guards returned fire but were unable to stop the militants.[152] During the exchange of gunfire, two other militants disguised in

---

[146] Central Intelligence Agency, "State Supported Terrorism by Iran, Syria, and Libya," January 31, 1985, p. 2, https://www.cia.gov/library/readingroom/docs/CIA-RDP87B00342R000400900005-0.pdf.
[147] U.S. Department of State, Bureau of Public Affairs, bulletin, *The Official Monthly Record of United States Foreign Policy* 87:2118, January 1987.
[148] *Measuring Stability and Security in Iraq*, U.S. Department of Defense, March 2, 2007, p. 17.
[149] Daniel Byman, "Confronting Syrian-Backed Terrorism," *Washington Quarterly* 28:3, Summer 2005, p. 106.
[150] John F. Burns, "Syria Turns Over a Top Insurgent, Iraqis Say," *New York Times*, February 28, 2005.
[151] Ibid.
[152] John Ward Anderson & Naseer Nouri, "39 Bodies Discovered at Remote Sites in Iraq," *Washington Post*, March 10, 2005.

police uniforms drove a garbage truck packed with explosives into the parking lot outside Al Sadeer Hotel.[153] The vehicle blew up in the parking lot, about 40 yards from the hotel.[154]



The damage caused by the attack was massive. The force of the blast caused all of the hotel's doors to pop open. Every window in the building broke. Photographs provided by one of the plaintiffs that are included in this report depict the cars that were destroyed in the parking lot, along with furniture that was sucked out of the building due to the pressure of the explosion. The explosion caused the windows of nearby buildings to shatter, as shrapnel and debris flew for over 300 yards, leaving a crater where the blast occurred and "sending a massive plume of black smoke" into the sky.[155]

*Aftermath of Al Sadeer Attack. Courtesy of Louis Messina.*

Four people died in the Al Sadeer attack and forty others were wounded, at least 30 of whom were American contractors, including Louis Messina, Tamara Hassler, Russell Curry, and Steven Thomas.[156] AQI gunmen killed two Iraqi security guards, one of whom sustained immediately fatal wounds soon after the firefight began. That guard was reportedly killed adjacent to the gate of the agriculture ministry.[157] A second security guard also sustained fatal injuries in the shootout, but it is unclear whether he died after being taken to a local hospital or succumbed at the site of the attack.[158] I also assess that two AQI suicide bombers were aboard the garbage truck, and that they both died, likely in the VBIED explosion.[159]

---

[153] Ibid.; author's interview with Louis Messina, October 27, 2020.

[154] "Violence Continues to Ripple Through Iraq," *New York Times*, March 9, 2005; author's interview with Louis Messina, October 27, 2020.

[155] "Violence Continues to Ripple Through Iraq," *New York Times*, March 9, 2005.

[156] "Baghdad Car Bomb Barrage Continues," *CBS News*, July 26, 2005.

[157] "Truck Bomber Kills 3, Wounds 30 American Contractors in Baghdad," Associated Press, March 9, 2005.

[158] Multiple reports consistently support the claim that two local security guards died in the terrorist attack. For example, the *Baltimore Sun* reported that "the suicide bombing with the garbage truck killed at least two Iraqi police officers." Colin McMahon, "For a Second Day, Bodies Found in Iraq; Truck Bomb Injures 30 U.S. Contractors," *The Baltimore Sun*, March 10, 2005, https://www.baltimoresun.com/news/bs-xpm-2005-03-10-0503100231-story.html. These reports are consistent with eyewitness accounts: A U.S. defense contractor who was present on the scene recounted that AQI assailants "killed our Kurdish guards" seconds before the explosives in the garbage truck detonated. Martin Kidston, "DOD Contractor Awarded Defense of Freedom Medal in Missoula Ceremony," *Ravalli Republic* (Ravalli County, Mt.), updated January 23, 2018, https://ravallirepublic.com/news/state-and-regional/article_e98fe6a7-9187-5f9b-a10e-8cd56200b284.html?mode=nowapp. It is worth noting that different reports use the terms *guard* and *police* interchangeably in describing attack victims.

[159] Though some reports claim that only one AQI militant died following the VBIED detonation, I assess that another AQI assailant likely was killed in the attack. One initial piece of evidence supporting this conclusion is that an Iraqi police officer reported that witnesses said they saw two men inside the garbage truck laden with explosives. John Ward Anderson & Naseer Nouri, "39 Bodies Discovered at Remote Sites in Iraq," *Washington Post*, March 10, 2005. A CBC News article published on March 10, 2005, similarly reported that "at least four people were killed in the blast," a finding consistent with two AQI attackers dying. "Mosul Suicide Bomber's Toll Leaps to 47," *CBC News*, March 10, 2005, https://www.cbc.ca/news/world/mosul-suicide-bomber-s-toll-leaps-to-47-1.548091. A second accomplice in the truck could have died in the blast or could potentially have been killed by gunfire from guards who were firing on the vehicle to try to disable it before it exploded. "Truck Bomber Kills 3, Wounds 30 American Contractors in Baghdad," Associated Press, March 9, 2005.

Media and police sources indicated that three people were killed in the attack, including one of the guards.[160] Consistent with this conclusion, a report by the Offices of Inspector General of the U.S. Departments of State and Defense assessed that the attack injured 35 international police liaison officers.[161] The U.S. Embassy in Baghdad reported that no Americans died in the attack.[162]

## *Louis Messina's Experience*

All four contractor Plaintiffs were present in the hotel and sustained injuries as a result of the bombing. I interviewed one of the victim Plaintiffs, Mr. Messina, to provide a first-hand perspective of the events that transpired that day.

Louis Messina was severely injured in the attack. At the time of the attack, Mr. Messina was working on a U.S. Department of Defense contract as a security supervisor for DynCorp International. As dictated by the company, Mr. Messina resided at Al Sadeer Hotel.



*Crater outside of Al Sadeer Hotel. Photo courtesy of Louis Messina.*

Mr. Messina's account of the events that took place on the morning of the attack are consistent with press and police reporting about the attack. Mr. Messina was awoken by the sound of gunfire. Though both gunfire and exploding bombs were not uncommon in Baghdad at the time, Mr. Messina recalled that on the morning of March 9, 2005, he heard "a lot more than normal."[163] He looked out the window of his hotel room, which was on the eighth floor of Al Sadeer Hotel, and saw a man on the roof firing a weapon toward the parking lot, seemingly shooting at the hotel's guards, while a garbage truck approached the perimeter of the complex.[164] When he saw what was happening outside, Mr. Messina began getting dressed and assembling his gear in preparation to join the defense of the compound. Then the truck bomb exploded. There was an enormous white flash, after which Mr. Messina remembers no further details, though some people told him they later found him downstairs.[165]

Mr. Messina suffered severe physical, psychological, and emotional injuries as a result of the attack that still have an impact on him today. In my discussion with Mr. Messina on October 27, 2020, over 15 years after the attack, Mr. Messina described symptoms of visual impairment, PTSD, memory loss, lack of focus, trouble controlling his temper, and difficulty with language.

## *AQI's Claims of Responsibility*

AQI was so satisfied with the Al Sadeer attack that it issued three separate claims of responsibility:

---

[160] John Ward Anderson & Naseer Nouri, "39 Bodies Discovered at Remote Sites in Iraq," *Washington Post*, March 10, 2005.
[161] U.S. Department of State & U.S. Department of Defense, Office of the Inspectors General, *Interagency Assessment of Iraq Police Training* (July 15, 2005), https://media.defense.gov/2005/Jul/25/2001712266/-1/-1/1/Iraq_Report_071905.pdf, p. 37.
[162] John Ward Anderson & Naseer Nouri, "39 Bodies Discovered at Remote Sites in Iraq," *Washington Post*, March 10, 2005.
[163] Author's interview with Louis Messina, October 27, 2020.
[164] Ibid.
[165] Ibid.

1) Within hours of the attack, AQI issued a communiqué that was distributed on jihadist web forums claiming responsibility.

2) The same day, the emir of AQI's military wing released a congratulatory statement to Abu Musab al-Zarqawi for the operation.

3) On March 10, 2005, the Zarqawi organization released a video of the attack and a lengthier audio recording explaining its role in the attack.

In AQI's immediate claim of responsibility on March 9, 2005, Zarqawi organization spokesman Abu Maysara al-Iraqi stated:

> Today, in this noble Wednesday, 27 of Muharam 1426, which falls on March 9, 2005, an eminent brother from an eminent family, together with a group of extraordinary people from among the holy warriors, set out for an attack where they were targeting Al-Sadeer Hotel, but they [the enemy] call it The Jews Hotel, since it is their safe fortress and their solid unpenetrated shield. But their fortresses did not make them free (of attacks) and their shields did not protect them.
>
> You Jews, did you forget the [historical] Khaybar and al-Natheer invasions. If you had forgotten, we are hereby reminding you. The holy warriors entered and opened fire on those who are shielding and protecting the Jews from among the police and the guards. As a result, they had escaped and were destroyed. It was at the beginning of the day when the entrance was secured and the hero entered and withdrew his sharp sword. He entered to the place of the infidel whores, blew them up and completely devastated and destroyed them. Praise to God morning and evening.
>
> Regarding the timing of the deadly explosion, it is obvious that it should never take place but before the start of the working hours, so that it won't hurt those from among the bypassing Muslims. [The attack took place early in the morning] since the gathering of the Jews in the hotel before they were heading to their work was at the time at its peak.[166]

That same day, the emir of AQI's military wing issued a public congratulations to Abu Musab al-Zarqawi for the successful attack. His statement noted that the group allegedly learned "that there was a complete group of Jews and the Israeli Mossad in this hotel." It continued: "Thanks to Allah we fulfilled our promise to hit the Jews and cross worshippers several times, and now we reassure you that we will still be jihadists as long as we live."[167]

The day after the attack, on March 10, 2005, AQI posted a video of the attack and an audio statement online in which it revealed more details about the operation. The video, which spans one minute and 38 seconds, begins with the title "Al-Sadeer Martyrdom Operation" and AQI's logo. The screen then

---

[166] "Communiqué from Al-Qaeda in Iraq Claiming Responsibility for Suicide Bombing at the Al-Sadeer Hotel in Central Baghdad," SITE Intelligence Group, March 9, 2005.
[167] "Statement from the Amir of the Military Wing of Al-Qaeda in Iraq Congratulating Abu Musab Al-Zarqawi on Hotel Bombing," SITE Intelligence Group, March 9, 2005.

jumps to a zoomed-in shot of Al Sadeer Hotel, panning out to show the street outside the compound housing the hotel. A nasheed (Islamic song) plays in the background and there is a subtitle bearing the group's name: *Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn*. Beginning 16 seconds into the video, shooting can be heard in the background. Two shooters emerge from their hiding position at the gates of the compound, shooting in the direction of Al Sadeer Hotel. After 49 seconds of gunfire, an explosion lights up the compound, shaking the ground and creating a massive cloud of black smoke in the sky. At this point, the car from which the video is being filmed drives away from the scene, with the person filming the event saying "Allahu Akbar," which translates to *God is great* in Arabic.

An audio statement, released by AQI the same day as the video, supplements the group's initial claim with greater detail about the operation. The statement said:

> With Allah's merit and good fortune, and after a long and close hour by hour surveillance of al-Sadeer Hotel, the news was continuously reporting on the dwellers of this [hotel]…. [The hotel] is a secret headquarters for the intelligence organization of the new Iraq, and it is home to a considerable number of agents of the CIA, the American intelligence.

> After studying the area, including the roadblocks that might prevent the destruction of the target, it became clear to [AQI's] leadership that the most successful site from which the target could be destroyed is from the back, as they will not expect it. This would take place by using a garbage truck at the right time, when it will be in the area.

> At the established time, full control of all the watchtowers and guard posts at every location surrounding the site had been gained. It was through the mercy of Allah and through the high training [of the fighters] that this entire operation did not last more than thirty seconds, ending with the attack at the site. It was through Allah that the Squadron of Abu Musab al- Zarqawi was blessed with this fate.[168]

I have concluded that AQI did in fact carry out this attack based on the following: 1) the group's release of authentic and credible claims of responsibility; and 2) the attack—including the stated rationale and style of operation—match AQI's established pattern of activity.

*Authentication of AQI's Immediate Claim of Responsibility*

Although the original copy of AQI's immediate claim of responsibility is no longer available online, SITE Intelligence Group, a non-governmental organization focused on tracking and analyzing online violent extremist activity, translated and archived the statement shortly after its release. While SITE is a reputable source for archived jihadist content, I have independently determined that the claim of responsibility archived by SITE is the same statement released by AQI on March 9, 2005. My conclusion is based on 1) contemporaneous open-source reporting confirming that the Zarqawi organization released a statement claiming responsibility on the day of the attack, and 2) descriptions of the statement in open-source reporting, which corroborate the authenticity of the copy retained by SITE.

---

[168] "Al-Qaeda in Iraq Releases an Audio Statement and Video Regarding the Attack on Al-Sadeer Hotel," SITE Intelligence Group, March 10, 2005.

Several news articles that reported on the Al Sadeer Hotel Attack on March 9 and March 10, 2005 reference a statement released by the Zarqawi organization claiming responsibility. The *New York Times* reported that "within hours, Islamist Web sites posted several statements from the network of Abu Musab al-Zarqawi, Iraq's most wanted militant, claiming credit for the attack."[169] The *Washington Post* reported that "a group affiliated with Abu Musab Zarqawi, the reputed head of al Qaeda in Iraq, asserted responsibility for the bombing in a statement posted on the Internet."[170] The claim of responsibility was also reported by other U.S. media organizations, including CNN and *CBS News*.

The news articles' description of the statement's contents correspond to the language in the version archived by SITE. On March 10, 2005, the *Washington Post* reported that AQI's "statement said the explosion was timed to avoid killing Muslims and targeted the hotel because it was a 'safe haven and stronghold' of Jews—repeating a rumor that has circulated around the city recently that some of the hotel's guests were members of Israel's foreign intelligence service, the Mossad."[171] The *New York Times* also highlighted language from AQI's claim of responsibility that said "as for the time, the deadly attack should always be before the start of the working day so that it won't harm Muslims who are passing by."[172] This reporting clearly mirrors the translations of AQI's statements that I quoted above, including the reference to the Mossad's alleged presence at the hotel and the note that an early morning attack is preferable "so that it won't hurt those from among the bypassing Muslims." These similarities, and others, indicate that the statement archived by SITE is the same one that was reported by popular press outlets. Accordingly, I assess SITE's archived materials to be valid copies of the originals.

Since the statement available via SITE is an authentic copy of the original, I now analyze it to determine its authenticity as an AQI production. I conclude that the statement is indeed an authentic publication of AQI based on its consistency with other AQI statements. One indication is that the claim of responsibility for the attack was posted online by AQI's official spokesman, known by the *kunya* Abu Maysara al-Iraqi. The statement was also posted under the official AQI banner. Further, the language employed in this statement is similar to that used in other AQI statements released between December 2004 and March 2005.[173]

Moreover, at the time of the Al Sadeer Hotel bombing, the Zarqawi organization took its claims of responsibility very seriously. While the group denied responsibility for a VBIED attack in Hilla, Iraq that killed 136 people, including many civilians, it claimed responsibility for a different attack on U.S. soldiers in southern Baghdad the same day.[174] The group's denial of the Hilla attack clearly shows that

---

[169] "Violence Continues to Ripple Through Iraq," *New York Times*, March 9, 2005.

[170] John Ward Anderson & Naseer Nouri, "39 Bodies Discovered at Remote Sites in Iraq," *Washington Post*, March 10, 2005.

[171] Ibid.

[172] Robert F. Worth, "Jihadists Take Stand on Web, and Some Say It's Defensive," *New York Times,* March 13, 2005.

[173] Statements that I used to make linguistic comparisons include "'Tanzeem Qaedat al-Jihad fi Bilad al-Rafidayn' Claimed Responsibility for the Suicide Bombing Near Green Zone in Baghdad. The Bombing Killed 7 and Injured 19," SITE Intelligence Group, December 13, 2004; "Tanzeem Qaedat al-Jihad fi Bilad al-Rafidayn [Al-Qaeda in the Country of Two Rivers-Iraq] Claims Responsibility for Today's Suicide Operation Against al-Hakim Jamaa [Badr Corps]," SITE Intelligence Group, January 18, 2005; "Al-Qaeda in Iraq Claims Responsibility for a Suicide Attack Against a CIA Patrol," SITE Intelligence Group, February 4, 2005; "Al-Qaeda in Iraq Posts a Message Claiming Responsibility for the Ambush in Baquba," SITE Intelligence Group, March 7, 2005; "Al Qaeda in Iraq Claims Responsibility for a Variety Attacks in Iraq," SITE Intelligence Group, March 1, 2005. Linguistic similarities include the introductory salutations, the language used to describe the group's enemies (including its derogatory references to "Crusaders," Christians, and Jews), and the language to describe the group's fighters (including references to *martyrdom, heroes, lions,* and *warriors*).

[174] Robert F. Worth, "Jihadists Take Stand on Web, and Some Say It's Defensive," *New York Times,* March 13, 2005.

it took seriously the act of accepting responsibility for an attack. AQI immediately claimed responsibility for the Al Sadeer Hotel attack and did so on three different occasions. Thus, I assess AQI's immediate claim of responsibility for the Al Sadeer Hotel attack to be authentic.

*Authentication of AQI's Video of the Attack*
Though the full video is no longer available online, SITE Intelligence Group archived and transcribed the video on the day of its release. I received a copy directly via email correspondence with SITE, and analyzed it for this report. While SITE is a reputable source for archiving jihadist content, I have independently concluded that this video is an authentic copy of the original based on 1) the video's consistency with open-source media reporting describing it, 2) the video's consistency with the group's initial claim of responsibility and subsequent audio recording, 3) similarities with a partial copy of the footage available on YouTube, and 4) consistency with photographs of the aftermath of the attack that I received from Mr. Messina.

Open-source media reporting of the attack cited the presence of a video with descriptions closely matching the video that I observed. These include reports in the *New York Times* and CBS/Associated Press.[175]

In addition to aligning with media reporting of the video, the footage also matches the details in AQI's initial claim of responsibility and audio recording. The consistencies across each of these separate claims further demonstrate that the video I have analyzed is an authentic copy.

The video obtained through SITE closely resembles a video of the attack posted to YouTube. The YouTube video, which was posted by two different accounts—once in August 2006 and once in March 2014—display the title *globalterroralert.com* over the subtitle of AQI's name. The website *globalterroralert.com* refers to a service set up by terrorism expert Evan Kohlmann as a database for researchers to monitor terrorist activity and propaganda. This video displays the same footage of the attack, but is curated to cut out AQI's title screens, and replays the footage of the explosion at the end. Mr. Messina recalls people sharing videos and pictures of the operation after the attack, including a video that he watched on YouTube.

Finally, over 200 photographs I received from Mr. Messina depicting the compound and Al Sadeer Hotel in the aftermath of the attack resemble elements seen in the video. In particular, the hotel is visibly the same building as the one in the video. These photos, some of which are shown in this report, provide further visual confirmation of the contents of the video, authenticating its credibility in portraying the Al Sadeer Hotel attack.


*Photo of Al Sadeer Hotel following the attack in 2005. Courtesy of Louis Messina.*

Since the video I viewed is a valid copy of the original, I now analyze it to determine its authenticity as an AQI production, and thus additional evidence of AQI's culpability. I have

---

[175] See ibid.; "Baghdad Car Bomb Barrage Continues," *CBS News*, July 26, 2005.

concluded that it is an authentic AQI production based on 1) AQI's release of the video on jihadist forums, and 2) self-identifying features of the video that are distinctly representative of AQI.



The first relevant indicator of authenticity is AQI's explicit release of the video through AQI media spokesman Sayf al-Islam al-Athari, who posted the video of the operation, along with the text of the audio recording, to The Lion's Den forum, which is dedicated to promoting the jihadist movement.[176]

The second relevant indicator of authenticity is features in the video that bear the markings of AQI and resemble other AQI propaganda and video releases. These features include: 1) the AQI banner displayed at the beginning of the video; 2) the subtitle "Al-Sadeer Martyrdom Operation" shown 16 seconds into the video, which labels the suicide bombing as a martyrdom operation; 3) reference to AQI's Media Division, whose name is also used to sign the audio recording transcript; and 4) AQI's name, which is displayed on the screen as the final panel from 1:32 to 1:37. The explicit reference to the group leaves little doubt as to who produced the video.

*Destruction from the blast of the attack. Courtesy of Louis Messina.*

All of this leads me to determine that AQI's video of the attack was authentic. The fact that AQI videographers deliberately filmed the attack from the street outside Al Sadeer Hotel further indicates that the group had foreknowledge of the attack.

*Authentication of AQI's Audio Recording*

The same day AQI released the video, the group posted an audio statement detailing its role in the attack, which was also translated and archived by SITE. I have concluded that SITE's copy and translation of this audio recording are authentic based on 1) contemporaneous open-source reporting confirming that the Zarqawi organization released an audio recording claiming responsibility for the attack, and 2) open-source reporting on the audio recording's contents.

On March 13, 2005, the *New York Times* reported that, after the attack, "one group quickly released its own videotape of the bombing, along with statements explaining why and how it chose that target. Within hours, all of it was appearing not only on Arabic Web sites and chat rooms but also on television stations and even in some Western news reports."[177] Further, SITE's translation of the audio recording closely matches the language of a transcription that I found through open-source research. The transcription of the audio statement was posted by Sayf al-Islam al-Athari of AQI's media division.[178]

The audio statement archived by SITE is an authentic copy of the original and I also conclude that it is an authentic publication of AQI. One indication is that the recording explicitly states that it was released by the media division of AQI. Moreover, the language of the audio statement is consistent

---

[176] On March 10, 2005, Sayf al-Islam al-Athari posted the text of the audio statement and video of the operation to The Lion's Den forum, which at the time could be found at www.alm2sda.net/vb (site is now inactive).

[177] Robert F. Worth, "Jihadists Take Stand on Web, and Some Say It's Defensive," *New York Times,* March 13, 2005.

[178] As noted previously, on March 10, 2005, Sayf al-Islam al-Athari posted the text of the audio statement to The Lion's Den forum.

with language used by AQI in its immediate claim of responsibility for the Al Sadeer Hotel Attack. Further, as I noted previously, during this period AQI would explicitly *disclaim* responsibility for attacks that it did not want to be associated with the group. AQI never disavowed any of the statements issued in its name for the Al Sadeer Hotel attack.

*AQI's Fingerprints: Rationale and Method of Attack*
In addition to AQI's credible and authentic claims of responsibility for the Al Sadeer Hotel attack, the attack fits with the group's rationale for operations during this period and also its practice of executing complex attacks using VBIEDs.

AQI's stated motive for the Al Sadeer Hotel attack fits squarely within the group's narrative and pattern of targeting during the relevant period. AQI clearly stated its motives for the attack in its claims of responsibility. Specifically, the group said that it targeted Al Sadeer Hotel because it housed many Jewish people, a security firm, and CIA and Iraqi agents. Such targeting was typical of the Zarqawi organization. In its efforts to destabilize Iraq in the early 2000s, the Zarqawi organization targeted foreigners and security forces, including contractors, which it saw as complicit in the country's occupation.

Further, the attack on the Al Sadeer Hotel was characteristic of the Zarqawi organization's operations during this period. AQI routinely carried out complex attacks using tactics that required substantial planning and coordination. As I detailed (Section III), the Zarqawi organization was highly active in Iraq from 2003 through the time of the Al Sadeer attack. I described many examples of the Zarqawi organization employing VBIEDs in attacks on high-profile targets, some of which were heavily guarded. VBIEDs, such as the garbage truck packed with explosives that detonated at Al Sadeer Hotel, were a primary method the group employed to strike heavily fortified targets. Additionally, the Zarqawi organization's use of surveillance, disguises (i.e., the police uniforms that the attackers in the garbage truck wore, and the garbage truck itself), coordinated shooting attacks, and taking video of its attacks can all be seen in the Al Sadeer attack. I will now explain several indications of the attack's complexity in further detail.

One indication was the Zarqawi organization's use of surveillance on Al Sadeer Hotel and its guests prior to the attack, which the group described in its claims of responsibility. In its audio recording, the group described "long and close hour by hour surveillance of Al Sadeer Hotel" in which it studied the hotel's guests and other people frequenting the building, its location, and roadblocks around the area that might obstruct the VBIED's path. Through this preparation, the group determined that it would be best to attack the hotel from the back and using a garbage truck to disguise the attackers, so that the hotel's security forces "will not expect it."[179]

Another indication of the attack's complexity was the Zarqawi organization's logistical coordination on the day of the attack, which was noted by Iraqi police. Iraqi police reported that the attack "demonstrated that insurgents were improving coordination of their operations."[180] In particular, police officials recognized the use of the shooting as a diversion, and the use of the garbage truck to enter the compound without questioning. Police said that "they believe the truck was using the open

---

[179] "Al-Qaeda in Iraq Releases an Audio Statement and Video Regarding the Attack on Al-Sadeer Hotel," SITE Intelligence Group, March 10, 2005.
[180] John Ward Anderson & Naseer Nouri, "39 Bodies Discovered at Remote Sites in Iraq," *Washington Post*, March 10, 2005.

courtyard to approach the hotel without passing through hotel security checkpoints."[181] One police officer on the scene noted that "there were other insurgents shooting at the ministry guards, giving the truck a chance to enter the parking lot between the hotel and the ministry, and the guards were shooting at them trying to stop them, but they couldn't."[182]

Describing the events on the day of the attack, Mr. Messina later reflected: "It was a huge attack. It wasn't an attack that any little insurgent cell would have been able to put together without a lot of support and a lot of money." Mr. Messina noted the use of the garbage truck and quantity of explosives used in the attack, which required finances and logistical sophistication to obtain, as measures of its complexity. He emphasized: "It's a lot. It's a lot. And so, they had to have had some kind of support to take us in that manner."[183]

Finally, the Zarqawi organization's videotaping of the attack demonstrates its planning. The video indicates that the group had the foreknowledge of the attack to orchestrate the timing of its filming and the cameraman's position. Moreover, the cameraman starts driving away just before the explosives detonate, suggesting foreknowledge of the explosion.

In sum, I conclude that AQI carried out the March 9, 2005 attack on Al Sadeer Hotel in which the victim Plaintiffs were injured based on the following:

- AQI's release of an authentic and credible initial claim of responsibility for the attack, video depicting its execution of the attack, and audio recording detailing its role in the bombing.

- The group's stated motive and complex operations in the Al Sadeer Hotel Attack, which fit the Zarqawi organization's established pattern of activity in Iraq at the time of the attack.

### Syria's Causal Connection to the Al Sadeer Hotel Attack

I will now substantiate Syria's role in the Al Sadeer Hotel Attack by explaining the nexus between Syrian support and AQI's ability to carry out this attack. A I noted, the complex operations required to carry out the Al Sadeer Hotel attack fit the Zarqawi organization's pattern of activity in Iraq at the time. The Zarqawi organization possessed funding, logistical support, fighters, and surveillance capabilities. The material support that Syria provided to the Zarqawi organization (which I detailed in Section IV) contributed to each of these attributes that influenced the operation's success.

As I detailed in Section IV, Syria's use of terrorism as a tool was in line with the regime's goal of increasing its influence in Iraq, creating political instability, and pressuring U.S. troops to withdraw. In particular, Syria had a track record of supporting the Zarqawi organization in Iraq, and Syria created an environment, both tacitly and actively, that helped the group to succeed. At the time of the Al Sadeer Hotel Attack, the Syrian regime had supported several attacks in Iraq, including some of the most substantial attacks on Iraqi and Coalition forces. As I have discussed at length in this report, Syria provided AQI with material support in the form of safe haven, transit, financing, and foreign fighters (via recruitment and training). Syrian support directly contributed to AQI's strength as an organization and success in carrying out large-scale attacks, including the Al Sadeer Hotel Attack.

---

[181] "26 Bodies Found in Iraqi Village," CNN, March 9, 2005.
[182] Anderson & Nouri, "39 Bodies Discovered at Remote Sites in Iraq."
[183] Author's interview with Louis Messina, October 27, 2020.

Syrian support bears a causal connection to AQI's ability to carry out an attack like the Al Sadeer Hotel attack. This causal connection exists in the following ways:

1. Syria's financial support and role as a transit point for foreign fighters into Iraq helped to bolster the personnel available to AQI, as Zarqawi relied on the Syrian pipeline to build his network of fighters. Having an organization large in personnel is necessary to orchestrate and carry out a complex attack such as this one.

2. Syria's funding and role as a transit point afforded AQI operatives an opportunity to smuggle money, weapons, and fighters into Iraq, contributing to AQI's ability to carry out such a complex operation with up to five attackers (including two suicide bombers), equipment (e.g., garbage truck, uniform disguises, video camera), firearms, and a large quantity of explosives.

3. Syria's funding and role as a safe haven for AQI is relevant to AQI's sophisticated pre-attack surveillance from both a personnel and professionalization perspective. Syria provided AQI operatives with a logistical hub from where they could plan attacks in Iraq, recruit foreign fighters, train in Syrian military facilities, and arrange financing from the Syrian government. All of these capabilities contributed to the organization's ability to carry out such a complex attack.

4. Syria's support and financing enhanced the quality of training and increased the momentum AQI had at the time of the attack. This improved the group's ability to *successfully* carry out such a complex operation on a high-profile target.

5. The specifics of Syria's relationship with AQI helped AQI to have confidence that a bold operation like the Al Sadeer attack would not cause it to lose a major sponsor. Syria's support for AQI, fueled by its shared interest in forcing the United States out of the Middle East, provided AQI assurance that a complex attack on a high-profile Western target would not isolate the militant group. This working relationship lowered any potential risk to the Zarqawi organization (i.e., losing the support of a key donor), thus allowing it to conduct such a complex attack with confidence.

The attack on Al Sadeer Hotel was substantial and orchestrated, indicating that it required significant funds, tactical training in the use of explosives, access to a large quantity of explosive materials, logistical assistance, surveillance capabilities, and a large organization that was capable of traveling across borders to recruit, train, and plan (many AQI militants were foreign fighters from Syria)—each of which Syria provided to AQI. A February 2008 report by the Financial Action Task Force (FATF), an intergovernmental organization that works to combat money laundering and terrorism financing, concluded that "maintaining a terrorist network, or a specific cell, to provide for recruitment, planning, and procurement between attacks represents a significant drain on resources. A significant infrastructure is required to sustain international terrorist networks and promote their goals over time."[184]

Syria was a critical piece to the puzzle, providing AQI with the infrastructure and resources it needed to carry out an operation like the Al Sadeer Hotel attack. In fact, given Syrian support, it was

---

[184] "Terrorist Financing," Financial Action Task Force, February 29, 2008, p. 4, https://www.fatf-gafi.org/media/fatf/documents/reports/FATF%20Terrorist%20Financing%20Typologies%20Report.pdf.

foreseeable that AQI would carry out such an operation, as it had done so repeatedly before March 9, 2005, and had explicit reasons for doing so. I will describe the element of foreseeability at length in the final section of this report.

## VI.    Foreseeability of Targeting American Contractors & Complex Attacks

It was foreseeable that given Syrian support, the Zarqawi organization would carry out complex operations targeting foreign contractors, including at hotels. The purpose of detailing features of foreseeability is to demonstrate that the Al Sadeer Hotel attack, in which the victim Plaintiffs were severely injured, was not only real and attributable, but was typical of the Zarqawi organization. Consequently Syria should have understood that attacks like this were one of the risks produced by its support of the Zarqawi organization. There are three major reasons why the events at issue in this case were foreseeable:

1.   Foreseeability of targeting foreigners, particularly those associated with Americans.

2.   Foreseeability of targeting foreign contractors specifically.

3.   Foreseeability of complex attacks, including suicide operations targeting hotels.

*Foreseeability of Targeting Foreigners*
It was foreseeable that the Zarqawi organization would target foreigners, particularly those it accused of collaborating with Americans, such as the contractors at Al Sadeer Hotel. This section details the Zarqawi organization's targeting of Americans and foreigners during the course of the Iraq War, but I begin by noting two reasons that the continuation of this practice was foreseeable. First, the Zarqawi organization consistently subscribed to an extreme understanding of group guilt, wherein killing the citizens of certain countries was seen as justified retribution for the alleged crimes of their governments. At no point did it abandon its extreme concept of group guilt, and indeed this philosophical tenet of the Zarqawi organization only intensified over time. Second, during the Iraq war, the Zarqawi organization understood that Iraq's government relied on foreign benefactors to effectively exercise control over its own territory. Absent the efforts of its allies, Iraq's government would govern in name only. By targeting foreigners, the Zarqawi organization hoped to break the government's links to its foreign supporters and dissuade other states that might think of involving themselves in the conflict.

As I mentioned in previous sections of this report, Zarqawi viewed Americans as a top threat, and also targeted foreign and local forces that might collaborate with the Americans. Regarding the Americans, Zarqawi wrote that "we ask God to enable us to kill and capture them to sow panic among those behind them and trade them for our detained shaykhs and brothers." He referred to the soldiers, police, and agents whom his group fought as "the eyes, ears, and hands of the occupier."

The Zarqawi organization repeatedly demonstrated its willingness and capacity to attack Americans and other foreigners. Under Zarqawi's command, the organization frequently attacked U.S. forces, Shia militias, and the Iraqi government, while also attacking Iraqi civilians.[185] Even its strategy of attacking local Shia targets was based in part on grievances toward the Americans, as those "killings

---

[185] Brian Fishman, *Dysfunction and Decline: Lessons Learned from Inside Al-Qa'ida in Iraq* (West Point, N.Y.: Combating Terrorism Center at West Point, 2009), p. 2.

were intended to punish the Shi'a for theological offenses, to correct historical injustice, and to penalize collaboration with U.S. forces."[186] In April 2006, shortly before his death, Zarqawi posted a video of himself online in which he referred to the American occupation of Iraq as a "crusader" campaign, and said the United States would leave Iraq in "defeat and humiliation."

The Zarqawi organization's planned attacks on foreigners were not confined to Iraq's borders. The group evinced its desire to strike Americans globally as early as 1999. That year, the Zarqawi organization was involved in the "millennium plot," which targeted hotels in Amman, Jordan, which would be struck during celebrations of the new millennium. In October 2002, the Zarqawi organization organized and funded the assassination of American diplomat Laurence Foley at his home in Amman. Foley's assassination was planned in part from Syria. Also in 2002, Zarqawi was allegedly responsible for coordinating a failed attack on American and Israeli embassies and Western tourist centers in Jordan.[187] In April 2004, Zarqawi claimed responsibility for a plot to bomb American and Jordanian targets inside Jordan, and Jordanian courts later found Zarqawi and his associates guilty of involvement in this plot, including attempted use of chemical weapons.

The Zarqawi organization's reasons for targeting foreigners were well established, and were relevant to the Al Sadeer Hotel Attack in which at least 30 American contractors, including the contractor Plaintiffs here, were injured.

*Foreseeability of Targeting Foreign Contractors*

It was foreseeable that the Zarqawi organization would target foreign contractors like Louis Messina, Tamara Hassler, Russell Curry, and Steven Thomas. During the Iraq War, the Zarqawi organization targeted anyone it perceived as supporting the U.S.-led coalition and Iraqi government, and explicitly included foreign aid workers and contractors in this category. In a 2006 interview, Zarqawi's top aide and supervisor of military operations in western Iraq, Abu Hafsa al-Ansari, was asked about kidnapping members of the press and humanitarian or diplomatic workers. He said: "We announce on all the available media that we target anyone, whatever his nationality or position, if it has been proven that he deals, supports, and finances the occupation and the government that was set up by it in Iraq, physically or by words. We do not have a grey area between the right and wrong or between hell and paradise, and weeping over most of those individuals are spies who came with a cover of the media or humanitarian work."[188]

Ansari's position echoed other statements by Zarqawi and the organization. The Zarqawi organization associated contractors with the foreign occupation in addition to implying that they were involved in spy or espionage activities. No matter their purpose or claimed neutrality in Iraq, Zarqawi saw contractors, humanitarian, and diplomatic workers as antagonistic to his goals and sought to target them. In a U.S. Marine Corps report featuring an oral history of the Zarqawi organization's role in Iraq's Anbar province from 2004 to 2009, Sunni Sheikh Abdullah Jallal Mukhif described the breadth of the Zarqawi organization's targeting: "They wanted to kill everybody that existed and everybody that did not agree with them… They used to kill the doctor, who is in the business of bringing people

---

[186] Brian Fishman, "After Zarqawi: The Dilemmas and Future of Al Qaeda in Iraq," *Washington Quarterly*, Autumn 2006, p. 23.
[187] Angel Rabasa et al., *Beyond al-Qaeda: Part 1, The Global Jihadist Movement* (Santa Monica: The RAND Corporation, 2006), p. 135.
[188] This interview was given to the Arabic-language newspaper *al-Watan al-Arabi*. See "An Interview with the Chief Aide of Abu Musab al-Zarqawi, Abu Hafsa al-Ansari, by al-Watan al-Arabi (Part 1)," SITE Intelligence Group, March 14, 2006.

back to life. They used to kill the children. They used to kill the women. They used to kill the engineers, whose job is to rebuild. How can you kill everybody?"[189]

In its philosophy of group guilt, the Zarqawi organization had no tolerance for perceived collaboration with "the enemy," including by foreign contractors. Following Zarqawi's death, Salameh Nematt, the D.C. bureau chief for the London-based *Al-Hayat*, "estimated that Zarqawi killed six thousand people in Iraq."[190] As one Iraqi interviewee recalled, the Zarqawi organization killed doctors "because they treated Americans" and killed mullahs "because they liked Americans." She added that "they killed women and said that it was because their husbands were policemen. They killed children and said it was because their fathers were policemen."[191]

The Zarqawi organization saw all stabilizing forces, including foreign contractors, as threatening to its objectives. Part of the organization's strategy was to hinder the reconstruction of Iraq "by abducting and beheading civilian contractors, humanitarian aid workers, and other foreigners."[192] The Zarqawi organization sought to deter private companies and governments from investing in Iraq's reconstruction. A 2006 article that award-winning journalist Lawrence Wright wrote for *The New Yorker* described the Zarqawi organization's efforts to drive the international aid community out of Iraq as "characteristic of Zarqawi's method, which was to target the people who could turn Iraq into a functioning society—teachers, doctors, courageous political thinkers, anyone with the skill and education to pull the country away from chaos."[193] It is thus clear that contractors would continue to be targeted.

There are numerous examples of the Zarqawi organization attacking foreign workers. Because of the prominence of the example, it is worth exploring in detail the Zarqawi organization's responsibility for plotting and financing the assassination of U.S. Agency for International Development official Laurence Foley.[194] This case demonstrates how the Zarqawi organization selected its targets and how the group was able to take their lives.

---

[189] Col. Gary W. Montgomery & Timothy S. McWilliams eds., *Al-Anbar Awakening Volume II. Iraqi Perspectives: From Insurgency to Counterinsurgency in Iraq 2004-2009* (Quantico, Va.: Marine Corps University Press, 2009), p. 40.

[190] Lawrence Wright, "The Terrorist," *The New Yorker*, June 12, 2006.

[191] Montgomery & McWilliams, *Al-Anbar Awakening Volume II*, p. 21.

[192] Gary Gambill, "Abu Musab Al-Zarqawi: A Biographical Sketch," *Terrorism Monitor* 2:24 (December 2004). See also M.J. Kirdar, *Al Qaeda in Iraq* (Washington, D.C.: Center for Strategic & International Studies, 2011), p. 4.

[193] Wright, "The Terrorist."

[194] For a previous U.S. judicial opinion finding the Zarqawi organization culpable for this assassination, see *Foley v. Syrian Arab Republic*, 249 F.Supp.3d 186 (D.D.C., 2017). I served as an expert witness for the plaintiffs in that case.


*Laurence Foley.*

On October 28, 2002, Foley was shot multiple times at close range at his house in Amman and died next to his car.[195] The Jordanian inquest into Foley's killing concluded that Zarqawi and his closest lieutenants had personally planned the assassination, working largely from Damascus.[196] The Zarqawi organization's role in Foley's killing, including Abu Musab al-Zarqawi's personal involvement, is universally recognized by experts and members of the U.S. intelligence community.

Foley was assassinated by Salem Saad bin Suweid and Yasser Freihat. Jordanian military prosecutors later charged that bin Suweid fired the gun that killed Foley, and Freihat drove the getaway car. Bin Suweid was a Libyan national with longstanding ties to jihadist militancy. He had been part of a cell in Syria. Bin Suweid arrived in Jordan in 1999, traveling on a forged Tunisian passport.[197] Upon arrival, bin Suweid began conspiring with Shakir Yusuf al-Absi, one of Zarqawi's close associates, and Absi's Syrian son-in-law, to carry out attacks against American and Jewish interests in Jordan.[198] In the summer of 2002, Zarqawi associate Muammar al-Jaghbir helped smuggle bin Suweid into Syria illegally so he could meet with Zarqawi to discuss the impending attack.[199] Jordanian information minister Mohammed Adwan has described the assistance that Zarqawi provided for the Foley assassination, explaining that "Zarqawi supplied [the cell that killed Foley] with machine-guns, silencers, hand grenades, CS gas canisters and £12,000, allegedly smuggled across the border from Zarqawi's base in Iraq."[200] Adwan said Zarqawi organized a "programme of missions to execute terrorist attacks that aimed at western embassies, foreign diplomats, security personnel and vital Jordanian installations."[201]

Bin Suweid and Freihat identified Laurence Foley as their first victim.[202] On October 28, 2002, bin Suweid hid in Foley's garage and waited for him. When Foley entered, bin Suweid shot and killed him at close range. After bin Suweid and Freihat were apprehended, they confessed their connection to the Zarqawi organization, and to receiving Zarqawi's support.[203] In addition, plotters Shakir Yusuf al-Absi and Muammar al-Jaghbir are documented to have a close connection to the Zarqawi organization. David Schenker, who served as the Pentagon's top policy aide on the Levant, assesses that Absi was the mastermind of Foley's murder, and "went to Jordan to oversee the assassination."[204] Jordanian court records point to Absi's role in organizing the assassination, and in an interview with the *New York Times* in 2007, Absi conceded that he had worked with Zarqawi.[205]

[195] Neil MacFarquhar, "Attack on U.S. Diplomat; American Envoy Killed in Jordan," *New York Times*, October 29, 2002.
[196] Jean-Charles Brisard & Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (New York: Other, 2005), p. 87.
[197] Bootie Cosgrove-Mather, "Jordan Convicts Muslim Militants," Associated Press, April 18, 2004.
[198] *Al-Dustur* (Amman, original in Arabic), February 1, 2005; Rana Husseini, "Five Accused of Killing USAID Executive Plead Not Guilty," *Jordan Times* (Amman), July 9, 2003.
[199] *Al-Dustur*, February 1, 2005.
[200] David Blair & Alan Philps, "America's 'Public Enemy No. 2' is a Hero at Home in Jordan," *Daily Telegraph* (London), February 7, 2003; see also *Al-Dustur*, February 1, 2005 (describing bin Suweid's receipt of money from Zarqawi).
[201] Blair & Philps, "America's 'Public Enemy No. 2' Is a Hero at Home in Jordan."
[202] Souad Mekhennet & Michael Moss, "New Face of Jihad Vows Attacks," *New York Times*, March 17, 2007.
[203] *Al-Sharq al-Awsat* (London; original in Arabic), December 16, 2002.
[204] Quoted in Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 106.
[205] Mekhennet & Moss, "New Face of Jihad Vows Attacks."

Jaghbir, like Absi, functioned as a bridge between Zarqawi and the operatives responsible for killing Foley. In the retrial of Jaghbir in 2005, the prosecution charged that Zarqawi gave Jaghbir $44,000 to distribute for attacks in Jordan. After the assassination, bin Suweid received $10,000 from Jaghbir, followed by an additional $33,000 to finance further operations.[206] Shortly after he did this, Jaghbir left Jordan and joined Zarqawi in Iraq.[207] From Iraq, Jaghbir continued to coordinate Zarqawi-directed attacks. Given these extensive connections between the Zarqawi organization and Foley's assassination, it should come as no surprise that multiple U.S. government organs have affirmed the group's culpability.[208] Zarqawi's involvement in the high-profile assassination of Foley exemplifies the extent to which Zarqawi targeted Americans involved in aid efforts even before he publicly pledged allegiance to al-Qaeda.

The Zarqawi organization targeted foreign contractors in its most brutal activities. The Zarqawi organization's most explicit, and graphic, targeting of Americans is demonstrated in its historic practice of beheadings. The organization beheaded American captives and those it considered to be associated with the foreign occupation. In the beheading video of American communications contractor Nicholas Berg in May 2004, the captors cited foreign aggression as their justification for Berg's killing. In the video threatening the life of Kim Sun-il, a South Korean citizen, one Zarqawi organization captor said: "Your soldiers here are not for the sake of Iraqis, but they are here for the cursed America." Similar justifications were applied to other beheading victims during this time. In a video showing that the Zarqawi organization had captured Bulgarians Georgi Kepov and Ivaylo Lazov in July 2004, the captors demanded the U.S. military release all Iraqi detainees within 24 hours. In a video showing that the Zarqawi organization held American construction contractors Olin Eugene Armstrong and Jack Hensley and Briton Kenneth Bigley in September 2004, the captors said the U.S. and U.K. governments had 48 hours to release Muslim women allegedly held in Iraqi prisons. The Zarqawi organization justified its beheadings based on the victims' association with the foreign occupation.

The extreme and brutal nature of the Zarqawi organization's practice of beheadings demonstrates the extent of its willingness and capacity to target foreign contractors. Consequently, that the organization would target contractors through other means, including through its regular practice of suicide bombings, was foreseeable.

At the time of the Al Sadeer Hotel Attack, Plaintiffs were working as contractors for the U.S. Department of Defense. Indeed, the Zarqawi organization's targeting of contractors would remain consistent following the Al Sadeer attack. On March 30, 2005, weeks after the Al Sadeer Hotel Attack, AQI posted a communiqué claiming responsibility for capturing two American contractors, one of which it claimed to have killed, from the al-Bakr Military Base in Iraq. The group claimed to have "waited for the chief contractor in the al-Bakr base, which is considered one of the most important bases of the crusaders. This convertor was captured and executed—this is what those whom commit wrong-doings and side with the infidels will face. There was another contractor with him."[209]

---

[206] *Al-Dustur*, February 1, 2005.
[207] *Al-Mustaqbal* (Beirut; original in Arabic), July 21, 2004.
[208] See, for example, U.S. Department of the Treasury, "Treasury Designates Six al-Qaida Terrorists," September 24, 2003; U.S. Department of State, *Country Reports on Terrorism 2005* (April 2006), p. 220; U.S. Department of State, "Rewards for Justice Program: Abu Mus'ab Al-Zarqawi," October 30, 2003.
[209] "Al-Qaeda in Iraq Claims Responsibility for Murder of Chief Contractor of al-Bakr Base and Capture of Another," SITE Intelligence Group, April 1, 2005.

Written in similar language to the statements claiming responsibility for the Al Sadeer Hotel Attack, AQI's communiqué *specifically named contractors as a group deserving of attack*. This continuity in the group's targeting and methods shortly after the Al Sadeer attack illustrates how ingrained these factors were in the organization.

<u>Foreseeability of Complex Attacks, Including Suicide Operations Targeting Hotels</u>
It was foreseeable that the Zarqawi organization would plan and carry out complex attacks like the Al Sadeer Hotel Attack. This report has already detailed (sections III and IV) the ways in which AQI was heavily engaged in violent activity in Iraq in the early 2000s, and has demonstrated that complex attacks were characteristic of the organization. The Zarqawi organization's track record of assassinations, kidnappings, beheadings, and VBIED bombings of high-profile targets exemplify the targeting and coordination involved in Zarqawi organization attacks through the time of the Al Sadeer Hotel attack. It was foreseeable that continued state support would enable the group to continue to carry out similar attacks.

In particular, it was foreseeable that the Zarqawi organization would target hotels, particularly those affiliated with Westerners. The organization had attempted to carry out numerous significant attacks on Western-affiliated hotels before.

The aforementioned 2000 millennium plot was designed to bomb four popular hotels in Amman that housed foreign diplomats and journalists.[210] The plot, which was thwarted by Jordanian authorities, was planned for the night of celebrations of the new millennium and targeted "hotels frequented by Jewish and American tourists."[211] Notably, in the claim of responsibility for the Al Sadeer Hotel Attack, AQI claimed that it targeted the hotel because it housed Jewish people, security workers, and Israeli and American intelligence officials. The Zarqawi organization continued to target hotels in Iraq and beyond both before and after the Al Sadeer attack.

In perhaps its most notorious hotel attack, on November 9, 2005, AQI claimed responsibility for suicide attacks on three popular hotels in Amman, Jordan, killing at least 57 people and wounding over 100. One of the bombs struck in the midst of a wedding celebration. A police officer who arrived on the scene of the wedding that was struck at Amman's Radisson hotel later recalled the human impact:

> He raced to the hotel and pushed his way inside, past the rescue workers, the wailing survivors, and the recovered corpses that had been hauled out on luggage carts and deposited on the driveway. In the ballroom, through a haze of smoke and emergency lights, he could see more bodies. Some were sprawled haphazardly, as though flung by a giant. Others were missing limbs. On the smashed podium lay two crumpled forms in tuxedos. The fathers of both the bride and the groom had been near the bomber and died instantly.[212]

---

[210] Hassan M. Fattah & Michael Slackman, "3 Hotels Bombed in Jordan; At Least 57 Die," *New York Times*, November 10, 2005.

[211] Matthew Levitt & Julie Sawyer, "Zarqawi's Jordanian Agenda," The Washington Institute for Near East Policy, December 16, 2004.

[212] Joby Warrick, *Black Flags: The Rise of ISIS* (New York: Knopf Doubleday, 2015), p. 5.

The U.S. State Department's 2005 *Country Reports on Terrorism* recognized AQI's responsibility for the Amman hotel attacks.[213] The *New York Times*'s reporting of the attacks in Amman recognized how "the nearly simultaneous explosions at three hotels seemed to echo" the aforementioned millennium plot that had been disrupted five years before.[214] In an audio statement following the attacks posted on a website used by AQI, a speaker who was believed to be Zarqawi said the group targeted the three hotels after two months of intelligence gathering.[215] The speaker said that "the hotels were targeted because they housed U.S. Embassy officials as well as Israeli tourists and U.S., Iraqi and Israeli intelligence agents."[216] In Zarqawi's communiqué immediately following the attacks, written under a pseudonym, he wrote: "After studying the targets and reconnoitering them, execution sites were selected at some of the hotels that the tyrant of Jordan had converted into a back yard for the enemies of the religion: the Jews and the Crusaders, and a place of iniquity for the nation's apostate traitors."[217]

Targeting hotels remained a popular tactic of AQI's successor organizations. In January 2010, the Zarqawi organization—at that time known as the Islamic State of Iraq (ISI)—claimed responsibility for a series of coordinated suicide bombings on January 25, 2010, targeting three hotels in Baghdad that killed 37 people.[218] In its communiqué posted to jihadist forums by al-Fajr Media Center two days after the attacks, the group wrote that

> after asking Allah for assistance, good planning, and use of available means, the knights of Baghdad descended unto the heart of the aggrieved city and targeted another group of the elected dens of evil, which included strongholds thought by the fools of the Green Zone and their masters to be safe from mujahideen attacks by virtue of the intensive security barriers and tens of checkpoints, surveillance devices, and cement walls they surrounded their locations with. They include: the Babylon Hotel buildings complex, Ishtar and Palestine Hotel buildings complex, the fortified security complex for al-Jadiriya hotels, especially the infamous al-Hamra Hotel, and other forthcoming security targets soon, with permission from Allah.[219]

The group claimed that the hotels "have long been legitimate targets," providing justifications that mirrored those provided for the Al Sadeer attack, including noting the presence of "the heads of infidelity among the Rafidah [Shia] party leaders and their criminal security services and the lords of legislation in the Iraqi parliament."[220]

To provide but a few other examples among many, in January 2015, ISIS—the most recent iteration of the Zarqawi organization—attacked the Corinthia Hotel in Tripoli, killing 10 people, five of whom were foreigners, including one American.[221] In May 2019, ISIS-affiliated suicide bombers carried out

---

[213] U.S. Department of State, *Country Reports on Terrorism 2005* (2006), p. 14.

[214] Hassan M. Fattah & Michael Slackman, "3 Hotels Bombed in Jordan; At Least 57 Die," *New York Times*, November 10, 2005.

[215] "Voice on Tape: Jordanians Not Targeted," CNN, November 18, 2005.

[216] Ibid.

[217] David Aaron, *In Their Own Words: Voices of Jihad* (Santa Monica, CA: RAND Corporation, 2008), pp. 228-29.

[218] Ernesto Londoño & Leila Fadel, "36 Killed in Bombings at 3 Baghdad Hotel Compounds Favored by Westerners," *Washington Post*, January 26, 2010; "ISI Claims 1/25 Baghdad Hotel Bombings," SITE Intelligence Group, January 27, 2010.

[219] "ISI Claims 1/25 Baghdad Hotel Bombings," SITE Intelligence Group, January 27, 2010.

[220] Ibid.

[221] Peter Bergen, "Why Terrorists Target Hotels," CNN, November 20, 2015.

a series of attacks on three churches and three luxury hotels in Sri Lanka on Easter Sunday, killing over 250 people. Writing in the *Wall Street Journal*, Sadanand Dhume noted that "the choice of targets also highlighted Islamic State's special animus against Christians and its desire to grab international headlines by targeting foreigners in high-end hotels."[222]

In other words, the Zarqawi organization's repeated targeting of hotels demonstrates a pattern that existed before, during, and long after the Al Sadeer Hotel Attack on March 9, 2005. This pattern, and the group's explicit rationale for doing so, indicates that given continued support, it was foreseeable that the organization would continue this deeply ingrained tactic.

There are several reasons why the Zarqawi organization targeted hotels. First, hotels were a "soft target" relative to others in Iraq. Second, hotels were associated with people whom the Zarqawi organization dubbed to be "foreign," including Americans and Jewish people—and the hotels themselves, by virtue of their brand names and corporate affiliation, were also thought to be foreign.[223] Third, attacking hotels was an opportunity to cause financial disruption in the host country. Fourth, attacking hotels presented the Zarqawi organization an opportunity to create a spectacular event that would maximize the attention it received and serve as a recruiting tool. Moreover, according to Brian Fishman, attacking hotels was consistent with Zarqawi's "modus operandi of attacking civilian apostates."[224]

Not only did the Zarqawi organization explain its rationale for targeting the Al Sadeer Hotel after the attack at issue in this case, but the Al Sadeer Hotel itself had previously been targeted by militants. In July 2004, two mortar shell explosions in Baghdad—one on a house and the other on a road nearby, killing a child and injuring three others—were aiming for Al Sadeer Hotel, according to Iraqi police.[225] Al Sadeer Hotel was targeted again months after the attack at issue in this case. On July 25, 2005, a suicide car bomber attacked a security checkpoint near the hotel with a VBIED, killing 12 people and injuring 18 others, including security guards and civilians.[226] Then, on two consecutive days in September 2005, bombs exploded next to Al Sadeer Hotel.[227] The fact that Al Sadeer Hotel was targeted before and after the attack on March 9, 2005 demonstrates that it was an unambiguously appealing target for groups like the Zarqawi organization.

Despite the warning signs, the Syrian regime did not alter its direct and indirect support for the Zarqawi organization. Syria knew, or reasonably should have known, that its support would contribute to AQI's strength and success as an organization, including its ability to conduct attacks like the Al Sadeer Hotel attack.

# VII.   Conclusion

---

[222] Sadanand Dhume, "South Asia is Islamic State's New Target," *Wall Street Journal*, May 2, 2019.

[223] Bergen, "Why Terrorists Target Hotels."

[224] Brian Fishman, "After Zarqawi: The Dilemmas and Future of Al Qaeda in Iraq," *Washington Quarterly* 29:4, 2006, p. 24.

[225] Ravi Nessman, "Mortar Attack Kills Child in Baghdad," Associated Press, July 10, 2004.

[226] "Baghdad Car Bomb Barrage Continues," *CBS News*, July 26, 2005. No group claimed responsibility for this attack. See National Counterterrorism Center, *Report on Incidents of Terrorism 2005* (April 11, 2006), p. 54, https://www.hsdl.org/?view&did=472833.

[227] Sara B. Moller, "Low Intensity Conflict and Nation-Building in Iraq: A Chronology," Center for Strategic and International Studies, September 28, 2005, pp. 87-88.

Thus, relying upon substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- Al-Qaeda in Iraq was responsible for the attack on the Al Sadeer Hotel that occurred on March 9, 2005.

- The Syrian Arab Republic materially supported the Zarqawi organization/al-Qaeda in Iraq, both actively and tacitly, and possessed a clear and explicit rationale for supporting the designated terrorist group.

- Syria's material support for the Zarqawi organization/al-Qaeda in Iraq was causally connected to the group's ability to carry out the Al Sadeer Hotel Attack.

- It was foreseeable to the Syrian Arab Republic that the Zarqawi organization/al-Qaeda in Iraq would engage in activities like those at issue in the present case.

I declare the foregoing under the penalty of perjury:

_____

Daveed Gartenstein-Ross, Ph.D.