IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS MESSINA et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:20cv1237 |
| SYRIAN ARAB REPUBLIC, | ) |
| Defendants. | ) |

## DECLARATION OF LOUIS MESSINA

I, LOUIS MESSINA, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

### I. Background

1. I am over the age of eighteen and competent to provide testimony in a court of law.

2. I am a dual citizen of South Africa and Italy.

3. My wife Angelique and daughter V.M. are also dual citizens of SA and Italy.

4. In 2005, I was employed by DynCorp International as a Static Security Guard in Baghdad, Iraq. I was on contract for the United States Department of Defense in Iraq as part of my position with DynCorp. I was stationed at the Al Sadeer Hotel and tasked with defense of the facility. My employer required that I live in the Hotel as a condition of employment.

### II. The Bombing

5. On March 9, 2005, in the early hours of the morning, I woke up hearing a high volume of small arms fire nearby.



6. I stood to the side of my room window and cautiously looked out to try and get an idea of what was happening. I saw that we were under a small arms fire attack from the nearby buildings. A garbage truck was heading directly towards our perimeter.

7. After this, I can only remember a blinding white light and later regaining consciousness somewhere else on the ground floor. I was vomiting.

8. My next memory was when I awoke in the combat support hospital in the Green Zone. The medics were sowing up a large cut above my right eye.

9. Sometime later, I remember being back in my room at the Al Sadeer Hotel. A colleague brought me his phone and told me to call my wife, but I don't remember anything about the conversation with her.

10. I was then sent back to the combat support hospital. I don't know if it was the same day or the following day.

III. **The Lasting Impact**

11. I sustained significant injuries as a result of the Attack, including shrapnel wounds to my forehead above my right eye, facial cuts, shrapnel in both of my arms, shrapnel in my upper left leg, and various cuts all over my body. My left bicep was most damaged from this shrapnel.

12. The Attack also caused a number of permanent medical problems that I continue to suffer from today.

13. My frontal lobe was severely damaged and I was diagnosed with a Traumatic Brain Injury. I often struggle to focus and lose track of what I am saying in a conversation.

14. I sustained nerve damage to the right side of my face from the force of the impact. Damage to the optic nerve caused near total loss of clear vision in my right eye.



15. Due to the shrapnel wounds in my arm, my left bicep is still very weak.

16. I experience seizures and must permanently be on medication to manage them.

17. I have severe depression and try to keep to myself as much as possible. I feel as if I have no motivation to do anything.

18. I regularly have bad nightmares, so I avoid sleeping. I have an extremely bad temper which I cannot control most of the time. I can get very violent in an instant.

19. I experience occasionally blackouts. Sometime this results in me getting violent to those around me, but I only realize what happened after the fact and have no memory of lashing out against others.

20. My lungs have Chronic Obstructive Pulmonary disease from all the smoke and dust that was caused by the bomb explosion so now I have difficulty breathing easily.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this 19th day of July, 2022.

_____
LOUIS MESSINA