**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS MESSINA et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 1:20cv1237 |
| | ) |
| **SYRIAN ARAB REPUBLIC,** | ) |
| | ) |
| **Defendants.** | ) |

**AFFIDAVIT OF TAMARA HASSLER**

I, Tamara Hassler, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

**I.   Background**

1. I am over the age of eighteen and competent to provide testimony in a court of law.

2. I am a citizen of the United States.

3. I am a victim of the March 9, 2005 bombing of the Al Sadeer Hotel in Baghdad, Iraq (the "Attack").

**II.   The Al Sadeer Bombing**

4. At 6:07 am on March 9, 2005, I woke up to automatic gunfire coming from outside of my room at the Al Sadeer Hotel. I had only been in Iraq for about a month, working to train the Iraqi police. I was living at the Al Sadeer Hotel as a condition of my employment.

5. Although I regularly fell asleep to distant gunfire, this was different. I stepped to the wall to look out over the grounds to see what was going on outside my window. But by the time I got there, the gunfire had ceased.

1

6. As I walked away from the window, I was suddenly swept off my feet and began flying backwards in the air towards the door. I remember that I fervently prayed, "Please God, get me through this!" The window then came crashing into my face.

7. I realized the magnitude of the explosion when wood from the door to my room splintered in the background and I landed in the middle of a pile of glass.

8. As I curled up into a ball, I could hear everyone in the hall screaming. I heard echoes of my name called out, but I couldn't answer. I just wanted to lay there and cry from the shock and pain. I kept thinking, "I don't want to move. I don't want to get up."

9. My colleague Joe then came into my room and began screaming at me, "Get into the bathroom! There might be another bomb. Get into the bathroom!"

10. I was terrified. I looked around as I lay there in the middle of the glass, saying "I can't walk on the glass! Don't make me walk on the glass!" Joe threw a pair of boots at me and told me to wear them and get into the bathroom. I complied and began to empty the boots of the broken glass already in them.

11. I could still hear people screaming and sirens roaring in the background. Everything felt like it was occurring in slow motion, and I had a difficult time concentrating. Although I knew I had to gather my strength to get up, I felt debilitated.

12. I remember wondering what my face looked like; it was in pain, and I felt as if I had lost my front teeth.

13. Finally, I got up, grabbed my bulletproof vest and my gun, and made it to the bathroom. In the mirror, I could see that blood was dripping from my head. I felt tiny pieces of glass scrape across my forehead when I tried to wipe the blood away. My teeth were intact but

were causing me great pain. I didn't want to move; I just wanted to lie on the tile floor and go to sleep.

14. As I heard gunfire begin again, I approached the door of the room to go and help others in the hotel. I could hear a gunshot every few seconds. The center of the door was in shreds. The lock and handle had been blown off and were on the floor with the key still in it.

15. As I walked down the staircase, I saw ceiling pieces hanging from above and glass splinters everywhere. People were running door to door screaming, "Are you alright?" I passed others as they ran down the stairs with their weapons, bleeding.

16. At the platform to the stairs, someone named Donna was treating an arterial bleed. Then several others started coming down the stairs, including my colleague, Steven Thomas. He was bleeding and in shock. He told me, "I think my arm's broken." I had nothing to treat Steven with, so tried to find a medical kit.

17. At that time, another man came down the steps with a gash from the top of his face; there was so much blood that he thought he was blind. At that point, I headed back to the room and started screaming at everyone, "Get your med kits. We need blankets and towels, now!"

18. Things started happening much more quickly now. I grabbed every towel in my room and my medical kit. I went back and dumped my kit on the ground and laid down the towels. The man with the head bleed needed to sit down before he passed out among all the splintered glass. He was getting woozy, so I put him on one of the towels so he wouldn't be sitting in all the glass. I grabbed the gauze wrap and began twisting it around his head; putting as much pressure on it as I could muster, while shaking from disbelief. A passerby stopped to sling Steven's arm and immobilize it.

19. When everyone was somewhat stabilized, I left everything there and headed downstairs. It was five flights and the smell of the burning cars rolled through the broken windows. I couldn't breathe and my heart was racing, but I thought that I had to find another way to help.

20. "What happened?" everyone asked as I passed by. I stopped and looked out towards the parking lot of the Ministry of Agriculture that was adjacent to the hotel. There was fire everywhere and black smoke billowed from the whole perimeter of the building. I was overcome by an adrenaline rush.

21. I finally made it to the bottom floor and chaos ensued. People were running everywhere in shock. Meanwhile, gunfire still erupted. I was told to man a post near the entrance and shoot anyone coming into the hotel. "The perimeter is breached. We gotta hold the perimeter!" someone yelled. Security was running outside.

22. I grabbed the first person that I saw, told them to take my post, and ran out with the others to investigate. As I ran towards the front door, a line of mangled bodies walked past me towards the kitchen. I walked through the door without needing to turn a handle; I merely stepped through where the glass had been blown out during the explosion.

23. I rounded the corner while black smoke rolled around the building. I walked towards the screaming. Looking up, I saw the guards yelling in Arabic that someone was in the rubble. An interpreter followed me, deciphering what they were saying. The perimeter wall had a large gaping hole that ten people could walk through.

24. I ran when I heard that I might be able to help someone. As I crossed the perimeter, the explosions started again, and I ducked. As I peered down the line of armored vehicles, I realized they were exploding. Someone had left ammunition in them, and the

ammunition was now going off inside the vehicles as they burned. I started yelling at the guards to get down.

25. The interpreter screamed in Arabic as the guard on the roof did the same. When automatic gunfire erupted, I looked up and knew that it was the guard on the roof. Everyone in the parking lot started sweeping their weapons around, when I screamed; "It's the guard on the roof!" They all started screaming, "He is on the roof! It's coming from the roof!"

26. "No! I screamed again. It's our guy on the roof trying to get the others down." The Iraqi guards understood me and dropped their weapons into a low ready. I ran to the building for cover, while the parking lot increasingly erupted from the burning vehicles. Someone then screamed that we still needed to account for the blue hotel in the compound. I headed back into the lobby and gathered up a group to sweep that building, but we could only find three people inside. These men were new and had just arrived in Iraq. They were shaken and kept retelling what had happened while they waited patiently in their rooms for someone to get them. Everyone was cut from the glass, but thankfully there were no serious injuries. It was a long day of clean-up and safety concerns.

### III. The Aftermath of the Bombing

27. After the Attack, I was completely unable to work from October 2005 until April 2007.

28. While not working, I went to many doctor appointments and underwent surgeries on my teeth to repair damage from the bombing. I had about six oral surgeries a year for six years because I had so many complications during the implant procedures, bone grafts, gum grafts, and two extractions from two root fractures which were found two years apart. I had to pay out of pocket to fix the second root fracture that was found two years later.

29. My dental complications are still ongoing. In 2019, one of the implants failed and had to be removed. I have not scheduled the surgery, nor do I have the money to pay for a bridge to fix it.

30. I also have suffered from severe mental health issues since the Attack, including PTSD. I didn't sleep well and had nightmares that would wake me up. I had difficulties in all my relationships and began drinking alcohol almost daily to be able to go to sleep.

31. I have been suicidal on multiple occasions since returning home.

32. Although I have learned to manage my PTSD, it is still a very present battle. It used to take me hours to calm down from triggers from loud noises. It now just takes me a few minutes to get my heart rate back down if something scares me. I suffered from vivid flashbacks of the incident through about 2010. Emotionally, I still no longer feel like myself.

### IV. The Lasting Impact of the Attack on My Relationships

33. The Attack negatively affected my ability to have relationships with others, particularly as I started having traumatic flashbacks.

34. For example, if a boyfriend would break up with me, I would get a flashback to the bombing, feeling the same sense of vulnerability. I would see myself in Iraq, on the ground, unable to move as I heard the bomb going off and reverberating in my body. I would feel as if I was right there again, thinking I was left there to die. I would have flashbacks such that I was unable to breathe and would feel as if the bombs were making physical contact with my body, making me feel great pain.

35. It got to the point that I wanted to end the flashback by crawling into the ground or trying to end my life because of the trauma. These types of flashbacks would be followed by a bout of depression.

36. Because of this, I was unable to be in any long-term romantic relationships from 2007-2015 and from September 2016 to November 2020.

37. After a bad breakup in September 2016 triggered my PTSD, I had severe depression and anxiety, problems concentrating, lack of motivation, lack of self-worth, and an overwhelming fear of relationships. I avoided getting close to anyone because I was afraid of triggering my PTSD.

38. I completed two years of desensitization therapy to stop the nightmares and flashbacks. This therapy healed me from the worst symptoms of PSTD, but never took away the sensitivity from these events. At that point, I went through life coaching to help heal myself because traditional counseling did not help any longer.

39. I still have bouts of PTSD whenever I feel tension with others, but it has been getting better as I desensitize myself to it. The life coach helped me through these episodes. I would overreact with extreme anger, which is not like me at all. This is how I knew I needed to get help.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this 24 day of July, 2022.

*TAMARA HASSLER*