IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS MESSINA et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20cv1237 |
| | ) |
| SYRIAN ARAB REPUBLIC, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF RUSSELL CURRY

I, RUSSELL CURRY, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

### I. Background

1. I am over the age of eighteen and competent to provide testimony in a court of law.

2. I am a citizen of the United States. My wife Barbara Curry is also a U.S. citizen.

3. I am a victim of the March 9, 2006 bombing of the Al Sadeer Hotel in Baghdad, Iraq (the "Attack"). My position as a Department of Defense contractor required that I live at the hotel to fulfill my duties.

### II. The Al Sadeer Bombing

4. On the morning of the bombing, I was getting ready for work at the Green Zone when I heard the gunfire.

5. Guards were firing at the suicide bombers trying to crash the gates of the hotel. As I was exiting my room on the third floor and headed down the stairwell, the bomb exploded.

6. I was between the second and third floor of the stairwell. There were small windows in the stairwell and as the bomb exploded, I was hit with shrapnel metal on my right arm.

7. The entire stairwell collapsed on me. I was unable to move because of all the debris that was on me. I was eventually rescued by some personnel on the ground floor.

8. I could not move my arm and could not move my fingers. I had a large ten-inch gash on my right arm that was bleeding severely.

9. I was given first aid by our medics on the scene and then transported to the hospital in the Green Zone.

10. Once at the hospital, the staff conducted x-rays of my arm. The x-rays showed a large amount of shrapnel metal embedded in my right arm.

11. I underwent surgery where most of the shrapnel metal was taken out. They were unable to get it all out.

12. I was then flown to Germany. But because I was not military, it was decided that I would fly back home to seek medical attention in the States.

### III. The Impact of the Attack on My Life

13. Once in the States, I consulted a hand, arm, and shoulder doctor in Fresno, California. After gathering all my medical records, he performed a second surgery to remove more shrapnel metal and conducted a skin graft on the wounded area of my arm.

14. During rehab, it was determined that I lost 20% use of my right arm.

15. Nevertheless, because of my mindset as a former police officer, I felt that I had left Iraq with unfinished business, despite my injuries. After approximately thirty days of intense rehab, I returned to Iraq to complete my contract.

16. I now have several scars on my right arm and I don't have the strength I used to have prior to the bombing.

17. I think of the day of the bombing often. I will sometimes wake up in a cold sweat after dreaming about it. Overall, I try to just deal with it on my own because I don't want to upset my wife.

### IV. The Impact of the Attack on My Wife

18. My wife, Barbara Curry, has also suffered as a result of the Attack.

19. Several years ago, she was diagnosed with dementia. Her physical and mental health have been in decline ever since.

20. During a recent discussion about the Al Sadeer bombing, she remembered that I was injured, but became emotionally and physically upset that she could not remember any of the details of the injury. This included details such as who was involved, where it happened, what happened, and when it happened. Nevertheless, she experienced great distress when she again learned about the bombing and in the subsequent aftermath.

21. When I was deployed to Iraq, I would try to call home every day or every other day. The conversations consisted of general topics, such as how her day was. These phone calls helped her keep her peace of mind and let her know that I was ok.

22. The morning of the bombing, she saw the incident on the news five minutes after it happened. She tried to find out if I was okay, but her efforts were to no avail. She was an emotional wreck. The outlook appeared devastating and she assumed the worst. She had no idea if I was injured or dead.

23. It was several hours until I was able to call her from the hospital. I was heavily medicated, and according to her, I didn't make any sense when I was talking to her. I told her I

was okay but that I was heading into surgery. Those were the only details about my condition she received from that conversation. Again, this caused her to become an emotional wreck despite being relieved that I was alive because the seriousness of my condition wasn't clear.

24. The next day, I was able to call her again, but again under heavy medication. I was able to tell her I was being flown to Germany for future medical care. No more details were provided. This was really upsetting to her. She tried calling my company but could not get in contact with anyone. She didn't know if she should fly to Germany to meet me or wait at home for further details.

25. Several days later I was able to call her from Germany. I told her I was flying home for further medical treatment.

26. I flew home and she met me at the airport. She appeared relived I was alive but was obviously emotionally drained. She became sick when she saw the extent of damage to my arm.

27. Later, when we discussed my return to Iraq, I could tell she was concerned. But with the help of our pastor and church family, she trusted God with my safety. Although I could see the changes in her and that she was still emotionally upset, we were both able to complete my contract.

28. Even today, with her limited memory about the incident due to dementia, she still recalls and feels the emotional trauma of the Attack. However, she can no longer access the details related to her distress. This exacerbates her anguish as she is thinking about it and trying to remember as much as she can.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this __21__ day of __July__, 2022.

_____
RUSSELL CURRY