IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS MESSINA et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20cv1237 |
| | ) |
| SYRIAN ARAB REPUBLIC, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF STEVEN THOMAS

I, STEVEN THOMAS, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

### I. Background

1. I am over the age of eighteen and competent to provide testimony in a court of law.

2. I am a citizen of the United States.

3. I am a victim of the March 9, 2005 bombing of the Al Sadeer Hotel in Baghdad, Iraq (the "Attack"). I was working in Iraq as a Department of Defense contractor at that time. My employer required that I live at the Al Sadeer Hotel to fulfill my duties.

### II. The Al Sadeer Bombing

4. On the morning of March 9, 2005, I was in my room overlooking the parking lot of the Iraqi Administrative Building. I had just woken up from my nights rest as usual, but this morning was very different.

5. It was normal to hear gunfire in the distance throughout the day, but on this morning, I observed gunfire much closer, and too close for comfort. The sound of a 50-caliber weapon being fired from the rooftop raised my suspicion further.

6. I was wearing nothing but a pair of underwear as I went toward the window of the hotel to see what was happening. Outside of the window, I noticed troops were firing at an advancing garbage truck.

7. This truck forever haunts my memory. I can still see it in my mind whenever I retell the story. As I watched, it continued to drive forward into the compound, with no regard for the shots fired at it. Concerned, I quickly dressed and armed myself.

8. At this point, I knew we were possibly in for a long day. In a split second, a million thoughts raced through my mind as I turned to gather my gear. As I was getting ready to turn, my life changed forever.

9. The garbage truck exploded. The sound was deafening. Immediately, my life flashed before my eyes. To this day it amazes me how something so quick can seem like an eternity. Thoughts of my children, my wife, my animals, my friends, a quick trip down memory lane, along with the questions like "Is this the end of my life?" occurred in just a split second.

10. I can never and will never forget the blast throwing me from the window towards the bed. I remember my body bounced off the bed and onto the floor. I could see glass flying in my direction and a window frame coming at me like a missile. In a quick reaction, I threw my hand up and blocked the frame from directly hitting my head.

11. At this point, total chaos ensued. I was immediately deaf, or at least I thought I was, but for some reason, I could still hear a loud ringing in my ear.

12. Everything felt like a recap in my mind. Everything felt like it was in slow motion: being thrown across the room, the glass flying at me, the window frame.

13. I was in excruciating pain, but I was alive. I could still feel the intense heat from the blast; I felt like I had absorbed much of the explosion. I picked myself up from the floor and made my way to the door. As I neared the door, I collapsed. It felt like an eternity from the time I began to fall to the time I hit the floor.

14. All I remember telling myself was to get up and get out. I didn't know if the building was on fire, whether we were being assaulted by enemy forces, if another bomb was going to detonate, or if the building was about to collapse. I have never had so many thoughts run through my mind at one time.

15. If the blast did not kill me, something else was about to. This gave me the motivation to get back up and leave the room. Upon entering the hallway to my right, I observed a man come into the hallway with a piece of his window frame impaled into his body. The look on his face was indescribable.

16. I then noticed my buddy Tim. He and I were local law enforcement officers in the same county prior to coming to Iraq. He had just come out of his room when he saw me. At this point I could hear the screams. Though muffled, I could tell that he was yelling at me: "STOP." The next thing I knew, Tim was carrying me on his shoulders.

17. Because I had served many years in law enforcement, I could only imagine why he was telling me to stop. I could only imagine why he was carrying me. The word "scared" did not begin to describe how I felt at that moment. I then noticed that his white shirt was turning blood red. At this time, I realized that I was the one causing his shirt to turn red.

18. Tim carried me down a flight of stairs to a landing. All the elevators had been damaged in the blast. He then put me down and left me on the landing while he returned to help others. I may not have realized it in that moment, but Tim was a warrior. Tim immediately risked his life to save others.

19. I was then met by my battle buddy, Peter. He had come to make sure I was alright. Everyone was assigned a "battle buddy" while we were there to make sure that each person had someone looking out for them.

20. Peter went to my room and scrounged up some clothes for me, and then came back down to help me get dressed. Peter would not tell me how I looked, nor the extent of my injuries, but instead kept repeating the words, "You're gonna be ok." In my law enforcement career, it was common for us to tell victims who were near death that they were going to be "ok." Those words are used to comfort those in distress.

21. By Peter telling me that I was going to be "ok," I thought that I was more than likely going to die. I was unaware of the extent of my injury, but I did not think everything was going to be "ok."

22. I remember being escorted from this location to an up-armored Humvee and transported to the "Green Zone" for medical treatment. I was placed into a wheelchair.

23. The medical staff was running around trying to designate where to place the injured. Things were very chaotic.

24. Each time medical personnel walked by me, I noticed that they would do a double take. In other words, they would stop, and then quickly look at me again. I wondered what was wrong with me. Since I was still in shock and in disbelief, it never occurred to me to do a self-assessment.

25. At this point, my ears were still ringing loudly. I felt pain like nothing I had ever experienced before. I felt that everything happening around me was just a dream.

26. I was taken back for x-rays and for a CT scan. I found myself staring into a bright light as a doctor picked glass out of my eye sockets. This was a very painful procedure. I cannot remember how many shards of glass were removed from my eyes, but I can remember the experience of the doctor extracting the glass, one piece at a time, and the excruciating pain in the removal of each shard.

27. I was then moved to another area where a team began to remove glass from my entire body. At this point, the pain increased, especially when they began to remove the glass from my feet. I remember laying there, thinking about death being a better alternative than the pain I was experiencing.

28. I had also sustained burns to the side of my face. The only remedy to control the pain and start the healing process was burn cream.

29. I laid there in agony, wondering if I was deformed in any way. The pain that I had just endured was unimaginable.

### III. The Aftermath of the Bombing

30. I was medically discharged the following day and returned to what was left of the Al Sadeer Hotel. There were no doors on the building. All the windows had been blown out.

31. When I tried to sleep that night, I was a total train wreck. I had just endured a traumatic bombing and excruciating medical treatment, and yet only twenty-four hours later, I found myself right back at the scene of the worst nightmare I had ever experienced.

32. We stayed there for the next few days before finally leaving for Fallujah. I slept on the floor away from the windows. I was nervous around all the workers and did not trust anyone around me except those that I kept close. The anxiety was far too much to bear.

33. I continued to receive medical treatment in the Green Zone. I also went for treatment at Camp Work Horse in Fallujah.

34. I had sustained cuts from head to toe, had glass embedded and then extracted from my eyes all the way down to my feet, and suffered severe bruising of my forearm where I blocked the window frame. However, these were just the physical injuries.

## IV.    The Lasting Impact

35. Even now, I have constant ringing in my ears and regular headaches. I still occasionally feel pain from the burn on the side of my face, though I am unsure of whether that stems from physical or psychological symptoms.

36. My emotional and psychological wounds have taken the largest toll on me. I have frequent panic attacks that can be set off by little things. I feel this every time I must stay in a hotel. Though I understand I am not "there" at the Al Sadeer Hotel anymore, hotels anywhere now trigger those memories.

37. I can never just be comfortable. I cannot just be normal. I sweat, my heart races, and sometimes I feel like I am going to have a heart attack. Strange noises while I sleep are unexplainable. I wake up out of my sleep and always want to just go look out the window. This lack of sleep has affected my ability to work competently. There is nothing comparable to constantly feeling that there may be a possible attack in the comfort of my own home.

38. Smells will sometimes be overwhelming and can take me back to that day. Things I hear, see, and do all take me back to that day.

39. I relive these experiences every day of my life. It has become a normal part of my life. I have never gotten over this; I have merely learned how to manage it the best of my ability.

40. I have had to seek counseling for what I understood to be other problems. The therapist always takes me right back to this attack being the root of my problems.

41. My first marriage of twenty years ended in divorce after the Attack. I could not sleep in the same bed with my wife. I slept on the floor because that is where I was more comfortable and where I felt safer. I could not talk to my wife about it because she could not understand. I do not really understand what happened; I needed her but did not want her.

42. The question is always, "Where do I go from here?" In the end, I realize that this was not my fault. I realize that for some reason, I survived, but I cannot seem to place my finger on what that reason is.

43. After all these years, the only people that I feel I could truly be able to connect with are those that experienced the Attack with me. When I think of them, it brings comfort and pain at the same time. 16 years! Over 5,840 days of reminders, from the little triggers to the largest of reminders. Not a day goes by that I don't think about the bombing.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this 21 day of July, 2022.

STEVEN THOMAS