IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUIS MESSINA et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:20cv1237 |
| | ) | |
| SYRIAN ARAB REPUBLIC, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ANGELIQUE MESSINA

I, ANGELIQUE MESSINA, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

### I.   Background

1. I am over the age of eighteen and competent to provide testimony in a court of law.

2. My daughter, V.M., and I are dual citizens of South Africa and Italy.

3. I am the wife of Louis Messina. V.M. is our daughter.

### II.   The Attack and Its Effect on My Husband

4. On March 5, 2009, explosives concealed in a garbage truck exploded next to the hotel my husband was staying in for work. He sustained a variety of physical injuries, head trauma, vision loss, and a brain injury.

5. He suffers from seizures, headaches, and high-pitched ringing noises in his head. He is unable to concentrate and suffers from depression and paranoia. His judgement and insight remain impaired.

6. Louis continues to suffer daily from the injuries sustained in the Attack, both physically and mentally. He hallucinates and often tells me that he can smell dead bodies and blood. He battles to sleep, and when he does fall asleep, he has terrible nightmares. He suffers from Post-Traumatic Stress Disorder with a Severe Dissociative component.

7. Louis is no longer the loving, caring person I married thirty-one years ago. He is unable to hold a conversation and is aloof. We used to entertain our friends, go out for dinner, and visit our friends almost every week whenever he was home before the bombing. Now, we no longer have any friends or go out because of Louis' injuries. I am unable to invite my friends as I am afraid of what Louis will do or say.

### III. The Effect of the Attack on Our Daughter, V.M.

8. Our daughter, V.M., who is 16 years old, has only had her friends around two or three times. I try to limit Louis's exposure to her friends and society.

9. V.M. was born while Louis was in Iraq. She has grown up with a father who is physically and mentally damaged due to his injuries.

10. V.M. suffers from depression, is withdrawn, and tends to avoid speaking to people as much as she can.

11. V.M. thinks that this life is normal because she has not experienced normalcy in her life. I worry greatly about her future.

### IV. The Effect of the Attack on My Life

12. Louis is extremely volatile. He has become extremely aggressive, and his behavior is very erratic.

13. He is unpredictable and continuously wants to kill everyone. He talks in violent terms regularly.

14. Louis also has terrible road rage. When he had a motorbike, he would smash the driver's side mirror as he went past their car if motorists didn't get out of his way quickly enough. He never would have behaved this way before the bombing.

15. If he is driving a car, he will cut the other driver off, force the car to come to a halt, and pull the driver out of the car. If he is unable to open the door of their vehicle, he kicks the vehicle.

16. Louis never wants to go anywhere and just wants to stay home. When I do persuade him to come with me to the shops, he makes inappropriate comments without lowering his voice. Louis does not try to provoke anyone by doing this, but he just does not realize what he is doing.

17. Louis is continuously suspicious, agitated, and never speaks to me nicely, although he does not realize this. When I say something to him, he hears something else.

18. Louis hallucinates during the day and night. At night, he has trouble sleeping. When he does sleep, he has nightmares and hallucinations, and he lashes out violently. I am no longer able to sleep in the same bed or room with him. One night, Louis just shot the light out when he was in bed. When I asked him why he did that, he told me that he didn't feel like getting up to switch the light off.

19. He loses it when either our daughter or I don't leave the car keys in the ignition or hanging on the key hook by the front door. He says that they need to be there so that he can evacuate if he needs to.

20. In 2006, our daughter Storm, age 18, ran away from home. She phoned me and told me that she was struggling to deal with a dad who was emotionally and physically damaged and that she could no longer live in fear of her father.

21. We have not heard from Storm since then. Louis has completely shut her out of his mind and he doesn't talk about her. If someone asks him how many children he has, he says he only has one. I am not allowed to mention her name and V.M. doesn't even know she has a sister.

22. In 2013, Louis and I divorced.

23. However, a short while later I received a call from Keith, one of Louis' friends, who was concerned about Louis. Louis had been arrested and detained for assault and malicious damage to property. While he was detained in the police cells, I asked Keith to go to our house and remove all of Louis's guns and dispose of them.

24. When Louis was released, we told him that the police had come to the house and had taken all his weapons. Keith also told me that Louis would disappear for days and that he was living in the bush like an animal with no tent, change of clothes, or other necessities. Louis also killed our family dog during this time, a pet which he was very fond of.

25. Because of these traumatic events, I realized that my decision to divorce Louis was not the right one. We got back together because I realized that Louis became this way through no fault of his own. He was a victim who had suffered extreme damage from the bombing.

26. I am now permanently on anti-depressants. I do love Louis very much and I feel that I need to be with him to be able to look after him in the best way possible. I have to try to limit his exposure to society and heal as best he can. I try to keep him away from any opportunities which could lead to devastating results for him or others. It would break our hearts to lose Louis and we do not want to see him in prison.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this  19  day of  July , 2022.

_____
ANGELIQUE MESSINA