IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS MESSINA et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:20cv1237 |
| ) | |
| **SYRIAN ARAB REPUBLIC,** ) | |
| ) | |
| **Defendants.** ) | |

## AFFIDAVIT OF RICHARD E. HASSLER

I, RICHARD E. HASSLER, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

**I.  Background**

1. I am over the age of eighteen and competent to provide testimony in a court of law.

2. I am a citizen of the United States.

3. I am the father of Tamara Hassler.

**II.  My Relationship with Tamara Before the Attack**

4. Before Tamara went to Iraq, we would see each other a couple times a year and would speak on the phone once a week on Sundays.

5. For as long as she had been an independent adult, Tamara never needed to rely on me financially, physically, or emotionally before she returned from Iraq.

6. Despite the challenging nature of Tamara's work, my wife and I felt that we should support and respect her in whatever way we could.

7. While overseas, she would usually call us weekly to update us on whatever situation she was in. Sometimes even with phone calls in the middle of the night.

### III. The Impact of the Attack on My Life

8. After I heard about the Attack, I was very worried about Tamara. I was afraid to talk to her about what happened, and so I just didn't ask. Now, in retrospect, I feel guilty about not asking her about her experience. I know she was going through a lot, but it was difficult to know how to support her.

9. When Tamara returned from overseas, she moved back home.

10. I was often the only one available to take her to all her appointments, and I would take whenever she requested. Even after she moved out, I still took her to all her appointments.

11. While Tamara was self-sufficient before the Attack, she didn't have any bills while living with me because I paid for her expenses. Since buying our house together in December of 2016, I pay the mortgage and she pays utilities.

12. She had severe damage to her teeth as a result of the bombing, and it was difficult for me to see my daughter in pain. I tried to help her in any way I could.

13. I also sat in on several of her visits to a psychologist at the request of both Tamara and her psychologist. I had noticed changes to Tamara's psychological functioning after the Attack, which affected our relationship by making it difficult for us to be emotionally close.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Signed this 24 day of July, 2022.

_Richard Hassler_
RICHARD HASSLER