**Atlantic Vocational Services**
INCORPORATED

# VOCATIONAL EVALUATION REPORT

May 18, 2022

**To:** Kevin A. Hoffman
Singer Davis
1209A Laskin Road
Virginia Beach, Virginia 23451

**Re:** Louis Messina et al v. Syrian Arab Republic
*Date of Injury:* 03/09/2005
*AVS#:* PLS 7096
*Status:* Evaluation

## INTRODUCTION

Louis Messina was referred to Atlantic Vocational Services, Inc. for a vocational evaluation and analysis of his wage-earning capacity by Singer Davis. In completing this evaluation, I reviewed records from the following sources:

- Complaint
- DynCorp Contract Letter of Authorization
- DynCorp International
- Richard D. Stutzman, MD
- James Sullivan, Med, CRC, CVE
- Dr. J. Krysztofiak, Specialist Psychiatrist
- Photographs of injuries

I used standard vocational references including the *Dictionary of Occupational Titles, Occupational Outlook Handbook*, and information from the U.S. Department of Labor, Bureau of Labor Statistics. I followed peer reviewed methodology in the field of vocational evaluation, specifically the RAPEL method (Field & Weed, 2001, 2008). RAPEL is an acronym used to describe five domains of analysis relevant to vocational capacity analysis. The five domains include Rehabilitation plan; Access to the labor market; Placeability; Earning capacity; and Labor force participation.

I met with Mr. Messina for a vocational evaluation interview by Zoom on March 23, 2022. I reviewed my professional disclosure statement with Mr. Messina and he understood the purpose and limitations of my involvement in his case.

All opinions in this report are offered to a reasonable degree of professional vocational certainty.

| | |
|---|---|
| **VOCATIONAL EVALUATION REPORT**<br>**May 18, 2022** | **Louis Messina**<br>**PAGE 2 OF 5** |

## PHYSICAL/MEDICAL BACKGROUND

Louis Messina is a 53-year-old man who was injured in a hotel bombing in Baghdad, Iraq on March 9, 2005. He had loss of consciousness, injuries to his right eye, head, left arm and left leg. He has poor memory following the incident. According to a medical report dated March 11, 2005, by Richard D. Stutzman, MD, Mr. Messina was unable to see well from his right eye with a right brow laceration as well as multiple left upper extremity lacerations. He was discharged with a diagnosis of traumatic optic neuropathy in the right eye. Multiple lacerations were sutured.

Mr. Messina continued to work for DynCorp for about two years after the bombing but was finally overwhelmed and could not continue. He came under the care of Specialist Psychiatrist, Dr. J. Krysztofiak in March 2007. Dr. Krysztofiak diagnosed post-traumatic stress disorder, which is complicated by frontal lobe disorder as well as possible temporal lobe epilepsy. He wrote in a letter dated May 9, 2009, that Mr. Messina "has reached plateau since about 10th of March 2009 and I do not expect any major changes in the future." He noted that Mr. Messina is extremely aggressive, his short-term memory is very poor, his ability to reason is impaired and he has difficulties with appreciation of right and wrong. He has had numerous altercations and fights with random strangers. Dr. Krysztofiak further stated, "…he is unable to return to any gainful employment."

Mr. Messina said that his family doctor in Italy, where he currently lives, prescribes his medications which include carbamazepine (seizure medication) and tolpidol (muscle relaxer). He said that he sometimes still has seizures, but the last one was a few months ago.

Before the bombing, Mr. Messina had no significant medical history that kept him from being able to work. He believes he has hearing loss. He has constant headaches and spotty vision in his right eye. He is right handed.

## SUBJECTIVE COMPLAINTS

Mr. Messina said that he has diminished grip strength and dexterity in his right hand. He is not as strong as he used to be and has poor balance. He avoids driving because of road rage. He is unsteady when bending down and has to hold something to keep from falling. He is unable to be around people because of anger issues. Due to his vision, he is unable to use his service weapon. He is always fatigued. He said that he has poor concentration and trouble finishing any tasks he begins.

## SOCIAL/EDUCATIONAL BACKGROUND

Mr. Messina was born in Zimbabwe to Italian parents and grew up in South Africa. He is an Italian citizen. He returned to Italy to live about two years ago. He is married and his wife is an English teacher. They have a 17-year-old daughter. Mr. Messina said that he can care for himself and chop wood. He cares for his cat. He remains isolated.

Mr. Messina said that he has been involved with law enforcement due to altercations with others but has no criminal convictions. He does not drive.

Mr. Messina completed high school in South Africa. He attended police training for six months in South Africa. He served five or six years in national military service in South Africa and reached the rank of sergeant. He said that he has difficulty writing and depends on his wife to handle emails for him.

## WORK HISTORY

Mr. Messina's work history was provided by him during our interview. He was a very poor historian for dates and employers and was unable to remember his work history clearly.

Mr. Messina worked for about three years for DynCorp where he was hired as a security supervisor. DynCorp records indicate that he accepted a position of PSD (protective services detail) Team Member on November 21, 2005. At that time, Mr. Messina's salary was $130,190 per year. He described his duties as making sure the hotel was secure. He said that he was unable to cope and had to resign from his position. He has not worked since about 2007.

For several years, Mr. Messina said that he worked for Penney Lane Cars in South Africa. He said that he was in a partnership which imported cars from Japan to South Africa, which were then sold. He said that he was not a good salesperson.

For a few years, Mr. Messina provided security services to three different casinos in South Africa. He managed security, hired and fired security officers and collected and secured money for the manager to deposit. He said that he supervised about 20-25 people. This job ended he said when the government shut down small casino operators.

Mr. Messina said that he also worked as a free lance security guard providing security and bodyguard services to individuals.

## VOCATIONAL ASSETS

Louis Messina is a 53-year-old man with a high school diploma and training as a police officer. He has experience in sales, security and supervising others. He described his biggest asset as being "good with guns". He does not use social media but is able to watch news and videos online.

## WORK RESTRICTIONS

According to Dr. Krysztofiak, Mr. Messina is unable to work due to post traumatic stress disorder and seizures. He has been unable to work since 2007.

## REHABILITATION PLAN

Mr. Messina may benefit from psychological or psychiatric treatment for his PTSD. A full evaluation of his seizure disorder could be beneficial but should be evaluated by a neurologist.

## ACCESS TO THE LABOR MARKET

Because he is unable to work, Mr. Messina has lost all access to the labor market.

## PLACEABILITY

Mr. Messina has no placeability at the present time. He is not released to any type of work by his psychiatrist.

## EARNINGS CAPACITY

Pre-injury, Mr. Messina was earning at least $130,910 in his work as a personal security detail team member. This is a good estimate of his pre-injury earning capacity, although it should be remembered that absent the injuries and PTSD from the bombing, he would more likely than not have had an increase in his salary since 2007.

Post-injury, Mr. Messina's earning capacity is $0.

## LABOR FORCE PARTICIPATION

Mr. Messina will be eligible for full retirement at age 67 in Italy, giving him 28 years of remaining work life since he became unable to work in 2007. This results in a loss of earning capacity of $3,665,480.00 over his work life. This number is not reduced to present value.

I reserve the right to amend this report if information is provided to me that changes my vocational opinions. If there are questions regarding this report, please call.

*Barbara K. Byers*

Barbara K. Byers, MA, CRC, CVE, LPC
Certified Rehabilitation Counselor
Certified Vocational Evaluator
Licensed Professional Counselor