**Atlantic Vocational Services**
INCORPORATED

# VOCATIONAL EVALUATION REPORT

May 25, 2022

**To:**  Kevin A. Hoffman
Singer Davis
1209A Laskin Road
Virginia Beach, Virginia 23451

**Re:**  Tamara Hassler et al v. Syrian Arab Republic
*Date of Injury:* 03/09/2005
*AVS#:* PLS 7093
*Status:* Evaluation

## INTRODUCTION

Tamara Hassler was referred to Atlantic Vocational Services, Inc. for a vocational evaluation and analysis of her wage-earning capacity by Singer Davis. In completing this evaluation, I reviewed records from the following sources:

- Tamara Hassler Email Answer to Affadavit
- Eastbridge Counnseling Association-Charles F. Bleakmore, LPCC
- Spring Lake Dental Group
- OrthoNeuro-Christopher Cannel, MD
- Sunbury Plaza Dental
- DynCorp International Report of Injury
- Columbus Chiropractic Centers-Dr. David T. Ryan
- Complaint
- US Department of Labor, Office of Administrative Law Judges Settlement Agreement

I used standard vocational references including the *Dictionary of Occupational Titles, Occupational Outlook Handbook*, and information from the U.S. Department of Labor, Bureau of Labor Statistics. I followed peer reviewed methodology in the field of vocational evaluation, specifically the RAPEL method (Field & Weed, 2001, 2008). RAPEL is an acronym used to describe five domains of analysis relevant to vocational capacity analysis. The five domains include Rehabilitation plan; Access to the labor market; Placeability; Earning capacity; and Labor force participation.

I met with Ms. Hassler for a vocational evaluation interview by Zoom on April 7, 2022. I reviewed my professional disclosure statement with Ms. Hassler and she understood the purpose and limitations of my involvement in her case.

All opinions in this report are offered to a reasonable degree of professional vocational certainty.

## PHYSICAL/MEDICAL BACKGROUND

Tamara Hassler is a 53-year-old woman who was injured in a bombing in Baghdad, Iraq on March 9, 2005. She said that a window exploded into her face injuring her top teeth, neck and back and fracturing her face. She has also been diagnosed with PTSD related to the bombing. She has had multiple surgeries to her mouth including implants, root surgeries, gum surgeries and bridges. She has ongoing dental treatment. She is in chiropractic treatment for her neck and back and she was treated by orthopaedics while living in Ohio. Ms. Hassler also had physical therapy for 6-8 months after her injuries.

Ms. Hassler's medications include Ibuprofen and aspirin. She uses ice and chiropractic treatment for pain.

Before the 2005 bombing, Ms. Hassler had no injuries or major illnesses that kept her from full duty work.

Ms. Hassler has no general medical issues such as diabetes, high blood pressure or heart disease. She said that she has hearing loss with tinnitus. She wears corrective lenses. She has TMJ which causes headaches approximately every 10 days. She massages her jaw, uses ice and cancels any activities away from her home when she has headaches. She does not use assistive devices. She is right handed.

## SUBJECTIVE COMPLAINTS

Ms. Hasler has numbness and tingling in her lower back, neck and shoulder. She limits her sitting to one hour. She has pain after standing for 10 minutes. She has difficulty bending or kneeling. She limits her lifting to 49-50 pounds, carefully. She has difficulty stepping up on stairs and the stability of her right leg is limited. She is unable to run. She cannot chew food on the left side.

Ms. Hassler said that she has a flare of neck pain and inability to move her neck and head every six weeks which inhibits her ability to work. She is unable to sit behind a desk without anxiety.

## SOCIAL/EDUCATIONAL BACKGROUND

A native of Columbus, Ohio, Ms. Hassler has lived in North Carolina for five years. She is not married and she lives with her father. She has no child care responsibilities, but does care for her father. She is able to do cleaning and cooking, but does it in stages and frequently has to lie down to rest.

Ms. Hassler enjoys golf, spending time with her boyfriend and playing games on her phone. She has no felony convictions. She has a North Carolina driver's license with a good driving record.

Ms. Hassler graduated from Westerville North High School in Ohio in 1982. She was in college preparatory classes in high school. She is able to read, write and do basic math. She attended Ohio State University for three years before moving to North Carolina where she earned an associate's degree in general education from Fayetteville Tech. She attended Campbell University in Buies, North Carolina where she earned a Bachelor of Science degree in psychology in December 2001. She attended one semester at Liberty University in a master's degree program for counseling before she went to Iraq. She also completed a Tony Robbins Life Coach course for one month.

Ms. Hassler has never served in the military.

**WORK HISTORY**

Since August 2021, Ms. Hassler has worked 8 hours per week for Whispering Wood Golf Club in Whispering Pines, North Carolina. She is paid $20 per hour. She does administrative work including accounts payable and receivable, arranging tee times and selling merchandise online. She also works in the pro shop. She works for a friend who understands her limitations and accommodates her absences when needed.

Ms. Hassler did not work for a year after her mother died in January 2019. She tried to work as a bartender at a restaurant but found she could not handle the bending and standing required.

From 2016 to 2019, Ms. Hassler was a self-employed life coach. Her business was Pining for Change. She had intermittent clients and could not recall how much she earned in this business.

From April 2008 till 2016, Ms. Hassler worked for USIS and Key Point doing government background checks. She performed the same job even though the employer changed due to a contract change. She was fired from this job because she was accused of an integrity violation. She believes the firing was because the company was losing the contract. She earned approximately $68,000 yearly.

From April 2007 to April 2008, Ms. Hassler worked at Fiserv as a fraud specialist earning $45,000 per year. She said she had difficulty working in a cubicle which made her feel claustrophobic and triggered anxiety and PTSD along with reduced concentration.

Ms. Hassler was in medical treatment from October 2005 until April 2007 while she was in medical treatment.

From January 2005 to October 5, 2005, Ms. Hassler was employed as an International Police Liaison Officer and later as a Military Liaison Officer by DynCorp in Baghdad, Iraq. She earned approximately $100,000 annually in this job. As the International Police Liaison Officer, she trained Iraqi Police. She then was moved to human resources to set up a database to track personnel leave. She found that her PTSD impaired her ability to do her job, so she returned to the United States for treatment

From 1996 to April 2005, Ms. Hassler worked for the Spring Lake, North Carolina Police Department as a Lieutenant earning approximately $40,000 per year. She oversaw the detective division, animal control, dispatch and was the media control officer.

From 1990 to 1996, Ms. Hassler worked at various jobs as a bartender and retail manager.

## VOCATIONAL ASSETS

Tamara Hassler is a high school graduate with a bachelor's degree in psychology. She has had some training in life coaching. Her work experience includes work as a police officer and fraud investigator. She is computer literate and has experience in customer service, supervising other workers, scheduling and basic bookkeeping.

## WORK RESTRICTIONS

On February 7, 2007, Dr. David T. Ryan completed a work restriction evaluation form indicating that Ms. Hassler can sit, walk and stand for six hours each in an eight-hour workday. She is limited to lifting, bending and twisting for one hour each of the workday. She is not able to climb or kneel. He indicated that her lifting is restricted to a maximum of 50 pounds.

Chris Cannell, MD completed a work restriction evaluation report on May 11, 2007. He indicated that Ms. Hassler has no limitations on sitting or standing but limited her walking, lifting and bending to intermittent throughout an eight-hour workday. He limited her squatting, climbing, kneeling and twisting to six hours of an eight-hour work day and her lifting to 75 pounds.

Ms. Hassler was diagnosed with Post Traumatic Stress Disorder (PTSD) by Charles F. Bleakmore, MA, LPCC in 2006. With this diagnosis related to the bombing incident, it is highly unlikely that she would be able to work overseas in a combat zone.

## REHABILITATION PLAN

Ms. Hassler would benefit from ongoing psychological treatment to assist her in dealing with the residual effects of PTSD.

## ACCESS TO THE LABOR MARKET

Before the bombing incident, Ms. Hassler was able to work in occupations including law enforcement that fall in the medium to heavy physical demand level and require the ability to run, climb, stand for long periods, lift and kneel. She is no longer physically able to perform these activities based on Dr. Ryan's assessment.

Dr. Cannel's restrictions of intermittent walking, lifting, squatting, climbing and kneeling would restrict Ms. Hassler's ability to work in law enforcement.

Law enforcement jobs also require exposure to dangerous environments which she is not emotionally able to handle. Ms. Hassler is now limited to work in the sedentary and light physical demand levels according to Dr. Ryan and has lost access to jobs in the medium and heavy physical demand levels. These restrictions would preclude law enforcement work.

Based on her psychological symptoms and Dr. Cannel's restrictions she has lost access to overseas security contracting jobs.

## PLACEABILITY

Ms. Hassler is currently working eight hours a week in an administrative job where she is accommodated by her friend who allows her to work around her limitations and triggers to her PTSD symptoms. She has no placeability in full time competitive work.

## EARNINGS CAPACITY

Pre-injury, Ms. Hassler was earning $100,000 per year working as an international police liaison officer in Iraq. This fairly represents a conservative estimate of her earning capacity at the time of the injuries. It should be remembered that this was her rate of pay in 2005 and she would more likely than not have had increased earnings over the intervening period absent her injuries.

Post-injury, Ms. Hassler's current earning capacity is $8000 per year based on the limited employment she is able to sustain. She did work for about 9 years from 2007 to 2016 as a fraud investigator and background investigator, jobs in the sedentary physical demand level with no exposure to danger. During that time, she earned $45,000 to $68,000. She was unable to sustain that work due to a significant flare up of her PTSD symptoms and has not been able to sustain full time work since then.

If Ms. Hassler were able to return to the background investigation work, her earning capacity would be $68,000 per year. This results in a rage of earning capacity loss of $32,000 to $92,000 per year or $448,000 to $1,288,000 over her work life. This number is not reduced to present value.

## LABOR FORCE PARTICIPATION

According to the Social Security Administration, Ms. Hassler will be eligible for full Social Security retirement at age 67 giving her 14 years of remaining work life.

I reserve the right to amend this report if information is provided to me that changes my vocational opinions. If there are questions regarding this report, please call.

*Barbara K. Byers*

Barbara K. Byers, MA, CRC, CVE, LPC
Certified Rehabilitation Counselor
Certified Vocational Evaluator
Licensed Professional Counselor