**Atlantic Vocational Services**
INCORPORATED

# VOCATIONAL EVALUATION REPORT

May 31, 2022

**To:**  Kevin A. Hoffman
Singer Davis
1209A Laskin Road
Virginia Beach, Virginia 23451

**Re:**  Steven Thomas et al v. Syrian Arab Republic
Date of Injury:  03/09/2005
AVS#:  PLS 7095
Status:  Evaluation

## INTRODUCTION

Steven Thomas was referred to Atlantic Vocational Services, Inc. for a vocational evaluation and analysis of his wage-earning capacity by Singer Davis. In completing this evaluation, I reviewed records from the following sources:

- DynCorp International FZ LLC
- Note from Mr. Thomas regarding events of 03/09/2005
- Complaint

I used standard vocational references including the *Dictionary of Occupational Titles*, *Occupational Outlook Handbook*, and information from the U.S. Department of Labor, Bureau of Labor Statistics. I followed peer reviewed methodology in the field of vocational evaluation, specifically the RAPEL method (Field & Weed, 2001, 2008). RAPEL is an acronym used to describe five domains of analysis relevant to vocational capacity analysis. The five domains include Rehabilitation plan; Access to the labor market; Placeability; Earning capacity; and Labor force participation.

I met with Mr. Thomas for a vocational evaluation interview by Zoom on March 31, 2022. I reviewed my professional disclosure statement with Mr. Thomas, and he understood the purpose and limitations of my involvement in his case. All opinions in this report are offered to a reasonable degree of professional vocational certainty.

## PHYSICAL/MEDICAL BACKGROUND

Steven Thomas is a 55-year-old man who was injured in a bombing in Baghdad, Iraq on March 9, 2005. He said that a window exploded sending glass shards into his eye and left arm. The right side of his face was burned and he had contusions to his left arm. He experienced a panic attack and is not sure if he had a loss of

consciousness. He was treated at an emergency room to remove glass from his eyes as well as his burns and contusions. Treatment continued in Fallujah.

Mr. Thomas continues to have panic attacks, dizziness and headaches. He has been diagnosed with post traumatic stress disorder (PTSD). He has constant ringing in his ears, bad dreams and night sweats. He has high cholesterol and high blood pressure. He has had ablation for atrial fibrillation and he has stomach problems. He has not had counseling for his psychiatric injuries. He did have marital counseling, but his first marriage ultimately failed.

Before the bombing, Mr. Thomas had a broken left elbow in 2002 or 2003 for which he had surgery, but no permanent restrictions. Mr. Thomas is right-handed.

## SUBJECTIVE COMPLAINTS

Mr. Thomas has stiffness in his left arm, and it will not straighten completely. He becomes dizzy with exertion. He has constant tinnitus. He has difficulty sleeping and has frequent panic attacks. Smells and noises can cause a panic attack. He has anxiety and frequent thoughts of the bombing. He has frequent headaches.

## SOCIAL/EDUCATIONAL BACKGROUND

A native of Uniontown, Pennsylvania, Mr. Thomas has lived in Beaufort, South Carolina since 1988. He is married and his wife works as a realtor. He has no minor children. His stepson, stepdaughter and grandchildren live in the home.

Mr. Thomas is able to help with household shores. He enjoys sitting on his back porch and occasionally goes to a cigar bar.

Mr. Thomas has no criminal convictions. He has a South Carolina driver's license with a good driving record.

Mr. Thomas graduated from Laurel Highlands High School in Uniontown, Pennsylvania in 1985. He was in academic classes and is able to read, write and do basic arithmetic. Mr. Thomas joined the Army Reserve while in high school and served in the Marine Corps from 1985 to 1994. He received an honorable discharge at the rank of Sergeant, E-5. He was a marksmanship instructor at Parris Island training base.

## WORK HISTORY

Since 2007, Mr. Thomas has worked for the City of Hardeeville Police Department where he is currently a lieutenant. He said he was recruited by the police chief who had worked with him in Beaufort, South Carolina. He said he is responsible for administrative oversight of detectives, school resources, community oriented policing and the civilian staff. He orders cars and supplies as needed. He is paid

$70,000 per year. Mr. Thomas said that he was suspended for six months in 2016 due to a domestic issue with his second wife which resulted in a South Carolina Law Enforcement Division investigation.

Mr. Thomas said that he has to do firearms qualification once a year. He said he is able to cope with the gunshot noise because he knows when it will happen.

In 2006, Mr. Thomas worked for eight months for the Bluffton, South Carolina Police Department. He was suspended for three days in this job for a police chase.

From February 5, 2005, until he returned to the United States in 2006, Mr. Thomas worked for DynCorp International as an International Police Liaison Officer. He taught classes in marksmanship and interrogation, recruited Iraqi police and trained Iraqi military in Fallujah with the US Marine Corps. He earned $143,000 annually in this job.

From 1995 to 2004, Mr. Thomas worked for the Beaufort City Police as a patrol officer, special response team member and community police officer. He left this job to go to DynCorp, where he hoped to work for several years.

## VOCATIONAL ASSETS

Mr. Thomas is a high school graduate with training in marksmanship, CPR and criminal justice related to police work. He is computer literate. He has experience dealing with the public, supervising other workers, dealing with budgets and purchasing, training others and scheduling.

## WORK RESTRICTIONS

Mr. Thomas has panic attacks and flash backs, trouble sleeping and night sweats. Although he has continued to work as a police officer, he has lost confidence in his abilities and remains at a desk job with no promotions since 2009. He has been unable to continue his overseas work as an international police liaison officer since the 2005 bombing.

## REHABILITATION PLAN

Mr. Thomas would benefit from psychological treatment to assist him in dealing with the residual effects of PTSD.

## ACCESS TO THE LABOR MARKET

Before the 2005 bombing, Mr. Thomas was able to work overseas in a position that allowed him to use his skills as a trainer and marksmanship instructor in a war zone. He has lost access to this type of work. He is limited to work in the United States not involving active police work in the field.

## PLACEABILITY

Mr. Thomas is currently working a desk job as a police lieutenant in South Carolina. He is not placeable in jobs overseas or in a war zone due to the effects of the bombing.

## EARNINGS CAPACITY

Pre-injury, Mr. Thomas was earning $143,000 in 2005. He is currently earning $70,000, which represents his current earning capacity, giving him a loss of $73,000 per year, giving him a loss of $1,241,000 over the 17 years since the bombing. He would have an additional loss of $876,000 to the end of his work life for a total earning capacity loss of $2,117,000, not reduced to present value.

It should be remembered that his earnings would have increased over the years of his work overseas had he been able to continue in that position, making this a conservative estimate of his loss.

## LABOR FORCE PARTICIPATION

According to the Social Security Administration, Mr. Thomas will be eligible for full Social Security retirement at age 67 giving him 12 years of remaining work life.

I reserve the right to amend this report if information is provided to me that changes my vocational opinions. If there are questions regarding this report, please call.

*Barbara K. Byers*

Barbara K. Byers, MA, CRC, CVE, LPC
Certified Rehabilitation Counselor
Certified Vocational Evaluator
Licensed Professional Counselor