

# THE CENTER FOR
# FORENSIC ECONOMIC STUDIES

Economic & Statistical Analysis

CFES@CFES.COM    WWW.CFES.COM

EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

June 28, 2022

Kevin A. Hoffman, Esquire
Singer Davis
1209A Laskin Road
Virginia Beach, VA 23451

Re:   *Louis Messina, et al. v. Syrian Arab Republic*

Dear Mr. Hoffman:

At your request, we assess the economic loss suffered by Louis Messina as a result of an incident which occurred on March 9, 2005.  We reserve the right to amend this report upon receipt of any additional relevant information.

## I.   DOCUMENTS RELIED UPON

• May 18, 2022 Report of Barbara K. Byers, MA, CRC, CVE, LPC ("Byers Report")

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

This report has been prepared for the use of counsel in the instant matter.  Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

## II.   BACKGROUND

Louis Messina was born on July 31, 1968.[1]  At the time of the incident, he was approximately 36.6 years of age and was employed by DynCorp as a Security Supervisor.[2]  Mr. Messina continued to work until 2007, at which point he was forced to resign from his position.[3]  In the past, Mr. Messina was able to work in South Africa as a Salesperson and as a Security Manager.[4]  Mr. Messina also attempted freelance security for individuals.[5]

Mr. Messina completed a high school diploma.[6]  Mr. Messina is married and resides in Italy.[7]

## III.   EARNING HISTORY

During Mr. Messina's employment with DynCorp, he was earning $130,190 annually.[8]

## IV.   WORKLIFE AND LIFE EXPECTANCY

We offer two worklife estimates.  In our first estimate we adjust earnings to account for statistical worklife data.  Mr. Messina's statistical worklife expectancy is 23.2 additional years, equivalent to continuous worklife to age 59.8, based on his age and level of education on the date of the incident.[9]  In our second estimate, we assume continuous worklife of 30.4 additional years to age 67.0, Mr. Messina's Social Security retirement age.[10]

Mr. Messina's statistical life expectancy, calculated from his age on the current date, is to age 80.5 in the year 2049.[11]

---

[1] This information was expressed to us by counsel.
[2] Byers Report, p. 3
[3] Byers Report, p. 3
[4] Byers Report, p. 3
[5] Byers Report, p. 3
[6] Byers Report, p. 4
[7] Byers Report, p. 3
[8] Byers Report, p. 3
[9] Skoog, Ciecka and Krueger.  *The Markov Process Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*.  Journal of Forensic Economics 28(1), 2019, pp. 15-108.
[10] http://www.ssa.gov/pubs/ageincrease.htm.
[11] Arias E, Xu, JQ. *United States Life Tables, 2018. National vital statistics reports; vol 69 no 12*.  Hyattsville, MD: National Center for Health Statistics, 2020.

## V.   LOST EARNING CAPACITY

### 1. Earning Capacity Absent the Incident

Mr. Messina was examined by Barbara K. Byers, MA, CRC, CVE, LPC, on March 23, 2022. In Ms. Byers' May 18, 2022 report, she opined the following concerning Mr. Messina's earning capacity absent the incident:[12]

> Pre-injury, Mr. Messina was earning at least $130,910 in his work as a personal security detail team member. This is a good estimate of his pre-injury earning capacity, although it should be remembered that absent the injuries and PTSD from the bombing, he would more likely than not have had an increase in his salary since 2007.

As such, to estimate Mr. Messina's earning capacity absent the incident, we utilize his annual earnings with DynCorp, $130,910 as our base. We commence our estimate from the January 1, 2007, approximately when Mr. Messina was forced to withdraw from the labor market.

### 2. Earning Capacity Given the Incident

In Ms. Byers' May 18, 2022 report, she opined the following concerning Mr. Messina's earning capacity given the incident:[13]

> **ACCESS TO THE LABOR MARKET**
>
> Because he is unable to work, Mr. Messina has lost all access to the labor market.
>
> **PLACEABILITY**
>
> Mr. Messina has no placeability at the present time. He is not released to any type of work by his psychiatrist.
>
> …Post-injury, Mr. Messina's earning capacity is $0.

Based upon the opinions of Ms. Byers, we do not provide any estimates of residual earnings and as such value a total loss of earning capacity.

---

[12] Byers Report, p. 4
[13] Byers Report, p. 4

## VI. EARNINGS GROWTH

### 1. Past Growth

To estimate earnings growth from 2005 to the present, we rely on the annual change in average hourly earnings for workers in the private, non-farm sector of the economy.[14]

### 2. Future Growth

Future earnings growth is estimated to be 2.93% per year. This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 2001 to 2021.[15]

## VII. TAXES

Federal and average state taxes[16] are calculated and deducted using Federal and state tax rates. In calculating Mr. Messina's income taxes, we assume that he would file as married filing jointly through 2035. The tax rate applied to Mr. Messina's earning capacity absent the incident is equal to 18.9%.[17]

## VIII. FRINGE BENEFITS

According to a study conducted by the U.S. Department of Labor, private industry workers in the U.S. economy receive retirement benefits equal, on average, to 4.9% of annual earnings.[18] We employ this rate in projecting lost fringe benefits.

---

[14] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008 2005-06: 3.85%, 2006-07: 4%, 2007-08: 3.73%, 2008-09: 2.99%, 2009-10: 2.37%, 2010-11: 2.05%, 2011-12: 1.54%, 2012-13: 2.03%, 2013-14: 2.33%, 2014-15: 2.09%, 2015-16: 2.38%, 2016-17: 2.42%, 2017-18: 2.99%, 2018-19: 3.52%, 2019-20: 4.98%, 2020-22: 4.90% per annum

[15] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008

[16] National state average tax rates were utilized.

[17] http://www.taxformcalculator.com/

[18] *Employer Costs for Employee Compensation,* December 2021, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm

## IX. PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of June 4, 2022, 3.63%, was used to estimate the return on the principal investment.[19] The average yield on these bonds from 2002 to 2021, 3.88% per year, was used to estimate the return on the reinvested interest.[20]

## X. TABLES

Tables 1 and 2 show lost earning capacity net of taxes assuming annual earnings absent equal to $130,910, no earnings given, and worklife to age 59.8 and 67.0, respectively.

---

[19] *Economic Indicators,* May 2022; https://www.govinfo.gov/app/collection/econi
[20] *Economic Report of the President,* April 2022, Table B-42: https://www.govinfo.gov/content/pkg/ERP-2022/pdf/ERP-2022.pdf

## XI. SUMMARY

As outlined in the attached Summary Table, the total economic loss ranges from $3,387,769 to $4,660,982. It should be noted that our estimates of economic loss do not include the value of past or future medical expenses, Mr. Messina's pain and suffering, or any additional elements of non-economic damages.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

Stephen M. Dripps, M.Fin., CVA

| Summary Table Louis Messina Economic Loss | | |
|---|---|---|
| **Worklife** | **59.8** | **67.0** |
| Earnings Absent | 3,938,747 | 5,419,031 |
| Lost Retirement Benefits | 192,999 | 265,533 |
| Less: | | |
| Earnings Given | - | - |
| Taxes | (743,976) | (1,023,582) |
| **Net Economic Loss** | **3,387,769** | **4,660,982** |

| Table 1: Messina Value of Lost Earning Capacity Net of Taxes Assuming Annual Earnings Absent Equal to $130,910, No Earnings Given, and Worklife to Age 59.8 ||||||
| --- | --- | --- | --- | --- | --- |
| Year | Age | Earnings Absent | Earnings Given | Lost Retirement Benefits | Taxes | Net Annual Loss |
| 2007 | 39 | 141,388 | - | 6,928 | (26,706) | 121,610 |
| 2008 | 40 | 146,662 | - | 7,186 | (27,702) | 126,146 |
| 2009 | 41 | 151,047 | - | 7,401 | (28,531) | 129,918 |
| 2010 | 42 | 154,627 | - | 7,577 | (29,207) | 132,997 |
| 2011 | 43 | 157,797 | - | 7,732 | (29,806) | 135,723 |
| 2012 | 44 | 160,227 | - | 7,851 | (30,265) | 137,813 |
| 2013 | 45 | 163,479 | - | 8,010 | (30,879) | 140,611 |
| 2014 | 46 | 167,288 | - | 8,197 | (31,599) | 143,887 |
| 2015 | 47 | 170,785 | - | 8,368 | (32,259) | 146,894 |
| 2016 | 48 | 174,849 | - | 8,568 | (33,027) | 150,390 |
| 2017 | 49 | 179,081 | - | 8,775 | (33,826) | 154,030 |
| 2018 | 50 | 184,435 | - | 9,037 | (34,837) | 158,635 |
| 2019 | 51 | 190,927 | - | 9,355 | (36,064) | 164,219 |
| 2020 | 52 | 200,436 | - | 9,821 | (37,860) | 172,397 |
| 2021 | 53 | 210,257 | - | 10,303 | (39,715) | 180,845 |
| 2022 | 54 | 220,560 | - | 10,807 | (41,661) | 189,706 |
| 2023 | 55 | 219,070 | - | 10,734 | (41,379) | 188,425 |
| 2024 | 56 | 217,572 | - | 10,661 | (41,096) | 187,136 |
| 2025 | 57 | 216,066 | - | 10,587 | (40,812) | 185,841 |
| 2026 | 58 | 214,554 | - | 10,513 | (40,526) | 184,541 |
| 2027 | 59 | 213,036 | - | 10,439 | (40,240) | 183,235 |
| 2028 | 60 | 84,605 | - | 4,146 | (15,981) | 72,770 |
| Summary - Table 1 ||||||
| **Past Loss (2007-2022)** | | 2,773,844 | - | 135,918 | (523,942) | 2,385,821 |
| **Future Loss (2023-2028)** | | 1,164,902 | - | 57,080 | (220,034) | 1,001,948 |
| **Total Loss** | | 3,938,747 | - | 192,999 | (743,976) | **3,387,769** |

| Table 2: Messina Value of Lost Earning Capacity Net of Taxes Assuming Annual Earnings Absent Equal to $130,910, No Earnings Given, and Worklife to Age 67.0 | | | | | | |
|---|---|---|---|---|---|---|
| Year | Age | Earnings Absent | Earnings Given | Lost Retirement Benefits | Taxes | Net Annual Loss |
| 2007 | 39 | 141,388 | - | 6,928 | (26,706) | 121,610 |
| 2008 | 40 | 146,662 | - | 7,186 | (27,702) | 126,146 |
| 2009 | 41 | 151,047 | - | 7,401 | (28,531) | 129,918 |
| 2010 | 42 | 154,627 | - | 7,577 | (29,207) | 132,997 |
| 2011 | 43 | 157,797 | - | 7,732 | (29,806) | 135,723 |
| 2012 | 44 | 160,227 | - | 7,851 | (30,265) | 137,813 |
| 2013 | 45 | 163,479 | - | 8,010 | (30,879) | 140,611 |
| 2014 | 46 | 167,288 | - | 8,197 | (31,599) | 143,887 |
| 2015 | 47 | 170,785 | - | 8,368 | (32,259) | 146,894 |
| 2016 | 48 | 174,849 | - | 8,568 | (33,027) | 150,390 |
| 2017 | 49 | 179,081 | - | 8,775 | (33,826) | 154,030 |
| 2018 | 50 | 184,435 | - | 9,037 | (34,837) | 158,635 |
| 2019 | 51 | 190,927 | - | 9,355 | (36,064) | 164,219 |
| 2020 | 52 | 200,436 | - | 9,821 | (37,860) | 172,397 |
| 2021 | 53 | 210,257 | - | 10,303 | (39,715) | 180,845 |
| 2022 | 54 | 220,560 | - | 10,807 | (41,661) | 189,706 |
| 2023 | 55 | 219,070 | - | 10,734 | (41,379) | 188,425 |
| 2024 | 56 | 217,572 | - | 10,661 | (41,096) | 187,136 |
| 2025 | 57 | 216,066 | - | 10,587 | (40,812) | 185,841 |
| 2026 | 58 | 214,554 | - | 10,513 | (40,526) | 184,541 |
| 2027 | 59 | 213,036 | - | 10,439 | (40,240) | 183,235 |
| 2028 | 60 | 211,513 | - | 10,364 | (39,952) | 181,926 |
| 2029 | 61 | 209,987 | - | 10,289 | (39,664) | 180,612 |
| 2030 | 62 | 208,456 | - | 10,214 | (39,375) | 179,296 |
| 2031 | 63 | 206,924 | - | 10,139 | (39,085) | 177,978 |
| 2032 | 64 | 205,389 | - | 10,064 | (38,795) | 176,658 |
| 2033 | 65 | 203,853 | - | 9,989 | (38,505) | 175,337 |
| 2034 | 66 | 202,316 | - | 9,913 | (38,215) | 174,015 |
| 2035 | 67 | 116,452 | - | 5,706 | (21,996) | 100,162 |
| Summary - Table 2 | | | | | | |
| Past Loss (2007-2022) | | 2,773,844 | - | 135,918 | (523,942) | 2,385,821 |
| Future Loss (2023-2035) | | 2,645,187 | - | 129,614 | (499,640) | 2,275,161 |
| **Total Loss** | | 5,419,031 | - | 265,533 | (1,023,582) | **4,660,982** |