

# THE CENTER FOR
# FORENSIC ECONOMIC STUDIES

Economic & Statistical Analysis

CFES@CFES.COM   WWW.CFES.COM

EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

June 28, 2022

Kevin A. Hoffman, Esquire
Singer Davis
1209A Laskin Road
Virginia Beach, VA 23451

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

Re:   *Tamara Hassler, et al. v. Syrian Arab Republic*

Dear Mr. Hoffman:

At your request, we assess the economic loss suffered by Tamara Hassler as a result of an incident which occurred on March 9, 2005. We reserve the right to amend this report upon receipt of any additional relevant information.

## I.   DOCUMENTS RELIED UPON

- May 25, 2022 Report of Barbara K. Byers, MA, CRC, CVE, LPC ("Byers Report")

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

## II. BACKGROUND

Tamara Hassler was born on March 11, 1969.[1] At the time of the incident, she was approximately 36.0 years of age and was employed by DynCorp as an International Police Liaison Officer and a Military Liaison Officer.[2] Ms. Hassler was employed in that capacity from January 2005 to October 5, 2005.[3] Prior to Ms. Hassler's employment with DynCorp, she was employed by the Spring Lake, North Carolina Police Department as a Lieutenant.[4]

After the incident, Ms. Hassler was in medical treatment from October 2005 until April 2007.[5] In April 2007 until April 2008, Ms. Hassler then secured employment at Fiserv as a Fraud Specialist.[6] From April 2008 until 2016, Ms. Hassler was employed by USIS and Key Point performing governmental background checks.[7] From 2016 to 2019 Ms. Hassler was self-employed as a Life Coach.[8] Ms. Hassler did not work for the balance of 2019 due to personal reasons.[9] Since August 2021, Ms. Hassler has been employed by Whispering Wood Golf Club performing administrative work eight hours per week.[10]

Ms. Hassler completed a Bachelor's degree in psychology in December 2001.[11] Ms. Hassler additionally completed one semester of a Master's degree program.[12] Ms. Hassler resides in North Carolina.[13]

---

[1] This information was expressed to us by counsel.
[2] Byers Report, p. 4
[3] Byers Report, p. 4
[4] Byers Report, p. 4
[5] Byers Report, p. 3
[6] Byers Report, p. 3
[7] Byers Report, p. 3
[8] Byers Report, p. 3
[9] Byers Report, p. 3
[10] Byers Report, p. 3
[11] Byers Report, p. 3
[12] Byers Report, p. 3
[13] Byers Report, p. 2

## III.  EARNING HISTORY

During Ms. Hassler's employment with DynCorp, she was earning $100,000 annually.[14]  After the March 9, 2005 incident, Ms. Hassler was able to generate annual earnings ranging from approximately $8,320 (present level of earnings) to $68,000 (2008 to 2016 level of earnings).[15]

## IV.  WORKLIFE AND LIFE EXPECTANCY

We offer two worklife estimates.  In our first estimate we adjust earnings to account for statistical worklife data.  Ms. Hassler's statistical worklife expectancy is 28.0 additional years, equivalent to continuous worklife to age 64.0, based on her age and level of education on the date of the incident.[16]  In our second estimate, we assume continuous worklife of 31.0 additional years to age 67.0, Ms. Hassler's Social Security retirement age.[17]

Ms. Hassler's statistical life expectancy, calculated from her age on the current date, is to age 83.7 in the year 2052.[18]

## V.  LOST EARNING CAPACITY

### 1. Earning Capacity Absent the Incident

Ms. Hassler was examined by Barbara K. Byers, MA, CRC, CVE, LPC, on April 7, 2022.  In Ms. Byers' May 25, 2022 report, she opined the following concerning Ms. Hassler's earning capacity absent the incident:[19]

> Pre-injury, Ms. Hassler was earning $100,000 per year working as an international police liaison officer in Iraq. This fairly represents a conservative estimate of her earning capacity at the time of the injuries. It should be remembered that this was her rate of pay in 2005 and she would more likely than not have had increased earnings over the intervening period absent her injuries.

As such, to estimate Ms. Hassler's earning capacity absent the incident, we utilize her 2005 earnings of $100,000 as our base.  We commence our estimate from the March 9, 2005 incident.[20]

---

[14] Byers Report, p. 4
[15] Byers Report, p. 3
[16] Skoog, Ciecka and Krueger.  *The Markov Process Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*.  Journal of Forensic Economics 28(1), 2019, pp. 15-108.
[17] http://www.ssa.gov/pubs/ageincrease.htm.
[18] Arias E, Xu, JQ.  *United States Life Tables, 2018. National vital statistics reports; vol 69 no 12*.  Hyattsville, MD: National Center for Health Statistics, 2020.
[19] Byers Report, p. 5
[20] Given Ms. Hassler's absence from the labor market in 2019 due to personal reasons, we do not assume a loss of earning capacity related to the March 9, 2005 incident.

    2. **Earning Capacity Given the Incident**

In Ms. Byers' May 25, 2022 report, she opined the following concerning Ms. Hassler's earning capacity given the incident:[21]

> Post-injury, Ms. Hassler's current earning capacity is $8000 per year based on the limited employment she is able to sustain. She did work for about 9 years from 2007 to 2016 as a fraud investigator and background investigator, jobs in the sedentary physical demand level with no exposure to danger. During that time, she earned $45,000 to $68,000. She was unable to sustain that work due to a significant flare up of her PTSD symptoms and has not been able to sustain full time work since then.

As such, we provide two scenarios of Ms. Hassler's earning capacity given the incident. In the first scenario, we utilize her present level of earnings, $8,320,[22] as our base.

In the second scenario, we assume Ms. Hassler will be able to secure employment with annual earnings equal to $68,000, by January 1, 2023. We utilize Ms. Hassler's present level of earnings, $8,320, to estimate earnings through 2022.

We deduct Ms. Hassler's estimated earnings from 2005 through 2021, as outlined above in Section III.

## VI.   EARNINGS GROWTH

    1. **Past Growth**

To estimate earnings growth from 2005 to the present, we rely on the annual change in average hourly earnings for workers in the private, non-farm sector of the economy.[23]

    2. **Future Growth**

Future earnings growth is estimated to be 2.93% per year. This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 2001 to 2021.[24]

---

[21] Byers Report, p. 5
[22] $20 per hour x 8 hours per week x 52 weeks per year
[23] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008
2005-06: 3.85%, 2006-07: 4%, 2007-08: 3.73%, 2008-09: 2.99%, 2009-10: 2.37%, 2010-11: 2.05%, 2011-12: 1.54%, 2012-13: 2.03%, 2013-14: 2.33%, 2014-15: 2.09%, 2015-16: 2.38%, 2016-17: 2.42%, 2017-18: 2.99%, 2018-19: 3.52%, 2019-20: 4.98%, 2020-22: 4.90% per annum
[24] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008

## VII. TAXES

Federal and state taxes are calculated and deducted using Federal and North Carolina state tax rates. In calculating Ms. Hassler's income taxes, we assume that she would file as single through 2036. The tax rate applied to Ms. Hassler's earning capacity absent the incident is equal to 19.7%.[25] The tax rates applied to Ms. Hassler's earning capacity given the incident range from 0% (annual earnings equal to $8,320) to 16.1% (annual earnings equal to $68,000).[26]

## VIII. FRINGE BENEFITS

According to a study conducted by the U.S. Department of Labor, private industry workers in the U.S. economy receive retirement benefits equal, on average, to 4.9% of annual earnings.[27] We employ this rate in projecting lost fringe benefits absent and given the incident.[28]

## IX. PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of June 4, 2022, 3.63%, was used to estimate the return on the principal investment.[29] The average yield on these bonds from 2002 to 2021, 3.88% per year, was used to estimate the return on the reinvested interest.[30]

## X. TABLES

Tables 1 and 2 show lost earning capacity net of taxes assuming annual earnings absent equal to $100,000, annual earnings given equal to $8,320, and worklife to age 64.0 and 67.0, respectively.

Tables 3 and 4 show lost earning capacity net of taxes assuming annual earnings absent equal to $100,000, annual earnings given equal to $68,000, and worklife to age 64.0 and 67.0, respectively.

---

[25] http://www.taxformcalculator.com/
[26] http://www.taxformcalculator.com/
[27] *Employer Costs for Employee Compensation,* December 2021, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm
[28] We do not value lost fringe benefits in our first scenario of earnings given as that wage base, $8,320, represents self-employment.
[29] *Economic Indicators,* May 2022; https://www.govinfo.gov/app/collection/econi
[30] *Economic Report of the President,* April 2022, Table B-42: https://www.govinfo.gov/content/pkg/ERP-2022/pdf/ERP-2022.pdf

## XI.  SUMMARY

As outlined in the attached Summary Table, the total economic loss ranges from $2,071,375 to $2,954,676.  It should be noted that our estimates of economic loss do not include the value of past or future medical expenses, Ms. Hassler's pain and suffering, or any additional elements of non-economic damages.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

*[signature]*

Chad L. Staller, JD, MBA, MAC, CVA

*[signature]*

Stephen M. Dripps, M.Fin., CVA

| Earnings Scenarios | Summary Table Tamara Hassler Economic Loss | | | |
|---|---|---|---|---|
| | Earnings Given Equal to $8,320 | | Earnings Given Equal to $68,000 | |
| **Worklife** | **64.0** | **67.0** | **64.0** | **67.0** |
| Earnings Absent | 3,807,321 | 4,271,846 | 3,807,321 | 4,271,846 |
| Marginal Lost Retirement Benefits | 155,191 | 177,953 | 122,029 | 135,604 |
| Less: | | | | |
| Earnings Given | (732,678) | (755,617) | (1,316,940) | (1,504,425) |
| Taxes | (647,915) | (739,506) | (541,035) | (602,525) |
| **Net Economic Loss** | **2,581,918** | **2,954,676** | **2,071,375** | **2,300,500** |

| Table 1: Hassler Value of Lost Earning Capacity Net of Taxes Assuming Annual Earnings Absent Equal to $100,000, Annual Earnings Given Equal to $8,320, and Worklife to Age 64.0 | | | | | | |
|---|---|---|---|---|---|---|
| Year | Age | Earnings Absent | Earnings Given | Lost Retirement Benefits | Taxes | Net Annual Loss |
| 2005 | 36 | 81,000 | (5,600) | 3,695 | (15,072) | 64,023 |
| 2006 | 37 | 103,850 | - | 5,089 | (20,476) | 88,462 |
| 2007 | 38 | 108,004 | (30,150) | 3,815 | (16,455) | 65,214 |
| 2008 | 39 | 112,033 | (60,410) | 2,530 | (12,391) | 41,761 |
| 2009 | 40 | 115,382 | (68,000) | 2,322 | (11,833) | 37,871 |
| 2010 | 41 | 118,117 | (68,000) | 2,456 | (12,372) | 40,201 |
| 2011 | 42 | 120,538 | (68,000) | 2,574 | (12,849) | 42,263 |
| 2012 | 43 | 122,395 | (68,000) | 2,665 | (13,215) | 43,845 |
| 2013 | 44 | 124,879 | (68,000) | 2,787 | (13,705) | 45,961 |
| 2014 | 45 | 127,789 | (68,000) | 2,930 | (14,279) | 48,440 |
| 2015 | 46 | 130,460 | (68,000) | 3,061 | (14,805) | 50,715 |
| 2016 | 47 | 133,565 | (68,000) | 3,213 | (15,418) | 53,360 |
| 2017 | 48 | 136,797 | - | 6,703 | (26,972) | 116,528 |
| 2018 | 49 | 140,887 | - | 6,903 | (27,779) | 120,012 |
| 2019 | 50 | - | - | - | - | - |
| 2020 | 51 | 153,109 | - | 7,502 | (30,189) | 130,423 |
| 2021 | 52 | 160,612 | (2,746) | 7,870 | (31,668) | 134,068 |
| 2022 | 53 | 168,482 | (8,320) | 8,256 | (33,220) | 135,198 |
| 2023 | 54 | 167,344 | (8,264) | 8,200 | (32,995) | 134,284 |
| 2024 | 55 | 166,199 | (8,207) | 8,144 | (32,770) | 133,366 |
| 2025 | 56 | 165,049 | (8,150) | 8,087 | (32,543) | 132,443 |
| 2026 | 57 | 163,894 | (8,093) | 8,031 | (32,315) | 131,516 |
| 2027 | 58 | 162,735 | (8,036) | 7,974 | (32,087) | 130,586 |
| 2028 | 59 | 161,572 | (7,979) | 7,917 | (31,857) | 129,653 |
| 2029 | 60 | 160,405 | (7,921) | 7,860 | (31,627) | 128,717 |
| 2030 | 61 | 159,236 | (7,863) | 7,803 | (31,397) | 127,779 |
| 2031 | 62 | 158,066 | (7,806) | 7,745 | (31,166) | 126,839 |
| 2032 | 63 | 156,893 | (7,748) | 7,688 | (30,935) | 125,898 |
| 2033 | 64 | 28,030 | (1,384) | 1,373 | (5,527) | 22,492 |
| Summary - Table 1 | | | | | | |
| Past Loss (2005-2022) | | 2,157,898 | (651,226) | 74,369 | (322,697) | 1,258,344 |
| Future Loss (2023-2033) | | 1,649,423 | (81,452) | 80,822 | (325,218) | 1,323,574 |
| Total Loss | | 3,807,321 | (732,678) | 155,191 | (647,915) | **2,581,918** |

| Table 2: Hassler Value of Lost Earning Capacity Net of Taxes Assuming Annual Earnings Absent Equal to $100,000, Annual Earnings Given Equal to $8,320, and Worklife to Age 67.0 | | | | | | |
|---|---|---|---|---|---|---|
| Year | Age | Earnings Absent | Earnings Given | Lost Retirement Benefits | Taxes | Net Annual Loss |
| 2005 | 36 | 81,000 | (5,600) | 3,695 | (15,072) | 64,023 |
| 2006 | 37 | 103,850 | - | 5,089 | (20,476) | 88,462 |
| 2007 | 38 | 108,004 | (30,150) | 3,815 | (16,455) | 65,214 |
| 2008 | 39 | 112,033 | (60,410) | 2,530 | (12,391) | 41,761 |
| 2009 | 40 | 115,382 | (68,000) | 2,322 | (11,833) | 37,871 |
| 2010 | 41 | 118,117 | (68,000) | 2,456 | (12,372) | 40,201 |
| 2011 | 42 | 120,538 | (68,000) | 2,574 | (12,849) | 42,263 |
| 2012 | 43 | 122,395 | (68,000) | 2,665 | (13,215) | 43,845 |
| 2013 | 44 | 124,879 | (68,000) | 2,787 | (13,705) | 45,961 |
| 2014 | 45 | 127,789 | (68,000) | 2,930 | (14,279) | 48,440 |
| 2015 | 46 | 130,460 | (68,000) | 3,061 | (14,805) | 50,715 |
| 2016 | 47 | 133,565 | (68,000) | 3,213 | (15,418) | 53,360 |
| 2017 | 48 | 136,797 | - | 6,703 | (26,972) | 116,528 |
| 2018 | 49 | 140,887 | - | 6,903 | (27,779) | 120,012 |
| 2019 | 50 | - | - | - | - | - |
| 2020 | 51 | 153,109 | - | 7,502 | (30,189) | 130,423 |
| 2021 | 52 | 160,612 | (2,746) | 7,870 | (31,668) | 134,068 |
| 2022 | 53 | 168,482 | (8,320) | 8,256 | (33,220) | 135,198 |
| 2023 | 54 | 167,344 | (8,264) | 8,200 | (32,995) | 134,284 |
| 2024 | 55 | 166,199 | (8,207) | 8,144 | (32,770) | 133,366 |
| 2025 | 56 | 165,049 | (8,150) | 8,087 | (32,543) | 132,443 |
| 2026 | 57 | 163,894 | (8,093) | 8,031 | (32,315) | 131,516 |
| 2027 | 58 | 162,735 | (8,036) | 7,974 | (32,087) | 130,586 |
| 2028 | 59 | 161,572 | (7,979) | 7,917 | (31,857) | 129,653 |
| 2029 | 60 | 160,405 | (7,921) | 7,860 | (31,627) | 128,717 |
| 2030 | 61 | 159,236 | (7,863) | 7,803 | (31,397) | 127,779 |
| 2031 | 62 | 158,066 | (7,806) | 7,745 | (31,166) | 126,839 |
| 2032 | 63 | 156,893 | (7,748) | 7,688 | (30,935) | 125,898 |
| 2033 | 64 | 155,720 | (7,690) | 7,630 | (30,703) | 124,957 |
| 2034 | 65 | 154,546 | (7,632) | 7,573 | (30,472) | 124,015 |
| 2035 | 66 | 153,372 | (7,574) | 7,515 | (30,241) | 123,073 |
| 2036 | 67 | 28,918 | (1,428) | 1,417 | (5,702) | 23,205 |
| Summary - Table 2 | | | | | | |
| Past Loss (2005-2022) | | 2,157,898 | (651,226) | 74,369 | (322,697) | 1,258,344 |
| Future Loss (2023-2036) | | 2,113,949 | (104,391) | 103,583 | (416,809) | 1,696,331 |
| Total Loss | | 4,271,846 | (755,617) | 177,953 | (739,506) | **2,954,676** |

**Table 3: Hassler Value of Lost Earning Capacity Assuming Annual Earnings Absent Equal to $100,000, Annual Earnings Given Equal to $68,000, and Worklife to Age 64.0**

| Year | Age | Earnings Absent | Earnings Given | Lost Retirement Benefits | Taxes | Net Annual Loss |
|---|---|---|---|---|---|---|
| 2005 | 36 | 81,000 | (5,600) | 3,695 | (15,072) | 64,023 |
| 2006 | 37 | 103,850 | - | 5,089 | (20,476) | 88,462 |
| 2007 | 38 | 108,004 | (30,150) | 3,815 | (16,455) | 65,214 |
| 2008 | 39 | 112,033 | (60,410) | 2,530 | (12,391) | 41,761 |
| 2009 | 40 | 115,382 | (68,000) | 2,322 | (11,833) | 37,871 |
| 2010 | 41 | 118,117 | (68,000) | 2,456 | (12,372) | 40,201 |
| 2011 | 42 | 120,538 | (68,000) | 2,574 | (12,849) | 42,263 |
| 2012 | 43 | 122,395 | (68,000) | 2,665 | (13,215) | 43,845 |
| 2013 | 44 | 124,879 | (68,000) | 2,787 | (13,705) | 45,961 |
| 2014 | 45 | 127,789 | (68,000) | 2,930 | (14,279) | 48,440 |
| 2015 | 46 | 130,460 | (68,000) | 3,061 | (14,805) | 50,715 |
| 2016 | 47 | 133,565 | (68,000) | 3,213 | (15,418) | 53,360 |
| 2017 | 48 | 136,797 | - | 6,703 | (26,972) | 116,528 |
| 2018 | 49 | 140,887 | - | 6,903 | (27,779) | 120,012 |
| 2019 | 50 | - | - | - | - | - |
| 2020 | 51 | 153,109 | - | 7,502 | (30,189) | 130,423 |
| 2021 | 52 | 160,612 | (2,746) | 7,735 | (31,668) | 133,934 |
| 2022 | 53 | 168,482 | (8,320) | 7,848 | (33,220) | 134,790 |
| 2023 | 54 | 167,344 | (67,541) | 4,890 | (22,152) | 82,542 |
| 2024 | 55 | 166,199 | (67,079) | 4,857 | (22,000) | 81,977 |
| 2025 | 56 | 165,049 | (66,615) | 4,823 | (21,848) | 81,410 |
| 2026 | 57 | 163,894 | (66,148) | 4,790 | (21,695) | 80,840 |
| 2027 | 58 | 162,735 | (65,680) | 4,756 | (21,542) | 80,268 |
| 2028 | 59 | 161,572 | (65,211) | 4,722 | (21,388) | 79,695 |
| 2029 | 60 | 160,405 | (64,740) | 4,688 | (21,233) | 79,119 |
| 2030 | 61 | 159,236 | (64,269) | 4,653 | (21,078) | 78,543 |
| 2031 | 62 | 158,066 | (63,796) | 4,619 | (20,923) | 77,965 |
| 2032 | 63 | 156,893 | (63,323) | 4,585 | (20,768) | 77,387 |
| 2033 | 64 | 28,030 | (11,313) | 819 | (3,710) | 13,825 |
| **Summary - Table 3** | | | | | | |
| **Past Loss (2005-2022)** | | 2,157,898 | (651,226) | 73,827 | (322,697) | 1,257,802 |
| **Future Loss (2023-2033)** | | 1,649,423 | (665,714) | 48,202 | (218,338) | 813,572 |
| **Total Loss** | | 3,807,321 | (1,316,940) | 122,029 | (541,035) | **2,071,375** |

| Table 4: Hassler Value of Lost Earning Capacity Assuming Annual Earnings Absent Equal to $100,000, Annual Earnings Given Equal to $68,000, and Worklife to Age 67.0 | | | | | | |
|---|---|---|---|---|---|---|
| Year | Age | Earnings Absent | Earnings Given | Lost Retirement Benefits | Taxes | Net Annual Loss |
| 2005 | 36 | 81,000 | (5,600) | 3,695 | (15,072) | 64,023 |
| 2006 | 37 | 103,850 | - | 5,089 | (20,476) | 88,462 |
| 2007 | 38 | 108,004 | (30,150) | 3,815 | (16,455) | 65,214 |
| 2008 | 39 | 112,033 | (60,410) | 2,530 | (12,391) | 41,761 |
| 2009 | 40 | 115,382 | (68,000) | 2,322 | (11,833) | 37,871 |
| 2010 | 41 | 118,117 | (68,000) | 2,456 | (12,372) | 40,201 |
| 2011 | 42 | 120,538 | (68,000) | 2,574 | (12,849) | 42,263 |
| 2012 | 43 | 122,395 | (68,000) | 2,665 | (13,215) | 43,845 |
| 2013 | 44 | 124,879 | (68,000) | 2,787 | (13,705) | 45,961 |
| 2014 | 45 | 127,789 | (68,000) | 2,930 | (14,279) | 48,440 |
| 2015 | 46 | 130,460 | (68,000) | 3,061 | (14,805) | 50,715 |
| 2016 | 47 | 133,565 | (68,000) | 3,213 | (15,418) | 53,360 |
| 2017 | 48 | 136,797 | - | 6,703 | (26,972) | 116,528 |
| 2018 | 49 | 140,887 | - | 6,903 | (27,779) | 120,012 |
| 2019 | 50 | - | - | - | - | - |
| 2020 | 51 | 153,109 | - | 7,502 | (30,189) | 130,423 |
| 2021 | 52 | 160,612 | (2,746) | 7,735 | (31,668) | 133,934 |
| 2022 | 53 | 168,482 | (8,320) | 7,848 | (33,220) | 134,790 |
| 2023 | 54 | 167,344 | (67,541) | 4,890 | (22,152) | 82,542 |
| 2024 | 55 | 166,199 | (67,079) | 4,857 | (22,000) | 81,977 |
| 2025 | 56 | 165,049 | (66,615) | 4,823 | (21,848) | 81,410 |
| 2026 | 57 | 163,894 | (66,148) | 4,790 | (21,695) | 80,840 |
| 2027 | 58 | 162,735 | (65,680) | 4,756 | (21,542) | 80,268 |
| 2028 | 59 | 161,572 | (65,211) | 4,722 | (21,388) | 79,695 |
| 2029 | 60 | 160,405 | (64,740) | 4,688 | (21,233) | 79,119 |
| 2030 | 61 | 159,236 | (64,269) | 4,653 | (21,078) | 78,543 |
| 2031 | 62 | 158,066 | (63,796) | 4,619 | (20,923) | 77,965 |
| 2032 | 63 | 156,893 | (63,323) | 4,585 | (20,768) | 77,387 |
| 2033 | 64 | 155,720 | (62,849) | 4,551 | (20,613) | 76,808 |
| 2034 | 65 | 154,546 | (62,375) | 4,516 | (20,458) | 76,229 |
| 2035 | 66 | 153,372 | (61,902) | 4,482 | (20,302) | 75,650 |
| 2036 | 67 | 28,918 | (11,671) | 845 | (3,828) | 14,264 |
| **Summary - Table 4** | | | | | | |
| **Past Loss (2005-2022)** | | 2,157,898 | (651,226) | 73,827 | (322,697) | 1,257,802 |
| **Future Loss (2023-2036)** | | 2,113,949 | (853,199) | 61,777 | (279,828) | 1,042,698 |
| **Total Loss** | | 4,271,846 | (1,504,425) | 135,604 | (602,525) | **2,300,500** |