

# THE CENTER FOR
# FORENSIC ECONOMIC STUDIES

Economic & Statistical Analysis

CFES@CFES.COM    WWW.CFES.COM

EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

June 28, 2022

Kevin A. Hoffman, Esquire
Singer Davis
1209A Laskin Road
Virginia Beach, VA 23451

<div style="float:right">
Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*
</div>

Re:   *Steven Thomas, et al. v. Syrian Arab Republic*

Dear Mr. Hoffman:

At your request, we assess the economic loss suffered by Steven Thomas as a result of an incident which occurred on March 9, 2005. We reserve the right to amend this report upon receipt of any additional relevant information.

## I.   DOCUMENTS RELIED UPON

- May 31, 2022 Report of Barbara K. Byers, MA, CRC, CVE, LPC ("Byers Report")

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

**1608 WALNUT STREET, SUITE 801, PHILADELPHIA, PENNSYLVANIA 19103 • (215) 546-5600 • FAX (215) 732-8158**
1725 "I" STREET, NW, SUITE 300, WASHINGTON, DC 20006 • (202) 530-8808

## II.   BACKGROUND

Steven Thomas was born on February 15, 1967.[1] At the time of the incident, he was approximately 38.1 years of age and was employed by DynCorp as an International Police Liaison Officer.[2] Mr. Thomas continued to work with DynCorp until approximately 2006, at which point he returned to the United States.[3] Mr. Thomas began working for the City of Hardeeville Police Department ("HPD") in 2007.[4] Mr. Thomas remains employed by HPD as a Lieutenant.[5]

Mr. Thomas served in the United States Marine Corps from 1985 to 1994 at which point he was honorably discharged.[6] Mr. Thomas completed a high school diploma.[7] Mr. Thomas is married and resides in South Carolina.[8]

## III.   EARNING HISTORY

During Mr. Thomas' employment with DynCorp, he was earning $143,000 annually.[9]

## IV.   WORKLIFE AND LIFE EXPECTANCY

We offer two worklife estimates. In our first estimate we adjust earnings to account for statistical worklife data. Mr. Thomas' statistical worklife expectancy is 22.0 additional years, equivalent to continuous worklife to age 60.1, based on his age and level of education on the date of the incident.[10] In our second estimate, we assume continuous worklife of 28.9 additional years to age 67.0, Mr. Thomas' Social Security retirement age.[11]

Mr. Thomas' statistical life expectancy, calculated from his age on the current date, is to age 80.7 in the year 2047.[12]

---

[1] This information was expressed to us by counsel.
[2] Byers Report, p. 3
[3] Byers Report, p. 3
[4] Byers Report, pp. 2-3
[5] Byers Report, p. 2
[6] Byers Report, p. 2
[7] Byers Report, p. 3
[8] Byers Report, p. 2
[9] Byers Report, p. 3
[10] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*. Journal of Forensic Economics 28(1), 2019, pp. 15-108.
[11] http://www.ssa.gov/pubs/ageincrease.htm.
[12] Arias E, Xu, JQ. *United States Life Tables, 2018. National vital statistics reports; vol 69 no 12*. Hyattsville, MD: National Center for Health Statistics, 2020.

## V.     LOST EARNING CAPACITY

### 1. Earning Capacity Absent the Incident

Mr. Thomas was examined by Barbara K. Byers, MA, CRC, CVE, LPC, on March 31, 2022. In Ms. Byers' May 31, 2022 report, she opined the following concerning Mr. Thomas' earning capacity absent the incident:[13]

> Pre-injury, Mr. Thomas was earning $143,000 in 2005.
>
> …It should be remembered that his earnings would have increased over the years of his work overseas had he been able to continue in that position, making this a conservative estimate of his loss.

As such, to estimate Mr. Thomas' earning capacity absent the incident, we utilize his annual earnings with DynCorp, $143,000 as our base. We commence our estimate from the January 1, 2006, approximately when Mr. Thomas returned to the United States and was forced to separate from DynCorp.

### 2. Earning Capacity Given the Incident

In Ms. Byers' May 31, 2022 report, she opined the following concerning Mr. Thomas' earning capacity given the incident:[14]

> **ACCESS TO THE LABOR MARKET**
>
> Before the 2005 bombing, Mr. Thomas was able to work overseas in a position that allowed him to use his skills as a trainer and marksmanship instructor in a war zone. He has lost access to this type of work. He is limited to work in the United States not involving active police work in the field.
>
> Mr. Thomas is currently working a desk job as a police lieutenant in South Carolina. He is not placeable in jobs overseas or in a war zone due to the effects of the bombing.
>
> **EARNINGS CAPACITY**
>
> Pre-injury, Mr. Thomas was earning $143,000 in 2005. He is currently earning $70,000, which represents his current earning capacity, giving him a loss of $73,000 per year…

Based upon the opinions of Ms. Byers, we utilize Mr. Thomas' current annual earnings of $70,000 as our base. We deduct Mr. Thomas' required retirement contributions ("PORS Contributions") which are equal to 9.75% of his gross pay.[15]

---

[13] Byers Report, p. 4
[14] Byers Report, pp. 3-4

## VI. EARNINGS GROWTH – ABSENT THE INCIDENT

### 1. Past Growth

To estimate earnings growth from 2005 to the present, we rely on the annual change in average hourly earnings for workers in the private, non-farm sector of the economy.[16]

### 2. Future Growth

Future earnings growth is estimated to be 2.93% per year. This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 2001 to 2021.[17]

## VII. EARNINGS GROWTH – GIVEN THE INCIDENT

### 1. Past Growth

To adjust earnings figures from 2007 to the present, we rely on the annual change in salary and wages for the State and Local Government Workers component of the Employment Cost Index.[18]

### 2. Future Growth

Future earnings growth is estimated to be 1.83% per year. This rate represents the average annual rate of change in salaries and wages for the State and Local Government component of the Employment Cost Index from 2011 to 2021.[19]

---

[15] https://www.peba.sc.gov/pors
[16] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008 2005-06: 3.85%, 2006-07: 4%, 2007-08: 3.73%, 2008-09: 2.99%, 2009-10: 2.37%, 2010-11: 2.05%, 2011-12: 1.54%, 2012-13: 2.03%, 2013-14: 2.33%,2014-15: 2.09%, 2015-16: 2.38%, 2016-17: 2.42%, 2017-18: 2.99%, 2018-19: 3.52%, 2019-20: 4.98%, 2020-22: 4.90% per annum
[17] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008
[18] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CIU3020000000000I 2004-05: 2.57%, 2005-06:3.27%, 2006-07: 3.63%, 2007-08: 3.36%, 2008-09: 2.43%, 2009-10: 1.34%, 2010-11: 1.08%, 2011-12: 1.07%, 2012-13: 1.02%, 2013-14: 1.43%, 2014-15: 1.86%, 2015-16: 1.88%, 2016-17: 2.11%, 2017-18: 2.11%, 2018-19: 2.57%, 2019-20: 2.22%, 2020-22: 2.08% per annum
[19] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CIU3020000000000I

## VIII. FRINGE BENEFITS

### 1. Absent the Incident

According to a study conducted by the U.S. Department of Labor, private industry workers in the U.S. economy receive retirement benefits equal, on average, to 4.9% of annual earnings.[20] We employ this rate in projecting lost fringe benefits.

### 2. Given the Incident

As mentioned above in Section II, Mr. Thomas has been employed by the HPD as a Police Officer. As a Police Officer in South Carolina, Mr. Thomas is a Class Two participant[21] of the South Carolina Police Officers Retirement System ("PORS"). To estimate Mr. Thomas' PORS pension benefit we utilize the below formula:[22]

$$\textit{Average Final Compensation}^{23} \times 2.14\% \times \textit{Years of Service} = \textit{Annual Benefit}$$

Assuming retirement at age 60.1, Mr. Thomas would retire with an average final compensation equal to $73,922[24] and 20.2 years of service.[25] These criteria result in an annual pension benefit equal to $31,987. We value this benefit from May 1, 2027, approximately one month after Mr. Thomas' assumed retirement, through his statistical life expectancy, age 80.7.

Assuming retirement at age 67.0, Mr. Thomas would retire with an average final compensation equal to $83,927[26] and 27.1 years of service.[27] These criteria result in an annual pension benefit equal to $48,727. We value this benefit from March 1, 2034, approximately one month after Mr. Thomas' assumed retirement, through his statistical life expectancy, age 80.7.

Consistent with South Carolina state law, we apply an annual 1% pension benefit adjustment to account for cost of living adjustments ("COLA") to Mr. Thomas' benefits.[28]

---

[20] *Employer Costs for Employee Compensation,* December 2021, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm
[21] Membership effective prior to July 1, 2012 (https://www.peba.sc.gov/pors)
[22] PORS Handbook, p. 15
[23] Sum of 12 highest consecutive quarters divided by 3 (PORS Handbook, p. 15).
[24] We utilize Mr. Thomas' earnings described in Section V and apply the growth rates discussed in Section VII.
[25] (2027.22 – 2007)
[26] We utilize Mr. Thomas' earnings described in Section V and apply the growth rates discussed in Section VII.
[27] (2034.13 – 2007)
[28] https://www.peba.sc.gov/pors

## IX.  TAXES

Federal and state taxes are calculated and deducted using Federal and South Carolina state tax rates.  In calculating Mr. Thomas' income taxes, we assume that he would file as married filing jointly through 2034.  The tax rates applied to Mr. Thomas' earning capacity range from 11.6% to 22.2%.[29]  The tax rates applied to Mr. Thomas' pension benefits given the incident range from 3.7% to 8.4%.[30]

## X.  PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received.  We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest.  The average yield on high-grade Municipal Bonds as of June 4, 2022, 3.63%, was used to estimate the return on the principal investment.[31]  The average yield on these bonds from 2002 to 2021, 3.88% per year, was used to estimate the return on the reinvested interest.[32]

## XI.  TABLES

Tables 1 and 2 show lost earning capacity net of PORS Contributions and taxes assuming annual earnings absent equal to $143,000, annual earnings given equal to $70,000, and worklife to age 60.1 and 67.0, respectively.

Tables 3 and 4 show the value of PORS pension benefits given the incident net of taxes to age 80.7 assuming worklife to age 60.1 and 67.0, respectively.

---

[29] http://www.taxformcalculator.com/
[30] http://www.taxformcalculator.com/
[31] *Economic Indicators,* May 2022; https://www.govinfo.gov/app/collection/econi
[32] *Economic Report of the President,* April 2022, Table B-42: https://www.govinfo.gov/content/pkg/ERP-2022/pdf/ERP-2022.pdf

## XII. SUMMARY

As outlined in the attached Summary Table, the total economic loss ranges from $1,812,895 to $2,776,249.  It should be noted that our estimates of economic loss do not include the value of past or future medical expenses, Mr. Thomas' pain and suffering, or any additional elements of non-economic damages.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

*[signature]*

Chad L. Staller, JD, MBA, MAC, CVA

*[signature]*

Stephen M. Dripps, M.Fin., CVA

| Summary Table<br>Steven Thomas<br>Economic Loss | | |
|---|---|---|
| **Worklife** | **60.1** | **67.0** |
| Earnings Absent | 4,177,076 | 5,748,526 |
| Retirement Benefits Absent | 204,677 | 281,678 |
| Less: | | |
| Earnings Given | (1,254,930) | (1,673,359) |
| Pension Benefits Given (PORS) | (425,490) | (365,848) |
| PORS Contributions | (122,356) | (163,153) |
| Taxes | (766,083) | (1,051,595) |
| **Net Economic Loss** | **1,812,895** | **2,776,249** |

| Table 1: Thomas Value of Lost Earning Capacity Net of PORS Contributions and Taxes Assuming Earning Capacity Given Equal to $70,000 and Worklife to Age 60.1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Age | Earnings Absent | Earnings Given | Retirement Benefits Absent | PORS Contributions Given | Taxes | Net Annual Loss |
| 2006 | 39 | 148,506 | - | 7,277 | - | (32,970) | 122,812 |
| 2007 | 40 | 154,446 | (51,926) | 7,568 | (5,063) | (28,267) | 76,757 |
| 2008 | 41 | 160,207 | (53,813) | 7,850 | (5,247) | (29,328) | 79,670 |
| 2009 | 42 | 164,997 | (55,623) | 8,085 | (5,423) | (30,181) | 81,855 |
| 2010 | 43 | 168,907 | (56,974) | 8,276 | (5,555) | (30,893) | 83,762 |
| 2011 | 44 | 172,370 | (57,739) | 8,446 | (5,630) | (31,573) | 85,875 |
| 2012 | 45 | 175,024 | (58,363) | 8,576 | (5,690) | (32,090) | 87,457 |
| 2013 | 46 | 178,577 | (58,988) | 8,750 | (5,751) | (32,806) | 89,783 |
| 2014 | 47 | 182,738 | (59,587) | 8,954 | (5,810) | (33,660) | 92,636 |
| 2015 | 48 | 186,557 | (60,441) | 9,141 | (5,893) | (34,409) | 94,956 |
| 2016 | 49 | 190,997 | (61,562) | 9,359 | (6,002) | (35,265) | 97,527 |
| 2017 | 50 | 195,620 | (62,722) | 9,585 | (6,115) | (36,156) | 100,211 |
| 2018 | 51 | 201,469 | (64,048) | 9,872 | (6,245) | (37,301) | 103,747 |
| 2019 | 52 | 208,560 | (65,399) | 10,219 | (6,376) | (38,719) | 108,285 |
| 2020 | 53 | 218,947 | (67,081) | 10,728 | (6,540) | (40,830) | 115,223 |
| 2021 | 54 | 229,675 | (68,572) | 11,254 | (6,686) | (43,039) | 122,632 |
| 2022 | 55 | 240,929 | (70,000) | 11,806 | (6,825) | (45,372) | 130,538 |
| 2023 | 56 | 239,302 | (68,784) | 11,726 | (6,706) | (45,151) | 130,385 |
| 2024 | 57 | 237,665 | (67,584) | 11,646 | (6,589) | (44,927) | 130,210 |
| 2025 | 58 | 236,020 | (66,399) | 11,565 | (6,474) | (44,700) | 130,013 |
| 2026 | 59 | 234,369 | (65,229) | 11,484 | (6,360) | (44,469) | 129,795 |
| 2027 | 60 | 51,196 | (14,097) | 2,509 | (1,374) | (9,732) | 28,502 |
| Summary - Table 1 | | | | | | | |
| Past Loss (2006-2022) | | 3,178,524 | (972,837) | 155,748 | (94,852) | (592,858) | 1,673,725 |
| Future Loss (2023-2027) | | 998,552 | (282,093) | 48,929 | (27,504) | (188,978) | 548,906 |
| Total Loss | | 4,177,076 | (1,254,930) | 204,677 | (122,356) | (781,837) | **2,222,631** |

| Table 2: Thomas Value of Lost Earning Capacity Net of PORS Contributions and Taxes Assuming Earning Capacity Given Equal to $70,000 and Worklife to Age 67.0 | | | | | | |
|---|---|---|---|---|---|---|
| Year | Age | Earnings Absent | Earnings Given | Retirement Benefits Absent | PORS Contributions Given | Taxes | Net Annual Loss |
| 2006 | 39 | 148,506 | - | 7,277 | - | (32,970) | 122,812 |
| 2007 | 40 | 154,446 | (51,926) | 7,568 | (5,063) | (28,267) | 76,757 |
| 2008 | 41 | 160,207 | (53,813) | 7,850 | (5,247) | (29,328) | 79,670 |
| 2009 | 42 | 164,997 | (55,623) | 8,085 | (5,423) | (30,181) | 81,855 |
| 2010 | 43 | 168,907 | (56,974) | 8,276 | (5,555) | (30,893) | 83,762 |
| 2011 | 44 | 172,370 | (57,739) | 8,446 | (5,630) | (31,573) | 85,875 |
| 2012 | 45 | 175,024 | (58,363) | 8,576 | (5,690) | (32,090) | 87,457 |
| 2013 | 46 | 178,577 | (58,988) | 8,750 | (5,751) | (32,806) | 89,783 |
| 2014 | 47 | 182,738 | (59,587) | 8,954 | (5,810) | (33,660) | 92,636 |
| 2015 | 48 | 186,557 | (60,441) | 9,141 | (5,893) | (34,409) | 94,956 |
| 2016 | 49 | 190,997 | (61,562) | 9,359 | (6,002) | (35,265) | 97,527 |
| 2017 | 50 | 195,620 | (62,722) | 9,585 | (6,115) | (36,156) | 100,211 |
| 2018 | 51 | 201,469 | (64,048) | 9,872 | (6,245) | (37,301) | 103,747 |
| 2019 | 52 | 208,560 | (65,399) | 10,219 | (6,376) | (38,719) | 108,285 |
| 2020 | 53 | 218,947 | (67,081) | 10,728 | (6,540) | (40,830) | 115,223 |
| 2021 | 54 | 229,675 | (68,572) | 11,254 | (6,686) | (43,039) | 122,632 |
| 2022 | 55 | 240,929 | (70,000) | 11,806 | (6,825) | (45,372) | 130,538 |
| 2023 | 56 | 239,302 | (68,784) | 11,726 | (6,706) | (45,151) | 130,385 |
| 2024 | 57 | 237,665 | (67,584) | 11,646 | (6,589) | (44,927) | 130,210 |
| 2025 | 58 | 236,020 | (66,399) | 11,565 | (6,474) | (44,700) | 130,013 |
| 2026 | 59 | 234,369 | (65,229) | 11,484 | (6,360) | (44,469) | 129,795 |
| 2027 | 60 | 232,711 | (64,076) | 11,403 | (6,247) | (44,234) | 129,556 |
| 2028 | 61 | 231,047 | (62,938) | 11,321 | (6,136) | (43,997) | 129,297 |
| 2029 | 62 | 229,380 | (61,816) | 11,240 | (6,027) | (43,757) | 129,019 |
| 2030 | 63 | 227,708 | (60,710) | 11,158 | (5,919) | (43,514) | 128,723 |
| 2031 | 64 | 226,034 | (59,619) | 11,076 | (5,813) | (43,269) | 128,409 |
| 2032 | 65 | 224,357 | (58,545) | 10,994 | (5,708) | (43,021) | 128,077 |
| 2033 | 66 | 222,679 | (57,486) | 10,911 | (5,605) | (42,771) | 127,729 |
| 2034 | 67 | 28,730 | (7,338) | 1,408 | (715) | (5,528) | 16,557 |
| Summary - Table 2 | | | | | | | |
| Past Loss (2006-2022) | | 3,178,524 | (972,837) | 155,748 | (94,852) | (592,858) | 1,673,725 |
| Future Loss (2023-2034) | | 2,570,002 | (700,522) | 125,930 | (68,301) | (489,337) | 1,437,771 |
| Total Loss | | 5,748,526 | (1,673,359) | 281,678 | (163,153) | (1,082,195) | 3,111,496 |

10

| Table 3: Thomas Value of PORS Pension Benefits Given the Incident Net of Taxes from May 1, 2027 to Age 80.7 ||||  |
|---|---|---|---|---|
| Year | Age | PORS Pension Benefits | Taxes | Net Annual Loss |
| 2027 | 60 | (17,917) | 663 | (17,253) |
| 2028 | 61 | (26,052) | 965 | (25,088) |
| 2029 | 62 | (25,379) | 940 | (24,440) |
| 2030 | 63 | (24,722) | 915 | (23,807) |
| 2031 | 64 | (24,080) | 892 | (23,189) |
| 2032 | 65 | (23,453) | 868 | (22,585) |
| 2033 | 66 | (22,842) | 846 | (21,996) |
| 2034 | 67 | (22,244) | 824 | (21,421) |
| 2035 | 68 | (21,661) | 802 | (20,859) |
| 2036 | 69 | (21,093) | 781 | (20,312) |
| 2037 | 70 | (20,538) | 760 | (19,777) |
| 2038 | 71 | (19,996) | 740 | (19,256) |
| 2039 | 72 | (19,468) | 721 | (18,747) |
| 2040 | 73 | (18,953) | 702 | (18,251) |
| 2041 | 74 | (18,451) | 683 | (17,768) |
| 2042 | 75 | (17,961) | 665 | (17,296) |
| 2043 | 76 | (17,483) | 647 | (16,836) |
| 2044 | 77 | (17,018) | 630 | (16,388) |
| 2045 | 78 | (16,564) | 613 | (15,950) |
| 2046 | 79 | (16,121) | 597 | (15,524) |
| 2047 | 80 | (13,493) | 500 | (12,994) |
| Summary - Table 3 |||||
| **Total Loss** | | (425,490) | 15,753 | **(409,736)** |

| Table 4: Thomas Value of PORS Pension Benefits Given the Incident Net of Taxes from March 1, 2034 to Age 80.7 | | | | |
|---|---|---|---|---|
| Year | Age | PORS Pension Benefits | Taxes | Net Annual Loss |
| 2034 | 67 | (26,549) | 2,221 | (24,328) |
| 2035 | 68 | (30,778) | 2,574 | (28,203) |
| 2036 | 69 | (29,969) | 2,507 | (27,463) |
| 2037 | 70 | (29,181) | 2,441 | (26,740) |
| 2038 | 71 | (28,412) | 2,376 | (26,035) |
| 2039 | 72 | (27,661) | 2,314 | (25,348) |
| 2040 | 73 | (26,929) | 2,252 | (24,677) |
| 2041 | 74 | (26,216) | 2,193 | (24,023) |
| 2042 | 75 | (25,520) | 2,135 | (23,385) |
| 2043 | 76 | (24,841) | 2,078 | (22,763) |
| 2044 | 77 | (24,179) | 2,022 | (22,157) |
| 2045 | 78 | (23,535) | 1,968 | (21,566) |
| 2046 | 79 | (22,906) | 1,916 | (20,990) |
| 2047 | 80 | (19,172) | 1,604 | (17,569) |
| Summary - Table 4 | | | | |
| **Total Loss** | | (365,848) | 30,600 | **(335,247)** |