# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS MESSINA et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  Case No. 1:20cv1237 |
| | ) |
| **SYRIAN ARAB REPUBLIC,** | ) |
| | ) |
| **Defendant.** | ) |

## [PROPOSED] ORDER

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1608(e), and based on Plaintiffs' written submissions and sworn affidavits, it is hereby ORDERED that judgment be entered against Defendant Syrian Arab Republic as follows:

For the Messina family, a total sum of $72,643,928, allocated accordingly:

a. Compensatory damages for personal injuries to Louis Messina, including pain and suffering and economic damages in the amount of $12,160,982;

b. Solatium and Intentional Infliction of Emotional Distress damages comprised of the following sums:

   - $5,000,000 on behalf of Angelique Messina, wife of Louis Messina;
   - $3,000,000 on behalf of V.M., daughter of Louis Messina;

c. Punitive damages equal to three times the compensatory damages, as follows:
   - $36,482,946 to Louis Messina;
   - $15,000,000 to Angelique Messina;
   - $9,000,000 to V.M.;

d. Interest on these awards, from March 9, 2005 until the date of judgment; and

e. Such other and further relief as the Court may determine to be just and equitable under the circumstances.

For the Hassler family, a total sum of $45,818,704, allocated accordingly:

    a. Compensatory damages for personal injuries to Tamara Hassler, including pain and suffering and economic damages in the amount of $8,954,676;

    b. Solatium damages in the amount of $2,500,000 to Richard Hassler;

    c. Punitive damages equal to three times the compensatory damages, as follows:
- $26,864,028 to Tamara Hassler;
- $7,500,000 to Richard Hassler;

    d. Interest on these awards, from March 9, 2005 until the date of judgment; and

    e. Such other and further relief as the Court may determine to be just and equitable under the circumstances.

For the Curry family, a total sum of $36,000,000, allocated accordingly:

    a. Compensatory damages for personal injuries to Russell Curry, including pain and suffering, in the amount of $5,000,000;

    b. Solatium damages in the amount of $4,000,000 to Barbara Curry;

    c. Punitive damages equal to three times the compensatory damages, as follows:
- $15,000,000 to Russell Curry
- $12,000,000 to Barbara Curry;

    d. Interest on these awards, from March 9, 2005 until the date of judgment; and

    e. Such other and further relief as the Court may determine to be just and equitable under the circumstances.

For Steven Thomas, a total sum of $31,104,996, allocated accordingly:

    a. Compensatory damages for personal injuries to Steven Thomas, including pain and suffering and economic damages in the amount of $7,776,249;

    b. Punitive damages equal to three times the compensatory damages, as follows:
- $23,328,747 to Steven Thomas;

    c. Interest on these awards, from March 9, 2005 until the date of judgment; and

    d. Such other and further relief as the Court may determine to be just and equitable under the circumstances.

It is SO ORDERED.

Entered this _____ day of _____, 2022.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE