UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS MESSINA**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Case No. 20cv1237 (RJL) |
| ) | |
| **SYRIAN ARAB REPUBLIC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**
September 16, 2024 [Dkt. #17]

For reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that plaintiffs' Motion for Default Judgment [Dkt. #17] is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that plaintiffs are awarded the economic, compensatory, and punitive damages, as well as prejudgment interest on the economic damages, compiled in Appendix A to the accompanying Memorandum Opinion, which is copied into this order on the following page:

1

| Plaintiff | Relationship | Economic Damages | Prejudgment Interest | Pain & Suffering | Solatium | Punitive Damages | TOTAL |
|---|---|---|---|---|---|---|---|
| Barbara Curry | Spouse of Victim | | | | $4,000,000 | $12,000,000 | **$16,000,000** |
| Russell Curry | Victim | | | $5,000,000 | | $15,000,000 | **$20,000,000** |
| Tamara Hassler | Victim | $2,954,676 | $2,588,000 | $6,000,000 | | $34,628,028 | **$46,170,704** |
| Richard Hassler | Spouse of Victim | | | | $2,500,000 | $7,500,000 | **$10,000,000** |
| Louis Messina | Victim | $4,660,982 | $4,082,554 | $7,500,000 | | $48,730,608 | **$64,974,144** |
| Angelique Messina | Spouse of Victim | | | | $5,000,000 | $15,000,000 | **$20,000,000** |
| V.M. | Child of Victim | | | | $3,000,000 | $9,000,000 | **$12,000,000** |
| Steven Thomas | Victim | $2,776,249 | $2,431,716 | $5,000,000 | | $30,623,895 | **$40,831,860** |
| **TOTAL** | | $10,391,907 | $9,102,270 | $23,500,000 | $14,500,000 | $172,482,531 | **$229,976,708** |

**SO ORDERED.**

*/s/ Richard J. Leon*

RICHARD J. LEON
United States District Judge

2