IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS MESSINA et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20cv1237 (RJL) |
| | ) |
| **SYRIAN ARAB REPUBLIC,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF FAILED SERVICE OF DEFAULT JUDGMENT BY MAILING**

Plaintiffs, by counsel, hereby notify the Court that their attempts to serve the default judgment filings in this matter on the Syrian Arab Republic ("Syria") pursuant to the requirements of 28 U.S.C. § 1608(a)(3) have failed. This statutory provision requires attempting service "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." 28 U.S.C. § 1608(a)(3).

As an initial matter, counsel for Plaintiffs have confirmed that commercial shipping companies such as DHL, UPS, and FedEx no longer ship packages from the United States of America to Syria. Therefore, the only potential avenue for attempting service by foreign mailing is via registered mail with the United States Postal Service. However, as of June 11, 2021, the United States Postal Service "has temporarily suspended international mail acceptance to Syria due to service impacts related to the COVID-19 pandemic."[1] Nonetheless, out of an abundance of caution, Plaintiffs' counsel still attempted to initiate a mailing, but was informed that it could not be accepted.

---

[1] *See* https://about.usps.com/newsroom/service-alerts/international/welcome.htm.

Pursuant to Section 1608, "if service cannot be made within 30 days under paragraph (3)," the next step is for service "to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." 28 U.S.C. § 1608(a)(4). More than thirty days have passed since judgment was entered against Syria in this matter, *see* ECF No. 20, and no available method exists by which Plaintiffs may even attempt to serve Syria by mail; therefore, it is appropriate for Plaintiffs to proceed with diplomatic service under Section 1608(a)(4).

Plaintiffs will soon file the necessary documents to initiate diplomatic service of the default judgment to Syria. It is the experience of counsel that diplomatic service will take approximately four to six months to be completed by the Department of State.

Respectfully submitted,

_____/s/ Kevin A. Hoffman_____
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com
*Counsel for Plaintiffs*