

United States Department of State

Washington, D.C. 20520

December 16, 2025

Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Re: *Louis Messina, et al. v. Syrian Arab Republic,* 1:20-cv-01237-RJL

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of an Order, Memorandum Opinion and Notice of Default Judgment to the Syrian Arab Republic pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States Embassy operations in the Syrian Arab Republic are currently suspended, the Department of State is assisted by the Foreign Interests Section of the Embassy of the Czech Republic in Damascus in delivering these documents to the Syrian Ministry of Foreign Affairs. The documents were delivered to the Ministry of Foreign Affairs of the Syrian Arab Republic under cover of diplomatic note No. 1483-1/2025-MZV/DAMA dated August 13, 2025, and delivered on August 21, 2025. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.

**RECEIVED**
DEC 22 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Cc:    Kevin A. Hoffman
       Singer Davis, LLC
       1209A Laskin Road
       Virginia Beach, VA 23451

CERTIFICATE

CZECH REPUBLIC                          )
District of Prague                      )
City of Prague                          )   SS:
Embassy of the United States of America )

I, Lynn Kramer, a consular officer at the Embassy of the United States at Prague, Czech Republic, certify that this is a true copy of diplomatic note number 1483-1/2025 dated on August 13, 2025, which was transmitted by the Ministry of Foreign Affairs of the Czech Republic on October 14, 2025, to the Embassy of the United States.

_____
(Signature of Consular Officer)


_____
         Lynn Kramer
(Typed name of Consular Officer)


_____
           Consul
(Title of Consular Officer)


     November 19, 2025
         (Date)



سفارة الجمهورية التشيكية
في دمشق

أبو رمانة، 18 شارع مصر،4، دمشق
الجمهورية العربية السورية
هاتف: 83 13 333 11 963+، فاكس: 68 82 333 11 963+
www.mzv.gov.cz/damascus, damascus@mzv.gov.cz

قسم رعاية المصالح الأمريكية

الرقم: 1483-1/2025-MZV/DAMA

<u>مذكرة شفهية</u>

تهدي سفارة الجمهورية التشيكية بدمشق بصفتها الدولة الراعية لمصالح الولايات المتحدة الامريكية في سوريا أطيب تحياتها إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية (إدارة المراسم) وتتشرف، بناءً على طلب سفارة الولايات المتحدة الأمريكية في براغ، إحالة الدعوى القضائية إلى وزارة الخارجية للجمهورية العربية السورية:

(Louis Messina, et al. v. The Syrian Arab Republic, 1:20-cv-01237-RJL)

المُعلّقة في محكمة الولايات المتحدة الأمريكية لمقاطعة كولومبيا. حيث أن الجمهورية العربية السورية هي المدعى عليه في هذه القضية. كما ينقل قسم المصالح الأجنبية مرفق أمر المحكمة و مذكرة الرأي. بناء على طلب محكمة الولايات المتحدة الأمريكية لمقاطعة كولومبيا بتقديم هذه المستندات. حيث تعتبر هذه المذكرة الناقلة لهذه الوثائق كبلاغ إلى الحكومة الجمهورية العربية السورية تحت المادة 28، من قانون الولايات المتحدة، الفقرة 1608 (أ) (4).

بالإضافة إلى الأمر والمذكرة الرأي، يرفق قسم رعاية المصالح الأجنبية إشعاراً بالدعوى، أعده المدعي، والذي يلخص طبيعة القضية ويتضمن مراجع لقوانين الولايات المتحدة المتعلقة بالدعاوى المرفوعة ضد دول أجنبية، يرجى ملاحظة أنه بموجب القانون الأمريكي، يجوز بدء إجراءات الحجز والتنفيذ بموجب المادة 28 من قانون الولايات المتحدة، القسم 1610، بعد فترة زمنية معقولة من تاريخ إصدار إشعار الحكم الغيابي.

لقد تم إخطار قسم رعاية المصالح الأجنبية بأنه بموجب قانون الولايات المتحدة، يجب تقديم أي دفاع قضائي أو دفاع آخر بما في ذلك معايير الحصانة السيادية إلى المحكمة قبل أن تصبح مُعلّقة، ولأي من الأسباب ينصح باستشارة محام في الولايات المتحدة. ومن المتبع في وزارة الخارجية الأمريكية أن توفر فرصة لمناقشة متطلبات القانون الولايات المتحدة مع مستشار قانوني. إن حكومة الولايات المتحدة ليست طرفاً في هذه القضية ولا يمكنها تمثيل أطراف أخرى في هذه المسألة.

تنتهز سفارة الجمهورية التشيكية بدمشق هذه الفرصة لتعرب إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية - إدارة المراسم - عن فائق الاعتبار والتقدير.



دمشق في 13 آب 2025



المرفقات:

1- الأمر، ومذكرة الرأي ، وإشعار الحكم الغيابي.

2- الترجمات.

وزارة الخارجية والمغتربين في الجمهورية العربية السورية

إدارة الاتصال والمراسم

دمشــــــــق



| Embassy of the Czech Republic in Damascus | Abou Roumaneh, 18 Misr. Str. 4, Damascus<br>Syrian Arab Republic<br>Tel.: +963 113 331 383, Fax: +963 113 338 268<br>https://mzv.gov.cz/damascus, damascus@mzv.gov.cz |

U.S. Interests Section

No.: 1483-1 /2025-MZV/DAMA

*Verbal Note*

    The Embassy of the Czech Republic in Damascus acting as the Protecting power for U.S. Interests in Syria, presents its compliments to the Ministry of Foreign Affairs & Expatriates of the Syrian Arab Republic and has the honour, at the request of the Embassy of the United States of America in Prague, to refer the Ministry of Foreign Affairs of the Syrian Arab Republic to the lawsuit **Louis Messina, et al. v. The Syrian Arab Republic, 1:20-cv-01237-RJL,** in the U.S. District Court for the District of Columbia. The Syrian Arab Republic is a defendant in this case. The Foreign Interests Section transmits an Order and Memorandum Opinion herewith. The U.S. District Court for the District of Columbia has requested the service of these documents. This note constitutes transmittal of these documents to the Government of the Syrian Arab Republic as contenplated in Title 28, United States Code, Selection 1608(a)(4)

    In addition to the Order and Memorandum Opinion the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which sumarises the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title28, United States Code, section 1610 may commenceafter a reasonable period of time from the giving of notice of the Default Judgment

    The Foreign Interests Section has been advised that under U. S. law any jurisdictional or other defence including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of the U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

    The Embassy of the Czech Republic avails itself of this opportunity to renew to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic (Diplomatic Protocol) the assurances of its highest consideration.



Damascus, August 13 , 2025

Attachments:

1. Order, Memorandum Opinion, Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic**
**Protocol and Communication Department**
<u>**Damascus**</u>



**Embassy of the Czech Republic
in the Syrian Arab Republic**

U.S. Interests Section

I Pavel Sváček, Head of the Foreign Interests Section of the Embassy of the Czech Republic in Damascus, certify that this is a true copy of the diplomatic note 1483-1/MZV/DAMA dated on August 13, 2025 and delivered to the Syrian Ministry of Foreign Affairs and Expatriates on August 21, 2025.



..................................................

Pavel Sváček

Head of the Foreign Interests Section of
the Embassy of the Czech Republic
in Damascus

Damascus, September 20, 2025

Embassy of the Czech Republic
in the Syrian Arab Republic

U.S. Interests Section

**Potvrzení o pravosti razítka a podpisu pracovníka ZÚ Damašek – USIS**

Jméno: Pavel

Příjmení: Sváček

Podpis pracovníka ZÚ Damašek – USIS:

Vzor otisku razítka ZÚ Damašek – USIS

V Damašku 20.09. 2025